11 CIV 8002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE TAYMOR and LOH, INC.,

                Plaintiffs,

- against -

8 LEGGED PRODUCTIONS, LLC, HELLO
ENTERTAINMENT, LLC, GOODBYE
ENTERTAINMENT, LLC, SAVIOR
PRODUCTIONS, LLC, MICHAEL COHL,
JEREMIAH HARRIS, and GLEN BERGER,

                Defendants.

**RULE 7.1 DISCLOSURE STATEMENT**



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, LOH, Inc., a plaintiff in the above-captioned action, states that it does not have a parent corporation and that there is no publicly traded corporation that owns more than 10% of its stock.

Dated: New York, New York
       November 8, 2011

                LANKLER SIFFERT & WOHL LLP

By: _____
Charles T. Spada (cspada@lswlaw.com)
Matthew G. Coogan (mcoogan@lswlaw.com)
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

*Attorneys for Plaintiffs*