Holwell, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE TAYMOR and LOH, INC.,

                Plaintiffs,

- against -

8 LEGGED PRODUCTIONS, LLC, HELLO ENTERTAINMENT, LLC, GOODBYE ENTERTAINMENT, LLC, SAVIOR PRODUCTIONS, LLC, MICHAEL COHL, JEREMIAH HARRIS, and GLEN BERGER,

                Defendants.

---

11 Civ. 8002 (RJH)

STIPULATION AND ~~[PROPOSED]~~ ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/11

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time by which defendant Glen Berger must respond to the complaint in the above-captioned matter is extended up to and including January 17, 2012.

Undersigned counsel for defendant Berger acknowledges that plaintiffs' summons and complaint were properly served upon Berger and, on behalf of Berger, hereby waives any defenses based on insufficiency of process or insufficiency of service of process.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated: December 14, 2011  
       New York, NY

LANKLER SIFFERT & WOHL LLP

By: _____  
Charles T. Spada (cspada@lswlaw.com)  
Matthew G. Coogan (mcoogan@lswlaw.com)  
500 Fifth Avenue  
New York, NY 10110  
(212) 921-8399

*Attorneys for plaintiffs*

Dated: December 9, 2011  
       New York, NY

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP

By: _____  
Eleanor M. Lackman (elackman@cdas.com)  
41 Madison Avenue  
34th Floor  
New York, NY 10010  
(212) 974-7474

*Attorneys for defendant Glen Berger*

SO ORDERED:

_____  
Honorable Richard J. Holwell  
United States District Judge

Dated: December 9, 2011  
       New York, NY

2