



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE TAYMOR and LOH, INC., <br><br>  Plaintiffs, <br><br> - against - <br><br> 8 LEGGED PRODUCTIONS, LLC, HELLO ENTERTAINMENT, LLC, GOODBYE ENTERTAINMENT, LLC, SAVIOR PRODUCTIONS, LLC, MICHAEL COHL, JEREMIAH HARRIS, and GLEN BERGER, <br><br>  Defendants. | 11 Civ. 8002 <br><br> STIPULATION AND ~~PROPOSED~~ ORDER |



IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time by which defendant Hello Entertainment, LLC ("Hello") must respond to the complaint in the above-captioned matter is extended up to and including January 17, 2012.

Undersigned counsel for defendant Hello acknowledges that plaintiffs' summons and complaint were properly served upon Hello and, on behalf of Hello, hereby waives any defenses based on insufficiency of process or insufficiency of service of process.

Except as expressly set forth herein, the parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This stipulation may be signed by the parties in counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated: December 20, 2011  
New York, NY

LANKLER SIFFERT & WOHL LLP

By: /s/  
Charles T. Spada (cspada@lswlaw.com)  
Matthew G. Coogan (mcoogan@lswlaw.com)  
500 Fifth Avenue  
New York, NY 10110  
(212) 921-8399

*Attorneys for plaintiffs*

Dated: December 20, 2011  
New York, NY

MEISTER SEELIG & FEIN LLP

By: /s/  
Jeffrey P. Weingart (jpw@msf-law.com)  
Kevin Fritz (kaf@msf-law.com)  
Two Grand Central Tower  
140 East 45th Street, 19th Floor  
New York, New York   10017  
(212) 655-3500

*Attorneys for defendant Hello Entertainment, LLC*

SO ORDERED:

Dated: 1/3/12  
New York, NY

/s/  
Honorable Richard J. Holwell  
United States District Judge

2