Dale Cendali
Claudia Ray
Courtney L. Farkas
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
claudia.ray@kirkland.com
courtney.farkas@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Defendants*
*8 Legged Productions, LLC; Goodbye*
*Entertainment, LLC; Savior Productions, LLC;*
*Michael Cohl and Jeremiah Harris*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JULIE TAYMOR AND LOH, INC., | Case No. 11 Civ. 8002 (KBF) |
| Plaintiffs, | ECF Case |
| - against - | **NOTICE OF MOTION** |
| 8 LEGGED PRODUCTIONS, LLC; HELLO ENTERTAINMENT, LLC; GOODBYE ENTERTAINMENT, LLC; SAVIOR PRODUCTIONS, LLC; MICHAEL COHL; JEREMIAH HARRIS; AND GLEN BERGER, | |
| Defendants. | |

8 LEGGED PRODUCTIONS, LLC; GOODBYE ENTERTAINMENT, LLC; SAVIOR PRODUCTIONS, LLC; AND MICHAEL COHL; JEREMIAH HARRIS,

                Counterclaim-Plaintiffs,

- against -

JULIE TAYMOR AND LOH, INC.,

                Counterclaim-Defendants.

---

GLEN BERGER,

                Counterclaim-Plaintiff,

- against -

JULIE TAYMOR AND LOH, INC.,

                Counterclaim-Defendant.

PLEASE TAKE NOTICE that, upon the attached Declaration of Joshua L. Simmons, Esq., dated March 21, 2012, and the accompanying Memorandum of Law of Defendants 8 Legged Productions, LLC, Goodbye Entertainment, LLC, Savior Productions, LLC, Michael Cohl and Jeremiah Harris in Support of Their Motion to Dismiss, the undersigned will move before the Honorable Katherine B. Forrest, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an order to dismiss Plaintiffs' Second Claim for Relief (Copyright Infringement, 17 U.S.C. § 501 – Treatment).

Dated: New York, New York
         March 21, 2012             /s/ Dale Cendali
                                    Dale Cendali
                                    Claudia Ray
                                    Courtney L. Farkas
                                    Joshua L. Simmons
                                    KIRKLAND & ELLIS LLP
                                    601 Lexington Avenue
                                    New York, New York  10022
                                    Telephone: (212) 446-4800
                                    dale.cendali@kirkland.com
                                    claudia.ray@kirkland.com
                                    courtney.farkas@kirkland.com
                                    joshua.simmons@kirkland.com

                                    Attorneys for Defendants
                                    8 LEGGED PRODUCTIONS, LLC;
                                    GOODBYE ENTERTAINMENT, LLC;
                                    SAVIOR PRODUCTIONS, LLC; MICHAEL
                                    COHL AND JEREMIAH HARRIS