# EXHIBIT 1
## *TREATMENT*

SPIDERMAN/ CAUGHT

Julie Taymor
July 1, 2004

The Dream; a city devasted, a huge battle is raging – we see glimpses of Spiderman flying from one burning sky scraper to another – we see Mary Jane pushed from the heights of a giant bridge – Spiderman tries to unleash his web shooter – it fails as he leaps after MJ - but he has lost his powers and begins to fall.

The myth of Arachne in the beginning – how she was transformed into spider and doomed to the shadows in eternity to weave webs that no one would see. Or so we should think.

She seems like a sad, almost benevolent and tragic figure of delicate beauty until her true colors are revealed in Act Two.

Act One covers the origins Peter's spider power (the terrain of the first film): Peter's bullied school days, how he was bitten, his transformation, wrestling scene, love for Mary Jane, loss of uncle Ben, transformation of Norman Osborne to the Green Goblin, newspaper woes etc. In this version, though, Peter Parker seems to have been selected to be bitten by the spider because he is an exceptionally average human, full of self-doubt, normal fears and vulnerabilities. In his battle with evil he will be able to maintain that balance of humility that Arachne lacked in her challenge with the Gods.

Act One ends with the defeat of the Green Goblin. He will later return in Act Two as one of the Sinister Six/ Seven. Why? Because he can. Because he is woven out of the imagination and now can return in nightmares and daydreams. But who created these super villains? At first we don't know or care. They just exist and they need to be vanquished. Our hero is the one to do it.

Peter, distrusted and maligned by the press and also unable to find the balance with his human needs and desires (in Act One), finally seems to be able to put those two worlds together in Act Two: After he decides to give up being Spiderman he is forced by the onslaught of the Sinister Six/Seven attacks to utilize his Spiderman powers to save his aunt. Finally Mary Jane realizes who he is and is ready to accept him as both Spiderman and Peter, her love.

In Act Two there hovers in the shadows the ultimate darkness that is a terror invading the minds of the populace. It is the super "she" villain and nemesis of Spiderman; Arachne a.k.a. Shathra, Shriek and Spiderwoman 1,2,3,4. She is the weaver of the World's Wide Web and her ultimate goal is to come out from the shadows to shine once more. Spiderman/ Peter Parker has managed to do what Arachne couldn't do – he not only can defeat the villains of the world with his super spider powers but he can ultimately have a

1

human life, full of love, as well. Arachne lost that human side when she was doomed to the shadows ages ago.

Spiderman's success is the final step or straw for Arachne. He has achieved tremendous fame, the people finally love him, he is the ultimate super hero, his name is everywhere, every television, billboard, newspaper – all the media acclaim him: films, comic books, songs streets, cities are named for him. Yet something is wrong. He is drawn to the astral plane in his sleeping time, to the dark shadows of the mysterious "A". The "FIRST", "The DIVINE". Peter is at the peak of his powers and it is time.

In his dream MJ has disappeared. We recognize the identical event from the beginning of the story. He sees her near death as she falls from a bridge and he is unable to save her because he has given up or lost his spider power. When he finds her, he, like MJ, has been "saved" by Arachne's wwweb. It is ambiguous whether they have been saved or caught. Arachne reveals that she has been the true terror that has over taken the physical world. Through her World's Wide Web she has created monsters, natural disasters of the mind and has controlled the very thoughts and actions of human beings with her tremendous art of spinning. She is even responsible for helping to spin the myth of Spiderman himself. She reveals that she has created, spun these arch super villains out of the threads of her imagination; GREEN GOBLIN, DR. OCK. VULTURE, ELECTRO, RHINO, MORBIUS, VENOM ETC... He should "marvel" at her invention as he sees these villains also caught in her web like pathetic flies.

After Peter had defeated them individually (beginning of Act Two) she had brought them together as the SINISTER SIX/SEVEN for a final assault of terror. They were all a test of Spiderman's invincibility. In all of his battles with these villains Peter had never killed one of them. That is part of his human strength within the human lexicon of morality. Before being brought together in the ultimate massive attack at the near end of Act Two each villain either died or disappeared into the shadows by their own mistakes and failures. They, like me many years ago, were ultimately destroyed by vanity, greed and hubris. Only Peter has avoided these pitfalls. She is impressed and provoked. But what is his Achilles heel?

She, the ultimate Spiderwoman, has now lured Peter into her web to dance a dance of seduction. She needs to possess him, devour him for her light to shine again. He has proven that he has the keenest of super spider powers, through all his battles in broad daylight with the villains; this is one of the attributes upon which she needs to feed. But more importantly, she needs his humanity – what was taken from her by Athena, when she was cursed. She needs to be released from the darkness. She is deeply bitter, alone and fated to immortality. She is in love with Spiderman and sees him as her ultimate savior. Like the spider that she is, she will mate with Peter and then, we will find out, devour him. That is the natural way of the spider. And we shouldn't fuck with Mother Nature now should we? Their children will rule the universe in all its planes of existence.

Arachne wants deeply to have human humors coursing through her veins once more. She will even risk or welcome destruction in her final showdown/union with Spiderman.

Is Peter more spider than human?  Will he let his rage and desire for vengeance over power him?  Will he destroy Arachne; kill her?  Does he have to in order to save MJ?  And Mary Jane?  A simple love in the midst of such catastrophic chaos.

The final kiss of the Spiderwoman.  The last waltz of the Merry Widow.  A Tarantella.

Just as it looks like Peter is about to kiss Arachne in a full, sexual human embrace, he flips upside down, suspended by a thread, and kisses Mary Jane in the familiar spider style.  As Arachne, furious, attacks him with her hidden spider/wasp stinger he bites MJ on the neck.  She flips upside down to hang by her spider thread beside the stricken Peter.  He, stunned and drugged by the venom, falls into the recesses of the web.  Mary Jane, with her emerging new spider powers climbs up to the rafters and leaps in an attack on Arachne.  Will she be able to save Peter?

The story unravels.  Are we left dangling by a thread?

3