# **EXHIBIT 2**
## *NEW BOOK*

**ACT ONE**

SCENE 1: INTRO

                    *HOUSE LIGHTS TO HALF—*

            PRE-SHOW ANNOUNCEMENT
Welcome to the Foxwoods Theater. We would like to remind you to
turn off all cell phones at this time and that the taking of
photographs, video and audio recordings is strictly prohibited.
This is a high flying, action packed production so for your own
safety please do not try to catch a ride with any of the
performers.

At this performance, the Spider-Man Orchestra is being conducted
by—

Thank you.

*#1 - OVERTURE*

                            *A ROUSING OVERTURE plays; the theater goes
                            dark as SEARCH LIGHTS sweep the auditorium and
                            the stage. Then...*

                            *The Red Show Curtain goes up, revealing: PETER
                            PARKER, standing in front of the "Geek Wall,"
                            in tableaux. A comic book image. Once
                            established--*

                            *A SCHOOL BELL RINGS*

                            *The tableaux breaks; PETER steps forward,
                            nervously working a set of index cards. The
                            Geek Wall flies out as, from SR, FOUR HIGH
                            SCHOOL STUDENTS, are heard...*

                    HIGH SCHOOLER #1 (DANA) (V.O)
Hey! Betsy Brock has an extra ticket for the spring dance.
What if she invites Peter?

                    BULLY (LUTHER) (V.O)
Parker?! If a babe like BETSY asked him out, his head would
explode!

                    FLASH (V.O)
Yeah, take that science geek out of a lab and he falls flat on
his face every time.

                    MJ (V.O)
Give it a rest, Flash.

                    FLASH (V.O)
Can't WAIT to see how Parker *tanks* his mythology presentation
today!

**SCENE 2:   PETER, ALONE.**

> *PETER, nervous, starts his presentation.*

                    PETER
                    *(to himself, nervous)*
          What was I thinking? A presentation about *spiders*?! People
          hate spiders. Most people--they have arachnophobia! I mean,
          not me, but everybody else--

                    TEACHER (V.O)
          Peter? We're waiting--

                    PETER
                    *(a beat, HE clears his throat)*
          "The Myth of Arachne: A Tale of Transformation and
          Redemption...and spiders." A report by Peter Parker.

**#2 - PETER'S REPORT**

          THERE WAS THIS GIRL...
          AND EVERYONE SAID
          SHE MADE MIRACLES, MARVELS
          WITH NOTHING BUT THREAD...
          A WEAVER WHO WOVE LIKE A GOD,
          MADE YOU FEEL,
          MADE YOU SWEAR THAT HER PICTURES
          WERE REALER THAN REAL...
          AMAZED, THE WORLD GAZED
          AT HER TAPESTRIES
          TRAPPED BY HER ARTISTRY
          AND HER NAME, HER NAME...WAS ARACHNE.

                    *Arachne's Theme booms. The "Web Curtain" irises
                    open to reveal:*

**#3 - BEHOLD AND WONDER**

**SCENE 3:   THE MYTH OF ARACHNE**

> *A Time before Time. A giant "Loom" is revealed: Seven actors swing on vertical silks to form a "tapestry." Meanwhile, ARACHNE floats down "on" a "Greek altar-like" loom platform.*

                    ARACHNE/FEMALE CHORUS
AH AH AH AH AH AH AH AH
              EH EH EH EH EH EH EH EH AAH
                          AAAH AH AHAAH
AH AH AH AH AH AH AH AH
              EH EH EH EH EH EH EH EH AAH
                          AAAH AH AHAAH
AH AH AH AH AH AH AH AH
              EH EH EH EH EH EH EH EH AAH
                          AAAH AH AHAAH
AH AH AH AH AH AH AH AH
              EH EH EH EH EH EH EH EH AAH
                          AAAH AH AHAAH
BEHOLD AND WONDER
BE HELD BY MY CREATIONS
WHO BUT I CAN SO AMAZE?
I ALONE POSSESS THE TALENTS
TO COMMAND YOUR PRAISE

> *Front projection on the tapestry depict white threads of light, forming an image [of the "sun"] As ARACHNE continues to "work at her loom," PETER speak/sing--*

                    WEAVER #1 (KRISTEN)
   Arachne's boastful words reached the Goddess Athena—

                    WEAVER #2 (KEM)
   Who demanded a weaving contest to prove her talent was greater than Arachne's!

                    WEAVER #3 (JEN)
   Arachne accepted the challenge!

                    WEAVER #4 (JODI)
   But in her arrogance, she wove blasphemous images into her tapestry to mock the Gods!

                        FEMALE CHORUS
                            *(Sung)*
WHEN POWERS ARE SO MISUSED
THE GODS ARE NOT AMUSED!

                                    *A projection of "Athena's Shadow" quickly*
                                    *grows larger and larger upon the tapestry,*
                                    *then CRAAAACK!. --a "lightning bolt"*
                                    *projection and the tapestry is "torn to*
                                    *shreds," leaving two or three remnants of*
                                    *saffron silk dangling.*

                        WEAVER #5 (AYO)
                        (Spoken)
      To punish Arachne, Athena destroyed her loom!

                                    *ARACHNE wraps one of the threads around her*
                                    *neck…*

                        ARACHNE
I HAVE WASTED MY ART
SO WHAT GOOD IS MY THREAD
MY PRIDE OVERRULED MY HEART
NOW IN SHAME I SHOULD BE DEAD

                        FEMALE CHORUS
AND THE GIRL
FALLS
FROM THE SKY…

                                    *As the loom flies out and ARACHNE falls--*

                        WEAVER #6 (BETHANY)
      But before Arachne died—

                        WEAVER #7 (NATALIE)
      The goddess transformed her!

                                                              *PAGE 4*

                FEMALE CHORUS
          *(singing as voice of Athena)*
DO NOT DESPAIR, YOU WILL BE SAVED
AND IN YOUR HEART WILL BE ENGRAVED
THAT VANITY BROUGHT YOU YOUR PLIGHT
BUT NOW IN SHADOWS, OUT OF SIGHT

               *ARACHNE is transformed into a SPIDER, as...*

                FEMALE CHORUS (CONT'D)
YOU STILL SHALL WEAVE
AND YOU SHALL WEAVE FOREVER…
NEVERMORE IN THE LIGHT…

                ARACHNE
WEAVE FOREVER…

                FEMALE CHORUS
NEVERMORE IN THE LIGHT

                ARACHNE
FOREVER A SPIDER

                FEMALE CHORUS
NEVERMORE IN THE LIGHT

                PETER
NEVERMORE IN THE LIGHT

               *From here, we segue to:*

**SCENE 4: MIDTOWN HIGH SCHOOL**

> *The School's Exterior flies in, then unfolds to reveal a Classroom.*
>
> *PETER PARKER is finishing his report on Arachne to the class, which contains, among others, the CLASSICS TEACHER, MJ, FLASH, and our three BULLIES [BOYLE, MEEKS, and KONG].*

                    PETER
                *(concluding, with enthusiasm)*
So, to conclude, that's how Athena turned Arachne, the weaver,
into the world's first spider!

                    MJ
And...is that a *good* thing or a bad thing?

                    PETER
We-ell, Arachne learned wisdom and humility from Athena. And
yeah, she got six extra legs in the deal, but to me, that's a
small price to pay for enlightenment.

                    FLASH
Too bad she's not real, Parker! A girl with eight legs *might*
consider going out with you!

> *The rest of the class, except MJ, laughs.*

                    TEACHER
Mr. Thompson, enough.
                *(beat)*
It's a cautionary tale, isn't it, Peter? the story of Arachne.
If you're blessed with talent--with powers--that rival a
God's, what would you do? Would you squander it or use it
responsibly?
                *(beat)*
Food for thought, class, and the perfect note on which to end
today's lesson. Why don't we wrap up a bit early--

> *CHEERS from class.*

                    PETER
                         *(raising hand)*
          Uhm, Mrs. Gribrock?

                    FLASH
                         *(sotto to PETER; anger, disbelief)*
          Oh, you are *such* dead meat, Parker!


                    TEACHER
          Yes, Peter?

                    PETER
                         *(eagerly)*
          I found this interesting footnote.  Apparently, Athena used
          aconite to turn Arachne into the spider, and I was curious if
          that's the same compound as the alkaloid pseudaconitine?

                    TEACHER
          Peter, I teach Classics, not Chemistry.

                    PETER
          Well I was just wondering, because--

                    FLASH
          --because you're a dork.

                    TEACHER
          Class, class--

                    PETER
          I was wondering because...
                         *(back to TEACHER)*
          ...I don't know if you're familiar with the work of Norman
          Osborn. A lot of his projects-- About evolution, genetic
          splicing, metamorphoses--

                    TEACHER
                         *(cutting him off)*
          Metamorphoses- I almost forgot! Ovid's Metamorphoses! It's
          ancient, it's long, it's dense and I want a ten-page paper on
          it by Monday! Thanks for reminding me, Peter--you kids almost
          got off scott-free this weekend! Have a nice lunch.

                         *SCHOOL BELL RINGS*

                         *Groaning, the whole class gets up to leave.*
                         *FLASH and the BULLIES shooting daggers at*
                         *PETER (for*

>                         *being such a brown-noser) as they go. MJ and*
>                         *PETER fall into step...*

                    MJ
              (blowing by him)
Peter, your presentation was incredible!

                    PETER
Thanks, Mary Jane--

                    MJ
Seriously, you were really amazing up there.

                    PETER
Oh. Uhm. Well.

                    MJ
Listen, I gotta go but catch you later, Tiger.

>                    *She goes.*

                    PETER
Sure-- Later, absolutely—catch you later, yeah, yeah, later.
              (*She's gone; he turns to face front, in awe*)
*She called me Tiger!*
              (*beat*)
*Why* did she call me Tiger...? It probably doesn't mean
anything, she probably just likes saying the word. But, she
could've called me...*Dolphin*! Or, or *Meerkat*! Or...

>                    *FLASH and his BULLY BUDDIES come up*
>                    *behind PETER--*

                    FLASH
              (*cutting him off*)
Or *LOSER*, Parker--

>                    *The BELL RINGS. The Classroom folds up*
>                    *and becomes the School's Exterior once*
>                    *more.*

**#4 - BULLYING BY NUMBER**

                         PETER
                              *(getting his books)*
          Hey, Flash, what's going on?

                         FLASH
          What's going on is: I don't like you scamming on my girl.
          Makes me look stupid--

                         KONG
                              *(too emphatic)*
          Yeah, you looked stupid, Flash--

                         MEEKS
          Yeah, stupid.

                         *FLASH shoots KONG a look.*

                         PETER
          Wait, you and Mary Jane are--?

                         FLASH
          We are. Which is why I have this sudden urge to POUND you!

                         PETER
          You could do that, yeah, or—you could channel your aggression
          into something positive like Chess Club--

                         FLASH
                              *(is this a joke?)*
          *The hell? Chess?!*

                         PETER
                              *(trying to leave the situation)*
          It's surprisingly competitive, but I could put a good word in
          for you--

                         FLASH
          Nah, let's play a game instead. We got this new one.

                         PETER
          I don't think so—

                         FLASH
          Oh, no, no. You'll like this one Petey, I promise--

                         KONG
          Yeah, Petey, you'll like this one, it's like--like--
                              *(with menace, though KONG is an idiot)*
          --like volleyball.

                         MEEKS
          Yeah, *volleyball*.

                              *FLASH shoots KONG a look. Then, back to PETER
                              for:*

                         FLASH
          It's like *ice hockey* but without the puck, without the ice and
          without the hockey-- It's called "Get the Geek," and you're
          the geek--

                              *"Bullying by Numbers" begins in earnest. With
                              FLASH refereeing as the other BULLIES do his
                              dirty work for him.*

                         BULLIES
BULLYING BY NUMBERS (FLASH)
BULLYING BY NUMBERS (BOYLE)
BULLYING BY NUMBERS…(MEEKS/KONG)

                         BULLIES
POW!

CRACK!

BANG!

THWACK!

                        FLASH
THERE'S NOTHING QUITE AS FUN
AS WHEN YOU BEAT ON
SOMEONE SMART


                        BOYLE/KONG
NOTHING QUITE AS FUN AS WHEN
YOU SEE SMART FALL APART


              FLASH/MEEKS                          BOYLE/KONG
YOU GRAB HIS HAIR                      OH OH OH OH
I'LL RIP HIS CLOTHES                   OH OH OH OH
THEN BURST HIS NOSE                    OH OH OH OH


                 FLASH                         MEEKS
THERE'S NOTHING QUITE AS FUN AS        I'LL DISH IT OUT
CHOOSING WHICH ONE WE SHOULD HATE      YOU WATCH THE DOOR


              BOYLE/KONG
NOTHING QUITE AS FUN                   I'LL SHOW HIS FACE
AS WHEN WE ALL                         WHAT A BOOT IS FOR
PARTICIPATE


              FLASH/MEEKS                          BOYLE/KONG
YOU GRAB HIS HAIR                      EH EH EH EH
I'LL RIP HIS CLOTHES                   EH EH EH EH
THEN BURST HIS NOSE                    EH EH HEH


BULLYING BY NUMBERS (MEEKS)
BULLYING BY NUMBERS (BOYLE)
BULLYING BY NUMBERS…(FLASH/KONG)


                        PETER
                    *(interjecting)*
          Read this great article-


                        BULLIES
BOOM!


                        PETER
          About juvenile-


                        BULLIES
KA-CHANG!


                        PETER
          -delinquents-


                        BULLIES
DOOSH!

                    PETER
          I'll just go and get it!

                         BULLIES
          BANG!

                    PETER
          Or not!

                              *During INSTRUMENTAL INTERLUDE, the TEACHER*
                              *(MRS. GRIBROCK) walks through the hall The*
                              *BULLIES stop bullying PETER. All innocent now.*

                    TEACHER
                         *(sensing something's amiss)*
          Boys--?

                    BOYS
          Mm?

                    TEACHER
          Everything all right?

                    FLASH AND BULLIES
          *Fine, Mrs. Gribrock...*

                    TEACHER
                         *(unconvinced)*
          Peter? Anything you want to tell me?

                              *FLASH glares at PETER: "Are you a narc, too?"*
                              *PETER shakes his head.*

                    PETER
          No, Mrs. Gribrock. Everything's...cool.

                    TEACHER
          Oh good, carry on!

                              *The TEACHER goes. BULLIES thank PETER. FLASH*
                              *crosses to PETER and picks him up from the*
                              *floor.*

                    FLASH
                         *(with extra malice)*
          Thanks, Petey! Really appreciate you covering for us, you're a
          stand-up guy-oh, and guess what?

                              *MUSIC out.*

                    FLASH (CONT'D)
          *Time for Round Two!*

                    PETER
                         *(gulps--)*
          Great.

                              *The MUSIC goes into the Bridge-*

                                                              **PAGE  12**

v. 6/7/11                                                          Act I Scene 4

                         BULLIES
BULLY BY NUMBERS
BULLYING BY NUMBERS

BULLY BY NUMBERS
BULLYING BY NUMBERS

                                   *A passel of HIGH SCHOOL GIRLS enter, crossing*
                                   *the hall and taunting PETER--*

            BULLIES                      GIRLS
                                   PETER PARKER HAS THE MUSCLE
                                   HE CAN RUMBLE HE CAN TUSSLE

                                   SHOW THOSE BULLIES WHAT YOU'VE GOT
                                   C'MON PETER, TAKE A SHOT
BANG!
                                   PETER PARKER
                                   PETER PARKER
THWAACK!
                                   SUCH A PECKER

        PETER                    BULLIES              GIRLS            BULLIES
IS IT
TRUE                      BY NUMBERS
THAT THE THINGS THAT WERE DONE    BY NUMBERS
DONE TO YOU               BY NUMBERS
YOU WIND UP WANTING TO DO  BY NUMBERS          BY NUMBERS              BANG
IS A VICTIM JUST A VICTIM  BY NUMBERS          BY NUMBERS
OF A VICTIM OF A VICTIM    BY NUMBERS          BY NUMBERS              THWACK
LIKE YOU                   BULLYING BY NUMBERS  BY NUMBERS

            BULLIES
      BULLYING BY NUMBERS (MEEKS)
      BULLYING BY NUMBERS (BOYLE)
      BULLYING BY NUMBERS (FLASH/KONG)

                                   *And for a coda--*

                  FLASH
         Play time's over!

                                   *The song ends. FLASH and the BULLIES head off,*
                                   *leaving PETER behind. Humiliated.*

**#5 - NO MORE**

**SCENE 5:   THE WALK HOME**

> *PETER walks home, in the blackest of moods.*
> *His taped glasses are askew.*
>
> *As HE walks, the row houses behind him*
> *(actually a giant "flip book") change*
> *perspective to create a "journey" through*
> *Queens.*

           PETER
          *(to self)*

DON'T TALK
JUST WALK
GOING NUTS
HATE MY GUTS

GET GOOD GRADES
ANOTHER SHOVE
STOP BEING A LOSER
STOP BEING IN LOVE
AND WHY DO I NEED THESE
STUPID GLASSES

I'D GIVE MY LIFE TO BE
ANYONE BUT ME…
YEAH
ANYONE BUT ME
I WANNA BE
ANYONE BUT ME
YEAH

> *MUSIC continues underneath, as MJ calls from*
> *behind him.*

          MJ
Peter-- Wait up--

           PETER
           *(kind of not turning to her)*
MJ--

           MJ
           *(reaching him)*
Are you okay? Gwen told me what happened at school-- With
Flash and his buddies--

                    PETER
                        *(embarrassed)*
What? Oh, that? That was nothing, we were just--you know—
joking around.

                    MJ
Ughhh, Flash Thompson is *such* a jerk!

                    PETER
Agreed...
                        *(beat)*
But, uhm, then how come you guys are dating?

                    MJ
What? Dating? Flash? No. I mean, we've been on one date, but
that definitely didn't count 'cause he took me to the early
bird special at Applebees.

                    PETER
Ouch.

                    MJ
Yeah.

                    PETER
Brutal.

                    MJ
I know.

                    *Uncomfortable silence here as they
                    continue walking. Finally:*

                    PETER
So...*are* you dating anyone?

                         MJ
                    *(letting him off the hook)*
No. Right now, I am focusing on Drama Club.


                         PETER
I saw a poster. You guys are doing "The Fantasticks."


                         MJ
We are.


                         PETER
That's the musical version of "The Fantastic Four," right?


                         MJ
...no.


                         PETER
No, I know--that was--you know--a joke.


                         MJ
Oh, got it, fan boy humor, love it...


                         *They reach their houses.*


                         PETER
Uhm. Well, listen. If you want, I could come over and help you
practice your lines? I'm really good at, uh-- reading...


                         *From inside MJ's house, we hear a CRASH of*
                         *glass breaking and MJ's FATHER calling:*


                         MJ'S FATHER
                    *(hazy, drunk)*
Ow! Dammit!


                         *MUSIC out. A beat between MJ and PETER.*
                         *His heart goes out to her.*


                         MJ
Yeah, we should do that some time.

                    PETER
Okay, well, if you need anything.

                    MJ
Thanks, Peter. You're a good person.

                    PETER
                *(bitterly)*
For whatever that gets you...

                        *PETER enters his house [ducks behind flat]*
                        *while MJ lingers in front of her house, not*
                        *wanting to go in.*

                    MJ'S FATHER
Where is that girl?

                    *CRASH!*

                    *MUSIC in.*

                    MJ
                *(to self)*
THIS ISN'T HOME
JUST A HOUSE
BROKEN DOOR
BROKEN GLASS
DAD'LL YELL
TUNE HIM OUT
HE'S DRUNK BY NOW
HE HAS TO SHOUT
KEEP ON WALKING
JUST IGNORE
THEN GET TO YOUR ROOM AND
SHUT THE DOOR
LET ME DISAPPEAR
OR JUST BE
ANYWHERE BUT HERE, YEAH
ANYWHERE BUT HERE
I WANNA BE

                        *MJ enters her houses, disappearing from view.*

**SCENE 6:   ROW HOUSES IN QUEENS**

> *As MUSIC continues underneath, we see PETER greeted by his AUNT MAY and UNCLE BEN.*

                    UNCLE BEN
Hey Petey, how was school!

                    PETER
Hi Uncle Ben, Aunt May--

                    AUNT MAY
Where are you going? I've just started dinner--

                    UNCLE BEN
Whoah, what happened to your glasses?

                    PETER
Nothing, I--
          *(not wanting to get into it)*
--I tripped and fell. It's no big deal.

                    AUNT MAY
          *(compassionate)*
Oh, Peter. You got into another fight, didn't you?

> *UNCLE BEN and AUNT MAY trade a look as we shift the focus to MJ and her FATHER, briefly.*

                    MJ'S FATHER
Mary Jane, I woke up and you weren't here... Where were
you...?

                    MJ
School, Dad--
          *(caring for him)*
It's okay, take it easy...

> *Shift the focus to Peter's house.*

                    UNCLE BEN
May, will you excuse us a minute?

                    AUNT MAY
          *(tough cookie, but not mean)*
The heck I will, Ben Parker!
          *(to PETER)*
It was those delinquents again, wasn't it?

                              PETER
                         *(erupting)*
Just once, just ONCE I want to see those guys get what they
deserve!

                              UNCLE BEN
That's not like you, Pete.

                              PETER
I'm sick of being pushed around! And Mary Jane! She looks at
me and all she sees is some wimp who's always getting beat-up!

                    *Shift the focus to MJ's house.*

                              MJ
Dad, why don't you go upstairs?

                              MJ'S FATHER
I'm fine, fine...

                    *Shift the focus to Peter's house.*

                              UNCLE BEN
What have I told you, Peter? Rise above it! Be the better man.
You're smarter than them!

                              PETER
                         *(sarcastic)*
So in a fight I'll just outthink them!

                              UNCLE BEN
That's right!

                              PETER
You say that, but it's not so easy--

                    *From MJ's house, we hear yelling:*

                              MJ'S FATHER
Mary Jane! Where ya going, girl? Ya leaving me?

                              MJ
I'm just going outside, Dad, I'm not going anywhere...

                         *MJ, wearing a sweater, comes out of her house,*
                         *but the focus is still on PETER and his*
                         *family...*

                              UNCLE BEN
          I know I can sound like a broken record, Pete, and I know I'm
          not your father, but trust me: The absolute best thing you can
          do is--


                              PETER/UNCLE BEN/AUNT MAY
          --rise above it!


                                        *PETER begins to exit the house as...*


                              PETER
          Yeah, right, rise above it.


                              AUNT MAY
          Peter--


                                        *PETER goes outside. The row houses recede as--*


               PETER (CONT'D)                        MJ
          ANYONE BUT ME                    ANYWHERE
          YEAH                             BUT
          ANYONE BUT ME
          I WANNA BE--                     ANYWHERE


                              PETER (CONT'D)
          EVERY DAY IS LIKE A WAR
          AND I'M LOSING IT
          I'M TAKING HITS FROM EVERY SIDE
          EVERY SIDE THAT THERE IS


                         MJ
          EVERY DAY I FEEL THE WALLS ARE CLOSING IN
          WHEN CAN I BEGIN
          TO GET MYSELF RIGHT OUT OF
          THIS PLACE


                              MJ/PETER
          ANYONE BUT ME


                              PETER
          I COUNT THE GRASS AS IT GROWS

                    MJ
ANYWHERE BUT HERE

                    PETER
I GO TO SLEEP IN MY CLOTHES
BUT THE SHOES DON'T FIT

            PETER (CONT'D)                    MJ
I AM                              WHERE DO I
NOT WHAT I'VE BEEN TOLD
I AM                              DO I LIVE
NOT WHAT I'VE BEEN SOLD           WHAT DO I TAKE
I'M AT THE POINT OF POSSIBILITY
                                  WHO WILL I FIND
I CAN ALMOST GLIMPSE INFINITY     WHATEVER SIGN
I AM                              WHEN IS THE TIME
NOT WHERE I BELONG                IS IT NOW?

                    PETER/MJ
AND I CAN SEE AN OPEN DOOR
AND I CAN'T LIVE LIKE THIS NO MORE

I CAN'T LIVE LIKE THIS
NO MORE
I CAN'T LIVE LIKE THIS
NO MORE

NO NO NO NO
NO NO NO NO
NO MORE...

                    *We transition to-*

**#5A - *TRANSITION TO OSCORP***

**SCENE 7:   OSCORP LABORATORY**

> *NORMAN OSBORN is pacing about with his head in*
> *a newspaper, while his wife EMILY is trying to*
> *get his attention.  NORMAN is a bundle of*
> *energy, going from station to station in his*
> *lab, fiddling with equipment, and always*
> *talking–*

                    NORMAN
               *(calling out to ASSISTANTS)*
Newts! It came to me in the night—newts!

                    EMILY
Norman, can you just stand still for a minute--

                    NORMAN
I'm sure I *can* stand still, I just don't see the point.

                    EMILY
We need to talk about our *EXTREME* funding problem–

                    NORMAN
               *(now engrossed in newspaper, on high horse)*
See! Now Emily, here's what I'm talking about. Climate change
in North America--it's gonna make the cloud-cover so thick
we'll need bigger eyes just to compensate. Or no no no--
               *(snaps fingers)*
-Infra-red! What species has infra-red?
               *(to EMILY)*
Oh, come on Honey, what--

                    EMILY
Rattlesnakes.

                    NORMAN
Bingo!
               *(yelling to lab-coat-clad assistant)*
Danny!, that genome sequence we isolated on that rattlesnake?,
get me the printout!, human beings are gonna see in the dark!,
oh and hey--splice in a little luciferin from the glowworm
and...I swear Emily, I'm gonna be Norman Osborn who turned
night into day!  Let there be Light I say! Or no no no, wait,
somebody else said that.

                    EMILY
God?

                    NORMAN
Who? No no, Edison.

                    DANNY
                  (*handing him a report*)
Dr. Osborn, the report you requested.

                    NORMAN (CONT'D)
                  (*to EMILY, as cage of newts are brought to him*)
It's a new idea-for when the ocean levels start swamping the
cities-Amphibious Skin! Transformation! Transformation's the
key! Global catastrophes, extinction events...if humans are
going to survive, they need to transform!

                          *An ASSISTANT on the bridge over the lab*
                          *interrupts NORMAN-*

                    LAB ASSISTANT #1 (KEN)
Excuse me, Doctor Osborn, the students from Midtown High have
arrived-

                    NORMAN
The who?

                    EMILY
The field trip. One of the students won the science fair; his
class visiting our lab was the prize--

                    NORMAN
Oh sure, sure the field trip, bring 'em in, bring 'em in-- Did
you see the winning project? By a Peter Parker? There's
potential there--

                          *As STUDENTS from Midtown High begin to file in*
                          *on the Bridge (including PETER [with a camera*
                          *around his neck] and MJ), EMILY (in a lower*
                          *voice) tries one more time to get Norman's*
                          *attention--*

                    EMILY
Norman-- You need to LISTEN: You're a dreamer--

                    NORMAN
The word's visionary! I'm sorry, honey, but you married a--

                              EMILY
                        *(interrupting)*
          But you've got to be practical, too. Our funding's dried up--
          The staff's getting skittish--


                              NORMAN
          No one's gonna leave just as we're hittin' our stride!


                              EMILY
          They will if we can't pay their salaries—


                              NORMAN
                        *(beat, treading carefully)*
          I agree—That's why we should at least consider the offer to
          finance our research from...Viper Worldwide.


                              EMILY
          Viper? Norman, they're mercenaries-- You know what they would
          do with our science-- Create genetically engineered super-
          soldiers-- Killing machines--


                              *STUDENTS begin entering the main floor of the
                              lab.*


                              NORMAN
          No. We'd have approval over every application of our research-
                        *(seeing Students offstage, beckoning)*
          Oh--yeah yeah--come right on in--don't be shy—


                              PETER
                        *(to MJ, in awe of NORMAN)*
          Oh my gosh, Mary Jane, I can't believe it! There he is, in the
          flesh!


                              NORMAN
          Now which one of you is Peter Parker??




                         **{NEXT PAGE IS 26}**

> *PETER is star-struck at meeting his idol--*

                    PETER
Uh...

                    MJ
                *(calling out)*
Here he is-- This is Peter Parker--

                    PETER
                *(embarrassed)*
MJ--

                    NORMAN
Peter Parker. Well, this is an honor.

                    PETER
Uh...

                    MJ
                *(helping him out)*
Peter's been talking about you non-stop, Doctor.

                    PETER
Uhh...

                    NORMAN
That was quite a project you came up with on nanotechnology
and genetic encoding—

                    PETER
I...I...

                    MJ
Peter, just *tell* him--

                    PETER
                *(bursting through his nerves)*
--*I've read every word you've ever written*! In my world,
you're a rockstar!

                        NORMAN
          Did you hear that, Emily? I'm a rockstar--

                        EMILY
          I thought you were God.

                        PETER
                              (super-excited)
          Your work on cellular regeneration? Scientific American says
          you're gonna cure cancer!

                        NORMAN
          Emily, meet the future: Peter Parker. Peter, my wife, Emily.
          The only person smarter than I am.

                        EMILY
          Welcome to Oscorp, Peter.

                        PETER
          A pleasure, Mrs. Osborn.
                              (turning to MJ)
          Oh, this is Mary Jane Watson--

                        MJ
          Hi. This place is unbelievable.

                        NORMAN
          What a fine lookin' couple.

                        MJ
                              (simultaneous with PETER)
          Oh, no, I'm just--

                    PETER
                        *(simultaneous with MJ)*
Oh, no, she's just--


                    NORMAN
Say no more--
                        *(beat)*
--but Peter, the Work! The Work is everything! But Love--
Love's what keeps you humble--keeps you sane-- Love's what
keeps you human... So my advice is: Figure out a way to have
both.


                    EMILY
                        *(a joke, including MJ on this)*
And my advice is: Don't marry a mad scientist.


                    PETER
Can I get a picture, Doctor Osborn? For the school paper?


                    NORMAN
Sure--


                    PETER
Maybe in front of the spiders?


                    MJ
Peter's got a thing for spiders, Doctor... Arachne,
Arachnids...


                    NORMAN
Well, these spiders, they're enhanced versions of themselves,
like every other specimen in the lab.


                            *PETER snaps the picture. NORMAN takes the*
                            *stage...*


                    NORMAN (CONT'D)
Whatever potential is inside them, we're unlocking it--
Speeding up the evolutionary process--for you, Peter-- For
your classmates-- You've read my book—


                    PETER
DIY World.


                    NORMAN
 "Improve yourself--"


                    PETER
"—so you can improve the world."


                    MJ
DIY?


                    NORMAN
Do It Yourself.

**#6 - D.I.Y. WORLD**

                              NORMAN (CONT'D)
            We gotta get under the hood and tinker! Now! Life is yours! So
            seize it! Forget following your DNA to the letter! Why be
            human when you can be better! DIY, kids!

                              NORMAN/EMILY

CAUSE WE CAN BE
WHAT WE WANNA BE
AND WE NEED TO BE
WHAT WE GOTTA BE
THAT'S WHAT WE OUGHTA BE
IN THE D.I.Y. WORLD

                                        *NORMAN cues the LAB ASSISTANTS, who SING, with*
                                        *NORMAN joining in.  Eventually the STUDENTS*
                                        *join as well.*

                    LAB ASSISTANTS/EMILY                    NORMAN
CAUSE WE CAN BE                                    TOMORROW BELONGS
WHAT WE WANNA BE                                   TO THE BRAVE
AND WE NEED TO BE                                  NOT THE SLAVE BUT THE
WHAT WE GOTTA BE                                   BRAVE
DO IT YOURSELF
DO IT YOURSELF
D.I.Y. WORLD

                         NORMAN
                       *(to PETER)*
GAMMA RAYS, TIDAL WAVES
INFLUENZA--THERE'S SO MANY WAYS
THE HUMAN RACE CAN TAKE A HIT
WE'RE GONNA SINK, BUT YOU CAN SWIM
IF YOU DON'T MIND A LITTLE CHANGE OF SKIN
DESIGNER GENES ARE A BETTER FIT

v. 4/12/11                                                    Act I Scene 7

                    *NORMAN has worked the Students up into an*
                    *enthusiastic chorus.*

     LAB ASSISTANTS/STUDENTS        NORMAN/PETER              EMILY/MJ
CAUSE WE CAN BE
WHAT WE WANNA BE
AND WE NEED TO BE
WHAT WE GOTTA BE
THAT'S WHAT WE OUGHTA
BE IN THE D.I.Y. WORLD

CAUSE WE CAN BE              TOMORROW BELONGS          TOMORROW BELONGS
WHAT WE WANNA BE            TO THE BRAVE              TO THE BRAVE
AND WE NEED TO BE
WHAT WE GOTTA BE           NOT THE SLAVE BUT THE      ALL TO THE
DO IT YOURSELF             BRAVE                      BRAVE
DO IT YOURSELF
D.I.Y. WORLD


                    PETER
RISING SEAS? NO MORE TREES?

                    FLASH
THEN BE A FREAKIN' FLEET OF KILLER BEES!

                    NORMAN
WE'RE MASTERS OF CREATION!

                    NORMAN/PETER
DNA IS THE WAY

                    NORMAN
NOW THAT EVOLUTION'S HAD ITS DAY

                    NORMAN/PETER
THE INTELLIGENT DESIGN SOLUTION

                    NORMAN/PETER/MJ/EMILY/CHORUS
AND WE
WE COULD LIVE
FOR A THOUSAND YEARS!

Act I Scene 7

                        LAB ASSISTANTS
CAUSE WE CAN BE
WHAT WE WANNA BE
AND WE NEED TO BE
WHAT WE GOTTA BE
THAT'S WHAT WE OUGHTA
BE IN THE D.I.Y. WORLD


        LAB ASSISTANTS                                      STUDENTS
CAUSE WE CAN BE                                  DO IT YOURSELF
WHAT WE WANNA BE                                 YOURSELF
AND WE NEED TO BE                                DO IT YOURSELF
WHAT WE GOT TO BE
THAT'S WHAT WE OUGHTA                            DO IT YOURSELF
BE IN THE D.I.Y. WORLD                           YOURSELF
                                                 DO IT YOURSELF


    PETER/MJ/NORMAN/EMILY        LAB ASSISTANTS            STUDENTS
TOMORROW BELONGS          CAUSE WE CAN BE        DO IT
TO THE                    WHAT WE WANNA BE       YOURSELF
BRAVE NOT THE             AND WE NEED TO BE
SLAVE BUT THE             WHAT WE GOTTA BE
BRAVE                     DO IT YOURSELF         DO IT YOURSELF
                          DO IT YOURSELF         DO IT YOURSELF
                          D.I.Y. WORLD           D.I.Y. WORLD


                          *Over an instrumental, NORMAN speaks on top,*
                          *transfixed in a messianic vision--*


                        NORMAN
        Imagine! We could produce...super strength!  Electric
        reflexes! Abilities once reserved for the ancient gods are now
        within our grasp!


                          *EMILY, meanwhile, has noticed the Emergency*
                          *light--something disturbing is going on at the*
                          *spider pod.  SHE tries to get Norman's*
                          *attention--*

                              LAB ASSISTANTS
AND WE
WE COULD LIVE

                              LAB ASSISTANTS/STUDENTS
WE COULD LIVE
FOR A THOUSAND--

                    EMILY
     Norman!

                         *MUSIC out.*

                    EMILY
     The female spider--she's missing!

**#7 - *VENOM***

                         *MUSIC back in*

                         *EMILY and NORMAN exit.*

                         *A large SPIDER slowly lowers on thread
                         downstage toward an unwitting PETER, who is
                         changing the film in his camera--*

                         *The SPIDER lands on PETER and HE SCREAMS in
                         pain.*

                    PETER
     AAAAH!!

                         *PETER remains in the spot writhing from the
                         spider bite as--*

                         *The projection of the scurrying spiders fills
                         the stage and the four BULLIES (FLASH, MEEKS,
                         KONG, and BOYLE) step forward to sing:*

v. 5/6/11                                                    Act I Scene 8


**SCENE 8: NORMAN/EMILY CROSSOVER; MJ/AUNT MAY/BEN CROSSOVER**

                          FLASH/MEEKS/KONG/BOYLE
VENOM FLASHING THROUGH ALL DEFENSES
BLOOD ELECTRIC AND FLOODLIT SENSES
CELLS DISMANTLED WITH TRANSMUTATION
SPUN AROUND BY A SPIDER CONTAGION

**#7A - *VENOM U/S***

                              *MJ rushes over to FLASH and the BULLIES--*

                    MJ
Flash! Did you see where Peter went?

                    FLASH
You mean after he *threw*-up in front of all those scientists
and then bolted like a little girl?

                         *The BULLIES crack up at this.*

                    MJ
He was probably standing next to you and accidentally took a
*deep* breath.

                         *The BULLIES razz FLASH:*

                    MEEKS
Dang, Flash, you stink!

                    FLASH
Funny, MJ-- But Parker's a born loser, and--
         *(holding up the keys)*
--check it out: Does *he* have a new car?

                    MJ
I'll talk to you *later*, Flash.

                              *MJ rushes out as DANNY enters shooing the
                              BULLIES away--*

                    DANNY
Hey, hey, gentlemen, field trip's over. Proceed to the lobby in an
orderly fashion.

                         *Meanwhile, an agitated NORMAN enters with EMILY.*

                    NORMAN
Danny!

                    DANNY
The entire building's in lockdown, Doctor-- Nothing's getting
out without our knowing about it-- including the missing
arachnid--

                    NORMAN
Did you search those Midtown High kids--

                        NORMAN (CONT'D)
--one of them could've been a spy--

                        EMILY
Don't start getting paranoid again, Norman...

                        DANNY
We checked their bags as they left -- all clear.

                        NORMAN
Sweep the building, floor by floor, lab by lab--

                        DANNY
Yes, Dr. Osborn.

                        *DANNY goes.*

                        NORMAN
Three years of work on that spider-- The perfect distillation
of all our experiments—

                        EMILY
We'll find her, Norman-- Probably somebody took her up to
Diagnostics.

                        NORMAN
What if she got out? What if she's out there, in the world,
without anyone to protect her?

                        EMILY
You designed this building, Norman. There's no way she could've
slipped out--Honesty, you get so overwrought-it's not healthy
for you, it's not healthy for me.

                        *EMILY begins to exit.*

                        NORMAN
                        *(suddenly)*
Emily!

                        EMILY
What?

                        NORMAN
When you see a boy like Peter Parker-- You don't have any
regrets, do you? You don't think we should've--

                        EMILY
                        *(stopping him right there)*
I don't think anything.

                    NORMAN
                        *(relieved)*
Good. Every now and then I worry that we've overreached--

                    EMILY
We have, but that's your nature--

                    NORMAN
Luckily I have you.

                    EMILY
That's right. Worry about our funding. Worry about how we're
going to keep this magnificent ship of ours afloat without
resorting to corrupt, shadow organizations like Viper
Worldwide.

                    *NORMAN and EMILY exit.*

                    *AUNT MAY and UNCLE BEN, in front of their
                    house—*

                    AUNT MAY
Ben, maybe we should call a doctor.

                    UNCLE BEN
The boy's okay, he's tougher than he looks--

                    UNCLE BEN/AUNT MAY
--A chip off the old block—

                    *MJ crosses to AUNT MAY and UNCLE BEN.*

                    MJ
Mrs. Parker, Mr. Parker--is Peter home?

                    AUNT MAY
He came home and went straight to bed--

                    MJ
Is he all right?

                    AUNT MAY
He was feverish, he said, and he did look it. I assumed it was
the flu or something--
                        *(whispers it)*
--*puberty-related*--

                        UNCLE BEN
I've kept an ear out-- He's up there, banging around-- Let him
sweat it out--

                        MJ
Will you tell him I stopped by? And that I hope he's feeling
better?

                        UNCLE BEN
You bet we will—

                        MJ
Thanks a lot.

                        *MUSIC out. MJ goes. UNCLE BEN and AUNT MAY*
                        *have a sweet, easy moment between them...*

                        UNCLE BEN
You'll see. We leave him alone, he gets a good night's rest,
and when he wakes up tomorrow morning, he'll be dancing on the
ceiling...

                        *They exit as we segue to...*

**SCENE 9:  PETER PARKER'S BEDROOM — NEXT MORNING**

> *PETER awakes on the bedroom ceiling, freaking out.*

> PETER
Omigodomigodomigodomigodomigod--!

**#8: BOUNCING OFF THE WALLS**

> *As PETER falls onto his bed:*

> PETER (CONT'D)
Aaaaaahhhh!

> *Bewildered, he becomes immediately aware of his new muscles.*

> PETER (CONT'D)
*(enthused - singing)*
It's the spider bite!

> *PETER contemplates the bite on his right hand, then leaps to SR bedroom wall and bounces off. Becoming more and more revved up--*

> PETER (CONT'D)
Gotta be!

> *PETER takes a leap onto the other wall.*

> PETER (CONT'D)
OH YEAH!

> *PETER flings off his glasses and leaps up to the light fixture on the ceiling.*

> PETER (CONT'D)
*(approving)*
UH HUH.

> *PETER SINGS while hanging from the light fixture.*

Act I Scene 9

                           PETER (CONT'D)
SOMEONE ELSE
HAS WOKEN UP INSIDE OF ME
SOMETHING
HAS JUST TURNED ON A LIGHT IN ME
I FEEL A FORCE
FLOW THROUGH EVERY ARTERY
NOW

                              *PETER begins walking up the walls of his room
                              as--*

                           PETER (CONT'D)
I CAN'T GET DOWN
I WOKE UP ON THE ROOF AGAIN
ROUND AND ROUND—
SPINNING ON THE SPOT AGAIN
I CAN'T EXPLAIN
THE WHO, THE WHERE, THE WHY OR THE WHEN,
OR HOW

                              *PETER sings on the floor again--*

AND I FEEL IT IN MY VEINS
IT'S A FEELING I CAN'T TAME
CAN ANYONE PLEASE EXPLAIN
WHY WHY WHY
WHY I'M

                              *PETER leaps and tumbles from wall to wall--*

                           PETER & OFFSTAGE VOICES
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS

                              *PETER sings upside-down from the ceiling--*

                           PETER
A SUNSPOT—I'M ATOMIC ENERGY
THE ATOM SPLIT
BUT LEFT THE BEST PART IN ME
IT'S NOT STATIC—
IT'S JUST ELECTRICITY
WOWWW

> *More bouncing off the walls for PETER,*
> *including the walls playing "ping-pong" with*
> *him, until he sends the walls flying away--*

                    PETER & OFFSTAGE VOICES
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS

> *PETER struts/jumps to–*

**SCENE 10: MIDTOWN HIGH SCHOOL - PETER'S REVENGE**

> *As Bouncing Off the Walls MUSIC continues,*
> *lockers come on. HIGH SCHOOL KIDS CROSS,*
> *joining the song--*

            HIGH SCHOOL KIDS (AYO, BETHANY, NATALIE, KEM)
WOAHHH OHH OH
WOAHHH OHH OH

> *The BULLIES enter, tormenting a PETER PARKER-*
> *like NERD. The lockers part, revealing a*
> *transformed PETER PARKER, who approaches the*
> *BULLIES...*

            PETER/KIDS [IN BOLD]
AND I FEEL IT IN MY SOUL
WHAT I NEED TO CONTROL
AND I FEEL IT IN MY BONES
LET'S ROCK AND ROLL, ROLL, ROLL, ROLL, ROLL

> *Eight-Bar Drum Break, with 4/8's then-*

> *Utilizing "black theater" puppet techniques, a*
> *Comic fight between PETER and the BULLIES*
> *ensues, with PETER delivering effortless*
> *punches into the BULLIES which send them*
> *flying high in the air and bouncing off the*
> *walls. The NERD is saved. When STUDENTS look*
> *at PETER quizzically, he offers:*

            PETER
            *(shrugging)*
I've been working out.

> *As PETER dispatches with the other Bullies--*

            PETER/KIDS/OFFSTAGE VOICES
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS

        *(4 Bar guitar solo)*

BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS
YEAH YEAH YEAH YEAH
ALRIGHT!

> *The song buttons with PETER sending two webs*
> *from his wrists over a bully. He is alone*
> *onstage.*

PETER
Okay, after careful analysis, the only logical conclusion is
that I now have the proportionate strength, speed, and agility
of a super-spider, which is...awesome. I also seem to be
generating a web-like fluid, probably in my intestines, which
is-- also awesome!

> *Flash's convertible is revealed.  MJ and FLASH*
> *cross in the car as--*

FLASH
*(calling out)*
How's it goin', Slurk! Don't block the box!

PETER
*(confused)*
MJ?

MJ
I'm late for rehearsal! He's just giving me a ride! See you!

> *The car vanishes, leaving PETER alone on*
> *stage!*

PETER
Okay. *Not* awesome...

> *UNCLE BEN enters having seen the seeming*
> *brush-off.*

UNCLE BEN
Peter? You didn't forget we were gonna fix up the fence in the
backyard tonight, did you?

PETER
*(not even looking at him)*
I need a car, Uncle Ben...

UNCLE BEN
I don't disagree. We'll get you one.

PETER
No, I mean I need a car right now.

                    UNCLE BEN
                        (sagely)
            That was Mary Jane Watson, wasn't it.


                    PETER
            If I had a car, I could drive her to school every day. I could
            drive her to play practice. I could drive her to the drive-in!
            The drive-through!

                    UNCLE BEN
            Comes a time in every man's life when he needs a car...


                    PETER
            Or a motorcycle! Yeah, a motorcycle!


                    UNCLE BEN
            Let's stick to the car-- We'll start saving up. But remember,
            Peter, what I always say: "There are no shortcuts, in life as
            in love." Ah, finish your day-dreaming, Romeo...


                        UNCLE BEN exits.

**#9 - WRESTLING MATCH**


                    PETER
            Why didn't I see it before? It's so obvious! A car! Get the
            car, get the girl! Car equals Girlfriend. By extension,
            Motorcycle equals Girlfriend Like Mary Jane! Of course, with
            the money I have--
                        (returning to earth, holding up thumb and forefinger)
            --the motorcycle'll be about the size of a quarter and made
            out of plastic.


                    A newspaper "blows" into PETER.


                    PETER (CONT'D)
                        (reading)
            "CASH MONEY to anyone who can last three minutes in the ring
            with Bonesaw McGraw"?!
                        (eyes grow wide)
            "ONE THOUSAND DOLLARS"?!
                        (bingo moment)
            Proportionate speed and strength of a spider...I can do this!
            I just need a name and a costume!

Act I Scene 10

> *UNCLE BEN returns--*

>              UNCLE BEN
> Peter, come on now, your Aunt May isn't going to give us
> dinner 'til we fix that fence.

>              PETER
>                  (*determined*)
> Hey, Uncle Ben-- Don't worry about the car. I'll get it
> myself.

> *UNCLE BEN chuckles, knowingly.*

>              PETER (CONT'D)
> Because you know what? There *are* shortcuts! And you know what
> you are if you don't take them? A chump!

>              UNCLE BEN
> So you've got it all figured out...? All right, but keep this
> in mind: "Knowledge isn't the same as wisdom—"

>              PETER
>                  (*interrupting him*)
> Give me a break, Uncle Ben—

>              UNCLE BEN
>                  (*stung*)
> Peter--

>              PETER
> And tell Aunt May I've got other plans tonight-- Like getting some
> new clothes! And a mask!

> *MUSICAL sting.  PETER bolts off as a silk drop
> depicting Bonesaw McGraw unfurls--*

**SCENE 11: WRESTLING MATCH**

> *--and a Spider-Man double runs on, wearing a*
> *pathetically home-made Spider-type suit [**NOT*
> *the colors red or blue**]. He wears a decorated*
> *ski mask over his head. He starts stretching, so*
> *that we see the spider on the back of his hoodie.*
> *A RINGSIDE ANNOUNCER and RING GIRL come on--*

RINGSIDE ANNOUNCER (Jeb)
Hey, Spidey boy, you sure about this, you're pretty small.
> *(the DOUBLE nods enthusiastically, as MISS EVELYN*
> *hands the DOUBLE a contract and a pen)*
Okay, well here's your waiver kid-signed, sealed, delivered.
> *(as DOUBLE signs; MISS EVELYN takes it back)*
We'll hold onta it for safe keeping, but just so you know:
directions to the hospital are printed on the back. Also the
phone number and discount code for a very good coffin maker.
They do beautiful work. You probably haven't written yourself
an introduction, have you?-that's okay, so long as you wrote
up a Last Will and Testament, I'll take care of the rest. And
don't worry, we got both a priest *and* a rabbi on call, in the
locker room, should the need arise—Good luck, kid, welcome to
Showbiz.

> *The ANNOUNCER takes up his mike--*

RINGSIDE ANNOUNCER (CONT'D)
Alright folks, it's time for another incredible massacre to
take place! The likes of which have not been seen since the
time of the Roman Gladiators! Introducing our challenger!
Puny! Pathetic! And about to be Puréed! Let's hear it for the
HUMAN SPIDER!

> *The SPIDER-MAN PROXY flexes pathetically as we*
> *hear canned "Boos."*

RINGSIDE ANNOUNCER (CONT'D)
And ready to take his nice warm bloodbath! The Sultan of
Slaughter--Bonesaw McGraw!

> *A Wrestling Ring is delivered from the pit,*
> *containing a large inflatable BONESAW MCGRAW*
> *doll and his TRAINER. The RING GIRL holds a*
> *"Round One" sign. --the Actor playing the*
> *ANNOUCER also does the voice of Bonesaw...*

> *The Spidey Proxy climbs into the ring.*

BONESAW
I'm gonna squash you, bug!

> *DING!*

RINGSIDE ANNOUNCER
And there's the bell.

                    nRINGSIDE ANNOUNCER
This could get ugly, this could get Cannibalistic—It's true!--
Bonesaw has a special steak sauce reserved just for his
victims—Spicy Slaughter! Also available-Massacre Mesquite.
Boy, I just hope this little runt knows his blood type, cause
he's gonna need [a few dozen pints before]--HOH! HOH! Hold the
phone! What's Bug-boy doing?!

                    BONESAW
Mommy!  Where's Mommy!

                *The SPIDEY PROXY is dominating BONESAW...*

                  RINGSIDE ANNOUNCER
McGraw is calling for his Mommy! That is *not* a good sign!

                *BONESAW'S TRAINER squirts water on BONESAW*
                *from a water bottle, towels him off as-*

                RINGSIDE ANNOUNCER (CONT'D)
Boy, Bug-boy was playing Saw like a guitar!-that was Sunday
Bloody Sunday on a professional wrestler, folks! Ouch! That's
*gotta* hurt!

                  *DING!*

                RINGSIDE ANNOUNCER (CONT'D)
How is he doing it?! Spider-boy is making Bonesaw look like...like
an inflatable doll. And he's down!!

                *SPIDEY PROXY climbs the ropes--*

                  BONESAW
No...No...NO!

                *The SPIDEY PROXY makes one more jump onto*
                *BONESAW.*

                  RINGSIDE ANNOUNCER
One..two...three!
                  *(huge shock)*
Let's hear it for the Bug-boy! He's done it!

**#9A - BEN'S DEATH**

                *The SPIDEY PROXY sinks into the pit with the*
                *wrestling ring--*

                  PETER (OFFSTAGE VOCALS)
                *(singing as the Spider-proxy vanishes)*
BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS

                *As soon as the wrestling ring starts to*
                 *disappear, PETER (still wearing his wrestling*
                 *costume minus the mask) enters, elated,*
                 *counting his money.*

                                PETER (CONT'D)
      ...nine hundred and ninety-eight, nine hundred and ninety-
      nine, one thousand! WHOO-HOO! I can't wait to show Uncle Ben I
      was right! Man, these powers I'm gonna be rich! I'm gonna be
      famous! I'm gonna be famous for being rich—

*HE bursts into song. A REPRISE of "Bouncing*
*Off the Walls."*

                 PETER (CONT'D)

AND I FEEL IT IN MY BONES...
SO LET'S ROLL ROLL ROLL ROLL ROLL...

BOUNCING OFF THE WALLS
BOUNCING OFF THE WALLS

*We hear a GUNSHOT and the ROAR of a car*
*engine, accompanied by a SCREAM, a SQUEAL of*
*tires, TWO MORE GUNSHOTS—*

**SCENE 12:   PETER HEADS HOME/DEATH OF UNCLE BEN**

> *PETER dashes SR, a MUSIC STING accompanied by brief blackout, during which UNCLE BEN (dead), AUNT MAY, and MJ are delivered by the pit lift.*
>
> *PETER finds AUNT MAY huddled over Ben's supine body, MJ with a comforting hand on Aunt May's shoulder—*

                    AUNT MAY
Ben—oh my Ben--

                    PETER
Aunt May...?

                    AUNT MAY

Peter…

                    MJ
It was a carjacker, he had a gun--

                    PETER
What?

                    MJ
--your Uncle Ben surprised him...

                    PETER
                    *(to MJ)*
No…no…
                         *(he kneels beside the body)*
Uncle Ben…Uncle Ben, I'm sorry, I'm sorry… It's my fault, it's my fault…

                    AUNT MAY
                    *(reaching for him)*
No, Peter, don't say that.

                    PETER
It's my fault. If I'd been home instead of...

                    AUNT MAY
You can't blame yourself, Peter.

> *PETER begins to back away--*

                    PETER
You don't understand, you don't understand, I...I could've stopped this…

> *The lights of an Ambulance approaching, in the distance, as--*

**#10 - RISE ABOVE**

> *AUNT MAY looks up at PETER briefly, unhearingly, then turns as MJ comforts her.*
>
> *Ambulance sirens fade up.*
>
> *As PETER walks downstage, lights out on AUNT MAY, MJ, and UNCLE BEN. The pit sinks with them.*
>
> *Meanwhile, as Peter walks downstage during the "Rise Above" intro, in the sound mix with sirens, we also hear police scanner—a dispatcher and an officer (dispassionate, world-weary)—*

DISPATCHER  (JEB)
869-what's your 20 on the Carjacking?

OFFICER  (MATT CAPLAN)
En route. Third carjacking this week.

DISPATCHER
Keepin' ya busy, eh Fred?

> *As the Dispatcher lists the below, his voice begins to slightly overlap. The sounds eventually fade as the iris curtain descends.*

DISPATCHER (CONT'D)
Armed robbery still in progress Jamaica and Lefferts.  We have a code 2 code 2 possible hostages, requesting backup, Liberty Avenue arson two children still trapped, we've got a 240 assault Harlem we've got a hit and run, we've got a bomb threat, that's Chelsea and midtown, we've got a homicide perp still at large…

PETER
WHEN THE ONES WHO RUN THE FIREHOUSE
ARE THE ONES WHO START THE FIRE
WHEN THE LAWLESS MAKE THE LAWS
AND EVERY PREACHER IS A LIAR
WHEN THE ONES THAT DAMN THE INNOCENT
WELL, THEY OWN THE NIGHTLY NEWS
AND FRONT PAGE…
AN OLD MAN SAID TO ME

"IT'S NOT WHO BUT WHAT YOU KNOW
AND KNOWLEDGE ISN'T WISDOM
WITHOUT CONTROL
BETTER STILL TO BE THE CHANGES
THAT YOU WANT TO SEE
BUT THEY COME SLOW...
I KNOW..."

AND YOU SAID, "RISE ABOVE
OPEN YOUR EYES UP"
AND YOU SAID, "RISE ABOVE...

                        PETER (CONT'D)
I CAN'T

                              *PETER interrupts himself--*

                        PETER (CONT'D)
       ...I can't...

                              *We hear ARACHNE's VOICE before we see her.*

                        ARACHNE (V.O)
       Hear me...the voice within your heart...honor your
       gift...*embrace your powers...*

**SCENE 13:   THE ASTRAL PLANE/PETER'S BEDROOM**

> *ARACHNE is revealed, suspended from web
> threads. She sings--*

     ARACHNE
FOR EVERY HEART THAT BLEEDS
WILL COLOUR YOUR WORLD RED
AND THE SORROW IN THE NIGHT
WILL BE THE BLUE YOU CANNOT SHED
BUT YOUR STRENGTH WILL BE A VISION
BEYOND VISIBILITY
AND THE GIFT THAT IS WITHIN YOU
WILL GIVE YOU
NEW EYES TO SEE

THEN YOU WILL RISE ABOVE
SWING THROUGH THE SKIES ABOVE
AND YOU SHALL RISE ABOVE
YOURSELF
          FEMALE ENSEMBLE
KNOW THAT I AM WATCHING   HAH
KNOW THAT I AM WAITING    HOO

> *PETER rising from his bed-*

      PETER
STANDING ON THE PRECIPICE
I CAN SOAR AWAY FROM THIS

      FEMALE ENSEMBLE
OOH...

> *As the song builds, the Iris opens wider to
> reveal UNCLE BEN's funeral. AUNT MAY and MJ
> are there, surrounded by MOURNERS dressed in
> black.*

     ARACHNE/CHORUS     PETER
AND YOU CAN RISE ABOVE
             FEED YOUR SOUL
OPEN YOUR EYES UP
             RISE ABOVE YOURSELF
             AND TAKE CONTROL
AND YOU CAN RISE ABOVE
YOURSELF           BLEED FOR LOVE
             BE YOURSELF AND RISE
             ABOVE IT ALL

v. 5/31/11                                                    Act I Scene 13

```
        CHORUS                              ARACHNE
AND YOU CAN RISE ABOVE              I WILL BE HERE
OPEN YOUR EYES UP                   YOU ARE NEVER
                                    ALONE
AND YOU CAN RISE ABOVE              INSIDE YOUR
YOURSELF                            DREAMS I'LL BE
                                    WATCHING AND
                                    WAITING FOR YOU


AND YOU CAN RISE ABOVE              I WILL BE HERE
OPEN YOUR EYES UP                   YOU ARE NEVER
                                    ALONE
AND YOU CAN RISE ABOVE              INSIDE YOUR
YOURSELF                            DREAMS I'LL BE
                                    WATCHING AND
                                    WAITING FOR YOU


              PETER
AND EVERY HEART THAT BLEEDS
WILL COLOR MY WORLD RED
AND THE SORROW IN THE NIGHT
WILL BE THE BLUE I CANNOT SHED
AND MY STRENGTH WILL GIVE ME VISION
BEYOND VISIBILITY
AND THE POWERS RISING IN ME;
WILL GIVE ME
NEW EYES TO SEE


              PETER (CONT'D)
                 (to himself)
    Uncle Ben I make this vow--to use these gifts to serve the
    world...
                 (solemn)
    For with great power...comes great responsibility.


AND I WILL RISE ABOVE
REACH FOR THE SKIES ABOVE
AND I WILL RISE
```

SCENE 14:  SPIDER-MAN'S NEW YORK DEBUT

*#11 – NEW YORK DEBUT*

> *STIRRING MUSIC. The forced-perspective Cityscape is now in daylight.*
>
> *SPIDER-MAN #1 (BRANDON) suddenly appears upstage, flips (in a gainer), and lands all the way downstage.*
>
> *HE back flips, as, from offstage, we hear the OFF-STAGE SOUND OF A SIREN-- SPIDER-MAN flies off SR--*
>
> *SPIDER-MAN #2 (MARCUS) makes a swing across from SR to SL*
>
> *SPIDER-MAN #3 (GERALD) makes a swing across from SL to SR*
>
> *From SR, SPIDER-MAN #4 (CRAIG) enters. HE is an acrobat who utilizes a tumble-track to tumble and jump.*
>
> *SPIDER-MAN 5# (DOLLAR) is another tumbling acrobat, going SL to SR.*
>
> *SPIDER-MAN #6 (MANNY) is another tumbling acrobat, going SR to SL.*

> *The music transmutes into rousing SPIDER-MAN CRIME-FIGHTING MUSIC.*
>
> *Three gangsters with sacks of money on their backs and holding Tommy guns run down the ramp.  From above, SPIDER-MAN (#1) makes a double swing, drops a web-net over them.  The GANGSTERS roll down into the trap.*

                    SPIDER-MAN (V.O)
                  *(as he swings)*
      Special today! Free webbing!

> *Another SPIDER-MAN (#7) SR, swings over the audience, lands onto the balcony HL.*
>
> *MJ, entering SR, walking with her nose in a script, crosses the stage, stops, looks up, and sees...SPIDER-MAN, swinging around.*

                    SPIDER-MAN (V.O)
      Hi...just passing through!

> *SHE is transfixed. Love at first sight... SHE exits SL.*
>
> *A MUGGER snatches a purse from an OLD LADY. SPIDER-MAN (#7) swings back to the stage, lands in front of the PURSE-SNATCHER.  SPIDEY gives the purse back to the LADY, the MUGGER runs away, SPIDER-MAN shoots a web and tosses the MUGGER offstage (SR).  SPIDER-MAN then exits SL.*

                    SPIDER-MAN (V.O)
      Spider Airlines – the safest way to fly!

> *A Burning Building. A Chorus of Mothers appear and an off-stage voice screams "My Baby!"*
>
> *Two Pop-Ups depict a baby falling into Spidey's arms. The Daily Bugle Musical Theme transitions us to-*

**#11A - DAILY BUGLE #1**

**SCENE 15:  THE DAILY BUGLE**

> *J. JONAH JAMESON is reading a headline as*
> *reporters stand by.*
>
> *SECRETARIES wheel in on stools attached to*
> *typewriters.*
>
> *Reporters:  BUD (cub reporter); STOKES (a*
> *man's man, see Clark Gable, It Happened One*
> *Night); MAXIE (see Hepburn, Russel, etc.);*
> *TRAVIS (dapper know-it-all); BUTTONS (put-upon*
> *old-timer a beat behind in this modern world)*
> *MUSIC fades as the scene begins...*

                    JAMESON
"Masked Man Foils Robbery"?!  Well that's a typo! Masked men
don't foil robberies, they commit robberies!

                    ALL SECRETARIES
That's right, JJ.

                    JAMESON
               *(to Buttons)*
Buttons--

                    BUTTONS
Yeah JJ?

                    JAMESON
Did you edit this?

                    BUTTONS
You bet.

                    JAMESON
You're fired!
               *(to Bud)*
You, Bud--whatcha got?

                    BUD
               *(reading report)*
"Man in Tights saves Child"!

                    JAMESON
That's the plot to the Nutcracker!-Get me news!

                    STOKES
               *(reading headline of his report)*
"Stick-up Man gets Mysteriously Stuck."

*PAGE 52*

                    JAMESON
What do you mean? Stuck in what?

                  MAXIE
               *(referring to her notes)*
"Goo."

                    JAMESON
"Goo"?  What kind of goo?!

                    STOKES
               *(struggling)*
A sort of web-like goo…

MAXIE
                    *(helpfully clarifying)*
Goo goo.

TRAVIS
                    *(helpfully adding--)*
Webby goo goo!

STOKES/MAXIE/TRAVIS
Yeah, goo goo!

JAMESON
Have you all turned into infants?? What's wrong with you
people?!  This is the Daily Bugle! Not the Herald! Not the
Times! And God knows it's not the Post!

ROBERTSON
Hey, JJ, take a look at this.

*Hands him the paper.*

JAMESON
"Heister gets Hoisted by Whosits!" You call that a headline,
Robertson?! For the millionth time, who's Whosits?! And where
are all the photographs!?  You!  Where!

BUD
Well he's elusive!

TRAVIS
He's fast!

MAXIE
He doesn't want his picture taken!

JAMESON
Ah hah!  And *why*?!  Cause he's a crook! I'm telling you,
people, this thing--It's what's gonna put the Bugle back on
top! We're fighting bloggers! We're fighting the Internet!
We're fighting Facebook! We're a daily paper in a 24-7 world!
We're a dinosaur... But this Bug-Boy? If we can make him our
mascot before anyone else, DINOSAURS WILL WALK THE EARTH ONCE
MORE!

*SECRETARIES applaud.*

JAMESON (CONT'D)
So from now on, there is no story but: "Human Insect On City-
wide Crime-Spree!"

ROBERTSON
Actually, Jonah, from all accounts (except yours), he seems to
be helping people--

BUD
He's fighting crime, JJ not perpetrating it--

                    JAMESON
                         (calm, fatherly)
Bud-- Buddy... Buddy Boy... I don't mean to be cynical, Bud, a
cynical, world-weary newspaperman with ink in his veins
instead of blood, but--
                         (a roar)
--HELPING PEOPLE DOESN'T SELL PAPERS!! "ARACHNID ATTACKS! RUN
FOR YOUR LIFE!" AAAAAHHHH! *THAT* sells papers. So *THAT* is the
story! Now all we need is to catch him in the act!  *On camera*!

                    BUTTONS
                         (holding up sketch)
I've made a sketch of the Man-Spider, based on eyewitness
reports!

                    JAMESON
                         (as if about to give him a raise)
Oh a sketch. Now *that's* thinking!
                         (ready to tear his head off)
SEVENTEENTH CENTURY Thinking! I'm telling you, I want
authentication, I want clarification, but most of all, I want--

                         *The REPORTERS and SECRETARIES exit in all*
                         *directions.  PETER PARKER enters, holding out*
                         *a stack of photos.*

                    PETER
--photos of the Human Spider?

                    JAMESON
YES--

                    PETER
I've got 'em right here!

                    JAMESON
Who the hell are you?

                    PETER
Peter Parker. I've been trying to see you for weeks and
finally your receptionist let me in--

                    JAMESON
Buttons—

                    BUTTONS
Yeah, JJ?

                    JAMESON
Fire Betty Brant.

                    BUTTONS
You bet.

                    JAMESON
                         (taking the photos)
Where'd you get these?

                                                    ***PAGE  54***

                        PETER
I took them. They're a little blurry, 'cause it's hard to
focus while you're--

                        JAMESON
                    *(suspicious)*
How'd you get them? You're just a kid--

                        PETER
Uhhh...

                        JAMESON
                    *(rifling through them)*
They're fakes. Obviously. Computer-generated.
                *(landing on one, pleased with it)*
Ooooohhh....This one's good.

                        PETER
They're not fake, Mr. Jameson.

                        JAMESON
Fakes! All of them, and they're lousy, I don't want 'em, I'll
give you twenty bucks for the bunch.

                        PETER
Twenty bucks? But--

                        JAMESON
Okay, you got me. Fifteen.

                        PETER
But--

                        JAMESON
                    *(as if PETER drove a hard bargain)*
Fine, twelve.  But that's as low as I go.

                        PETER
But--

                        JAMESON
But what? You don't want money? You're a volunteer
photographer. Welcome to the Bugle.

                                PETER
          No, I just-- I'm about to graduate and I need a real job and I
          thought they'd be worth more than--

                                JAMESON
          I don't care what you thought, just get me more pictures.

**#11B - VENAL VIGILANTE**

          Lots more.
                              *(as he leafs through photos)*
          Of this Public Menace!  This Venal Vigilante!  This…
                              *(suddenly coming up with a name--)*
          …SPIDER-MAN! Yeah!

                              *Oscorp scenery flies in--*

**#12 - PULL THE TRIGGER**

**SCENE 16:   OSCORP LAB — A VISIT FROM VIPER WORLDWIDE**

> *PULSING PARANOID MUSIC. NORMAN, who looks more harried and haggard than previously, is obsessing over a copy of the Daily Bugle, as he enters with EMILY.*

                    NORMAN
Spider-man? Spider-man?! He's one of ours! He has to be! This is our science, Emily! This is what we've been working towards! Humans 2.0!

                    EMILY
It's possible, Norman.

                    NORMAN
How?

                    EMILY
With all of the leaks-- Our research could've gotten out into the world, could've been stolen--

                    NORMAN
How? We're hermetically sealed!

                    EMILY
We were-- All our scientists got fed-up and quit-- And took their files, their samples, with them-- It's what I've been warning you about--

                    NORMAN
                    *(almost transfixed)*
Spider-Man... Spider-Man...

> *FOUR VIPER EXECUTIVES hover on the bridge over the lab.*
>
> *NORMAN doesn't acknowledge them at first. Other than EMILY, the Lab is conspicuously absent of Assistants.*

                    VIPER EXECUTIVES (ALL)
                    *(whispering, insinuatingly)*
*Enhanced genetics…*

                    NORMAN
Spider-Man--

                    VIPER EXECUTIVES (ALL)
*Superhuman kinetics-*

                    NORMAN
Spider-Man--

                        VIPER EXECUTIVES (ALL)
        *Muscle augmentation--*

                                NORMAN
                        *(to self, pointing to article)*
        And look at that--

                        VIPER EXECUTIVES (ALL)
        *Web bio-generation…*

                                NORMAN
                        *(growing realization, paranoid)*
        No question: Spider-man is an Oscorp creation!

                                *The FOUR VIPER EXECUTIVES overlapping, as if
                                they were voices in Norman's head-*

                        VIPER EXECUTIVE #4 (Ken)
        *It's getting out--*

                        VIPER EXECUTIVE #3 (Luther)
        *Your research--*

                        VIPER EXECUTIVE #2 (Jeb)
        *Your life's work--*

                        VIPER EXECUTIVE #3 (Luther)
        *Your precious research--*

                        VIPER EXECUTIVE #1 (Dwayne)
        *Your secrets--*

                        VIPER EXECUTIVE #4 (Ken)
        *Getting sold--*

                        VIPER EXECUTIVE #1 (Dwayne)
        *Getting bought--*

                                NORMAN
        It isn't possible...

                        VIPER EXECUTIVES (ALL)/EMILY
        *Isn't it?*

                                NORMAN
        It's not.

                        VIPER EXECUTIVES (ALL)
        *Or is it?*

                        VIPER EXECUTIVE #2 (Jeb)
            *They had grudges--*

                        NORMAN
            Grudges?

                        VIPER EXECUTIVE #3 (Luther)
            *They all resented you--*

                        NORMAN
                    *(to Emily)*
            Get Von Meyer--he's got some explaining to do!

                        EMILY
            He left.

                        NORMAN
            What? Von Meyer, too?!

                        EMILY
            Lee, Kravinoff, Connors, Kasady--

                            *As NORMAN grabs a staff list from EMILY and*
                            *scans-*

                        NORMAN/TWO VIPER EXECUTIVES (Dwayne, Jeb)
                    *(singing, whispering, devil-in-the-ear)*
            MAYBE IT WAS KASADY

                        VIPER EXECUTIVES (ALL)
            YOU RELIED ON LOYALTY

                        VIPER EXECUTIVE #1 (Dwayne)
            ALL YOUR STAFF

                        NORMAN/VIPER EXECUTIVE #1 (Dwayne)
            WHERE DID THEY GO

                        NORMAN/VIPER EXECUTIVES (ALL)
            AND WHAT DID THEY TAKE?
            AND WHAT DID THEY KNOW?

                        EMILY
            They're making side-deals-- They weren't getting paid--

                        VIPER EXECUTIVE #4 (Ken)
            HOW'S IT FEEL TO BE BETRAYED?

                        NORMAN/VIPER EXECUTIVE #3 (Luther)
            LEAVING LIKE RATS
            FROM A SINKING SHIP

                        NORMAN/VIPER EXECUTIVE #2 (Jeb)
            YOU'RE LOSING CONTROL

                        NORMAN/VIPER EXECUTIVE #1 (Dwayne)
            YOU'RE LETTING IT SLIP

                          VIPER EXECUTIVES (ALL)
TIME TO GET IT!
YOU'VE BEEN STABBED IN THE BACK!
YOU GONNA ROLL OVER
OR ATTACK!

                          *MUSIC stops.*

                          VIPER EXECUTIVE #1 (Dwayne)
     Osborn, we'll be waiting.

                          EMILY
                          *(rushing back on)*
     Waiting for what, Norman? Who are those men?

                          NORMAN
     They're from Viper Worldwide, remember? They want--

                          EMILY
                          *(cutting him off)*
     I *know* what they want…

                          NORMAN
     They want to subsidize Oscorp--

                          EMILY
     Yes, so we can build them super human soldiers for new and
     improved killing—

                          NORMAN
     Emily, we are this close to achieving everything we've spent
     years working on. Trust me, I can control Viper Worldwide.

                          EMILY
                          *(angry, hurt)*
     Trust you? You went behind my back, Norman.

                          NORMAN
     I tried telling you…

                          *Shaking HER head, she goes.*

                          VIPER EXECUTIVE #1 (Dwayne)
     If there's a problem--

                          VIPER EXECUTIVE #2 (Jeb)
     --we'll just go to your competition!

                          *MUSIC in.*

                          NORMAN
     "Competition"?! I don't have any!

                          *The VIPER OFFICIALS brandish Daily Bugles in
                          NORMAN's face--*

                                                      **PAGE 60**

                        VIPER EXECUTIVES (ALL)
WAKE UP, SON!
SOMEONE'S CHEATING YOU!
YOU DO HAVE COMPETITION
AND THEY'RE BEATING YOU!
SO FIGHT BACK!
ARE YOU JUST GONNA WAIT?!
IT'S AN ARMS RACE, BOY--
YOU CAN'T HESITATE!

                        VIPER EXECUTIVES #2,3,4 (Jeb, Luther, Ken)
WE WANT NEW MEN!

                        VIPER EXECUTIVES #1 (Dwayne)
A NEW BREED OF MARINES!

                        VIPER EXECUTIVES #2,3,4 (Jeb, Luther, Ken)
NOT HUMAN!

                        VIPER EXECUTIVES #1 (Dwayne)
WE WANT FIGHTING MACHINES!

                        VIPER EXECUTIVE #2,3,4 (Jeb, Luther, Ken)
A NEW SPECIES

                        VIPER EXECUTIVES #1 (Dwayne)
ONE THAT'S HARDER TO KILL!

                    NORMAN
                     *(spoken)*
        And what if I won't?

                    ALL VIPER EXECUTIVES
WE'LL GET SOMEONE WHO WILL

                            *A whole VIPER CORPS (male and female) has*
                            *entered--*

                    VIPER CHORUS & EXECUTIVES
     DON'T JUST THINK OF YOU
     THINK OF GOD AND COUNTRY
     JOIN THE PROUD AND FEW
     WHO KNOW BEST FOR THEIR COUNTRY

                    VIPER EXECUTIVES (ALL)
GET SOME PATRIOTIC PRIDE
OR WE'LL SELL IT TO THE OTHER SIDE!

                    VIPER EXECUTIVES #4 (Ken)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #1,2,3
BY LIVING IN FEAR!

                    VIPER EXECUTIVES #3 (Luther)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #1,2,4
GET THE ENEMY CLEAR

                    VIPER EXECUTIVES #2 (Jeb)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #1,3,4
BY SAYIN' IT'S DONE

                    VIPER EXECUTIVES #1,2,3,4
IN RETALLIATION!

                    VIPER EXECUTIVES #1 (Dwayne)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #2,3,4
BY CLEARIN' 'EM OUT'

                    VIPER EXECUTIVES #4 (Ken)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #1,2,3
BY MURDERIN' DOUBT

                    VIPER EXECUTIVES #3 (Luther)
HOW DO WE WIN?!

                    VIPER EXECUTIVES #1,2,4
'CAUSE WE'RE IN THE RIGHT!

                    ALL VIPER EXECUTIVES
GET IN LINE OR SAY GOODNIGHT!

                    VIPER EXECUTIVE #1 (Dwayne)
          Picture it, Norman- our nation's best, redesigned for
          one purpose!  WAR!

> *During guitar break, 1/8 of intro, 4/8's of dance*
> *as NORMAN is put through some brutal psychedelic*
> *war paces til—*

                    NORMAN
      NOOOOO!

                    VIPER EXECUTIVES (ALL)
SO DELIVER!

                    NORMAN
      I ain't working for you.

                    VIPER EXECUTIVES (ALL)
WE WANT BIGGER!

                    NORMAN
      That ain't somethin' I do.

                    VIPER EXECUTIVES (ALL)
PULL THE TRIGGER!
START BEING A MAN!

                    VIPER EXECUTIVE #4 (Ken)
      Take care of business or get off the can--

                    VIPER EXECS #1,2,3 (Dwayne, Jeb, Luther)
START MAKING!

                    VIPER EXECUTIVE #1 (Dwyane)
AND YOU'LL BE IN CONTROL!

                    VIPER 2,3,4 (Jeb, Luther, Ken)
START TAKING!

                    NORMAN
      You wanna suck out my soul?!

                    VIPER 2,3,4 (Jeb, Luther, Ken)
GET FUNDED!

                    VIPER EXECUTIVE #1 (Dwayne)
OR YOUR BABY WON'T LIVE!

                    NORMAN
I'm gonna say "no"

                    VIPER EXECUTIVES (ALL)
YOU MEAN "AFFIRMATIVE"! YESSIR!

                    VIPER CORPS
HUT! HUT! HUT! HUT!
HUT! HUT! HUT! TWO THREE!
HUT! HUT! HUT! HUT!
HUT! HUT! HUT TWO THREE!
HUT!

                    VIPER EXECUTIVES
      *Spider-Man...*

                    *MUSICAL button.  Applause.*

**#12A – PULL THE TRIGGER - PLAYOFF**

                            *Then play-off. As the TROOPS exit, VIPER*
                            *EXECUTIVE #1 shoves a Bugle in front of NORMAN-*

                    VIPER EXECUTIVE #1
                    *(leaving the Bugle behind as he goes)*
Take a good hard look at that picture, Osborn. You're being
left in the dust...

                    EMILY
                    *(returning)*
Norman--

                    NORMAN
You're right about Viper, Emily, we don't need 'em-- We gotta
show the world what we can do, right now, and then we'll get
investors-- The right investors--

                    EMILY
"Now," Norman?

                    NORMAN
No more taking it slow-- Spider-man may be the first human
application of my work, but he will not be the best!

                    EMILY
Norman, what are you planning?

                    *THEY exit--*

**#12B - GRADUATION U/S**

**SCENE 17:   PETER/MJ/AUNT MAY WALK HOME/OSCORP**

> *On the forestage, PETER, MJ, and AUNT MAY are*
> *walking together; it's just after*
> *graduation...*

AUNT MAY

Graduating from high school... Oh, I wish Ben had been here to
see this... He would've cheered louder than anyone!

MJ
*(helpfully, hopefully)*
Maybe he did see it...

AUNT MAY

You know what, dear? I believe you're right.
*(bursting with pride/joy)*
What a day! You winning the science award, Peter, and you
winning the drama award, Mary Jane-- You know, when Ben and I
graduated high school we got married, right away. Of course,
those were different times, we weren't thinking about the
science program at Empire State University, thank you very
much, or lighting up the Broad-Way-- But we were in love...

PETER
*(all this love talk, awkward...)*
Uhm. Where do you want to get dinner, Aunt May? Your choice,
my treat. You too, MJ--

AUNT MAY

Oh, no, no-- I'm meeting my friend Maria for a bite-- You kids
celebrate yourselves--
*(she starts to peel away)*
You don't need an old biddy like me ruining your good time--

PETER

Aunt May--
*(she stops)*
You're always gonna be my best girl, you know that, right?

                    AUNT MAY
Oh, Peter-- Look at you; you're becoming such a handsome man--
                    *(eyes misty)*
Oh, go on with you and Peter? Don't over think this one.

                    *AUNT MAY exits. PETER and MJ are alone...*

          MJ
I am **OBSESSED** with how **cool** your aunt is...

          PETER
Yeah, she's the best.

          MJ
She's so proud of you...
              *(and why not?)*
You're like this total science stud, you have a regular byline
in the Bugle, you get paid to take pictures of Spider-man,
you're like his best buddy-slash-personal photographer--

          PETER
Here we go again-- If you're gonna ask me some more gossip
about Spider-man, I'm bailing--

          MJ
Deal with it, Tiger: Spider-man is my celebrity crush--

          PETER
Apparently.

          MJ
Lucky for me, you seem to be closer to him than anyone else...

          PETER
You have no idea...

          MJ
Why does he wear a mask, do you think? What's he hiding? Maybe
he's hideous.

          PETER
I don't think so...I think he's trying to protect his identity
so his loved ones aren't targeted by his enemies...
              *(beat)*
Or something like that.

          MJ
I guess we're all scared of something.

                    PETER
                         *(thinks about it, then)*
The truth, MJ? I'm less scared now than I've ever been in my
life...

                    MJ
Well, I'm terrified-- I don't have an agent, my biggest credit
is playing the Girl in "The Fantasticks" at Midtown High, how
am I gonna stand out?

                    PETER
                         *(with deep sincerity--)*
Mary Jane, you can't help but stand out-- You're gonna be a
star--

                    MJ
                         *(moved by strength of his conviction)*
How do you know?

                    PETER
Didn't I tell you? This camera actually takes pictures of the
future.

                    MJ
Right, it's magic...

**#13 - PICTURE THIS**

                    PETER
It's true! It's why I never leave home without it!

                    MJ
Seriously, how do you know?

                    PETER
I look at you and I just...know.

                    MJ
                         *(dubious)*
Oh yeah?  My future looks pretty blurry to me…

*PETER SINGS--*

        PETER
PICTURE THIS
OPEN THE IRIS
OPEN IT UP WIDE
THE WORLD CHANGES SHAPE
WITH THE COLOR OF YOUR EYES
     *(spoken)*
Beautiful!
               MJ
    Peter...

               PETER
PICTURE THIS
YOU ARE ALREADY WHERE YOU WANNA BE
NOW CLOSE YOUR EYES
WHAT DOES IT LOOK LIKE?

               MJ
    Better and better.

                    *PETER and MJ exit as NORMAN pushes the*
                    *"Standing MRI" downstage, followed by a*
                    *concerned EMILY.*

              EMILY
    I'd follow you into the fires, Norman, but we're not ready for
a human test--

              NORMAN
      *(referring to himself)*
Course we are--we got a human right here!

              EMILY
But the risks, Norman-- Why not wait a few days when you're
more clear-headed--

              NORMAN
      *(looking EMILY in the eyes)*
I am completely clear-headed, Emily--

                        NORMAN (CONT'D)
                    (sounding increasingly more "possessed")
            You know what's at stake--the survival of the human race! And
            who's gonna save it if not us? It's mutate and live, Emily,
            MUTATE AND LIVE!


                        EMILY
            I know, but--


                        NORMAN
PICTURE THIS
THE SEAS ARE BOILING OVER
AND THE SUN--
IT'S GONNA BURN A HOLE
IN THE HEART OF THE WORLD...


                        PETER and MJ have re-entered, and are now on the
                        Queensborough Bridge (suspended over the lab)


                    PETER                    MJ
ON THIS SUNNY
DAY                                     ON
                                        THIS SUNNY DAY

                    PETER/NORMAN
LET YOUR IMAGINATION
RUN AWAY

                        NORMAN
ON THIS SUNNY DAY


                    PETER                    MJ
ON THIS SUNNY
DAY                                     ON
                                        THIS SUNNY DAY

                    PETER/NORMAN
TOMORROW'S COMING THROUGH THE HAZE

                        EMILY
GO SLOW
I WANT TO BE WITH YOU
WHEN WE BOTH GROW OLD
GO SLOW
YOU KNOW I'LL NEVER
LET YOU GO IT ALONE...
GO SLOW...


                        Back to PETER and MJ--

                           MJ
          You wanna know something else that scares me?

                           PETER
          What?

                           MJ
          Since we're both moving, I'm not gonna see you as much--

                           PETER
          MJ-- Every time you look up, I'm gonna be there...

                           MJ
          PICTURE THIS
          I WANNA BELIEVE YOU
          AND I'M GONNA TRY
          BUT I
          FIND IT HARD TO SEE ME
          THROUGH YOUR EYES

          PICTURE US
          REALIZE THIS IS A DIZZY HIGH
          AND WE COULD FALL
          AND FALL AND FALL
          AND FALL

                     *NORMAN, MJ, and PETER sing the Chorus--*

| NORMAN | PETER | EMILY | MJ |
|---|---|---|---|
| | ON THIS SUNNY | | |
| | DAY | ON | ON |
| | | THIS SUNNY DAY | THIS SUNNY DAY |
| | LET YOUR IMAGINATION | | |
| | RUN AWAY | | |
| | | ON THIS SUNNY | |
| | | DAY | |
| ON | | | |
| THIS SUNNY | | | |
| DAY | | | ON |
| | | | THIS SUNNY |
| | ON | | DAY |
| | THIS SUNNY DAY | | |
| TOMORROW'S MIND'S | TOMORROW'S MIND'S | | |
| MADE UP TODAY | MADE UP TODAY | | |

                           MJ
              Peter--

                    PETER
MJ--

                    MJ
No one knows me better than you do, Peter Parker.

                    PETER
No one makes me feel the way you do, Mary Jane.

                         *Finally, PETER and MJ kiss! A musical shimmer,*
                         *then we shift focus to EMILY and*
                         *NORMAN...(Modulation in song)*

                    EMILY
These enhancements, Norman-- We don't know what the side-
effects might be--

                    NORMAN
You let me worry about those-- You just be here when I come
out--*Now strap me in!*

                         *The MUSICAL VAMP intensifies--*

                         *EMILY attaches a "monitor" to NORMAN, and we*
                         *hear the BEATING OF NORMAN'S HEART-getting*
                         *gradually faster and louder through the end of*
                         *the scene.*

                    NORMAN (CONT'D)
Begin the Bio-Sequencing!

> *EMILY types in some commands.  We hear the*
> *Machines begin to REV.  Various other lights,*
> *sounds, steam kick in.*

                    EMILY
Done.

                    NORMAN
Administer RNA Enhancement Protein!

                    EMILY
Done.

                    NORMAN
Activate Replication Boosters!

                    EMILY
Activating--

                    NORMAN
Vaporize the Tetra--

> *EMILY interrupts, as she notices an aberration*
> *on a monitor-*

                    EMILY
                *(with great concern)*
Norman--

                    NORMAN
--the Tetranucleo-

                    EMILY
NORMAN--

                    NORMAN
IT'S TOO LATE TO GO BACK!

                    EMILY
Wait, the gauge on the--

                    NORMAN
IF YOU LOVE ME, EMILY--

                    EMILY
But--

                    NORMAN
DO IT, EMILY! NOW!!

                                    *EMILY throws the switch.  The WHIRRING [and*
                                    *perhaps the Thumping of Norman's Heart]*
                                    *CONTINUES RAPIDLY INCREASING IN INTENSITY*

```
    EMILY                    PETER                   MJ
LOVE-
                  LOVE-
                                         LOVE-
IS THIS
LOVE-
                  LOVE-
                                         LOVE-
IS THIS LOVE      IS THIS LOVE           IS THIS LOVE
                  ON THIS                ON THIS
                  SUNNY DAY              SUNNY DAY
```

                                    *The THRUMMING and HUMMING of the overworked*
                                    *Machinery builds--*

                                    *MUSIC builds with almost-unbearable Intensity,*
                                    *as Green Smoke fills the MRI Chamber,*
                                    *obscuring NORMAN.*

                              EMILY
                              *(panicked)*
        No! NORMAN!

                                    *--until, KABOOM! The sound of an ENORMOUS*
                                    *EXPLOSION catches the attention of our two*
                                    *teenagers on the bridge.*

**#13A - ACT I FINALE**

                              MJ
        Did you hear that? That sounded like--

                              PETER
        --an explosion...

                              MJ
                            *(pointing)*
        There--By the river--

                              PETER
        Dr. Osborn's lab--

                                    *But PETER is already heading off, single-*
                                    *minded, as sirens and car alarms wail--*

                    MJ
Peter?

                     PETER
                    *(calling out)*
IgottagoI'llseeyoulater,MJ--

                     MJ
                    *(chasing after him)*
Peter? Peter, wait--

                              *They exit as ominous, desolate MUSIC plays.*
                              *Emerging from the smoke inside the Standing*
                              *MRI, the GREEN GOBLIN, glowing the fluorescent*
                              *green of a glowworm, with wings like those of*
                              *a beetle crossed with a bat, and a hideous*
                              *face to match...*

                    GREEN GOBLIN
                    *(before he sees EMILY)*
The strength... The power... Emily--Emily--Emily...

                              *HE sees HER. A SHRIEK/HOWL of GRIEF. HE falls*
                              *to his knees to cradle HER--*

                     GREEN GOBLIN (CONT'D)
                    *(undone with grief)*
NOOOO...!!

                    *(holding her, rocking her)*
Emily, I make this vow...

                              *We hear the "Sunny Day" theme in the*
                              *underscoring...*

                     GREEN GOBLIN (CONT'D)
To finish our work... To remake the world in our image... To
fill it with our beautiful creations... And to DESTROY any who
would stand in my way...

                              *Sirens are heard and flashing lights begin to*
                              *surround the lab. NORMAN/GREEN GOBLIN looks up*
                              *from Emily's body. He places the body on the*
                              *floor and moves upstage into the shadows of*
                              *the lab as...*

                              *SPIDER-MAN swings down from the balcony, lands*
                              *on the platform, sticking to the wall, looking*
                              *at the smoking, disappearing remains of Oscorp*
                              *lab...*

                              *A CAPTION/CUT-OUT appears, promising: **TO BE***
                              ***CONTINUED!!***

## ACT TWO

**SCENE 1:  OSCORP LAB/SUPER-VILLAIN PAGEANT**

**#14 – ENTR'ACTE**

>                              *Curtain rises to reveal the burned out lab of*
>                              *Oscorp. The transformation machine stands at*
>                              *the center of the stage with DR. KRAVINOFF*
>                              *strapped in the machine. FIVE SCIENTISTS are*
>                              *bound and gagged. We hear the cackling*
>                              *laughter of the Green Goblin as HE emerges*
>                              *from the shadows of the lab and speaks...*

                    GREEN GOBLIN
                         *(out, to SCIENTISTS)*
Anyone here know a good dermatologist?
                         *(indicating small area on top of hand)*
Cause I got a patch of dry skin, right here--it's driving me
crazy. Yeah! Norman Osborn 2.0! New and Improved! Ten minutes
a day with one of those shake weight thingies...
                         *(patting stomach)*
-you can really see the difference. Oh yeah-*and two-weeks*
*worth of some serious genetic mutation.*
                         *(addressing rest of scientists)*
We got the whole Oscorp gang back! Yeah, y'all jumped ship
when I had a little liquidity problem in the payroll
department.

                    KRAVINOFF
                         *(he twists loose of his gag)*
*That's* why you kidnapped us? You're angry because we quit?

                    GREEN GOBLIN
Angry? Nah, nah, I'm grateful to y'all *and Spider-Man* for
openin' my eyes--

                    KRAVINOFF
You're a monster, Osborn! A freak!

                    GREEN GOBLIN
You better believe it—a freak who's so grateful I'm gonna give
y'all a makeover!  And when I say makeover…
                         *(as sinister as possible--)*
I mean *makeover.*

>                              *All lifts go down, taking the six*
>                              *scientists and the machine with them.*

                    KRAVINOFF
NOOOOOO!

**#15 - A FREAK LIKE ME**

                          GREEN GOBLIN
IF YOU'RE LOOKING FOR A NIGHT OUT ON THE TOWN,
YOU JUST FOUND ME

                    OFFSTAGE VOICES
A FREAK LIKE ME NEEDS COMPANY

                       GREEN GOBLIN
I'M A 65 MILLION DOLLAR CIRCUS TRAGEDY

        OFFSTAGE VOICES                          GREEN GOBLIN
A FREAK LIKE ME NEEDS COMPANY        Actually it's more like 75 million.

                    GREEN GOBLIN                      ENSEMBLE
I'M NOT ROLLIN', BABY ROLLIN' IN THE GREEN
BUT I'M UNIQUE--
A FREAK!                                        FREAK, FREAK
I SAID GOODBYE
TO MY STRAIGHT LIFE YOU SEE!
A FREAK!

                    OFFSTAGE VOICES
A FREAK LIKE ME NEEDS COMPANY

                    GREEN GOBLIN
    Yeah! Things are working out pretty good for me, don't cha
    think?

                    DEMON EMILY #1 (LAURA BETH, OFF-STAGE)
    Norman...

                    GREEN GOBLIN
    Except for the occasional hallucination.

                    DEMON EMILY #2 (LAURA BETH, OFF-STAGE)
    Norman...

                    GREEN GOBLIN
    Emily?

                              *Two DEMON EMILY DANCERS emerge, holding their
                              iPads, in "Emily wigs." They are hallucinations,
                              with the Actress playing Emily doing the voices
                              of the Demon Emilys offstage. (Laura Beth)*

                    DEMON EMILY #1 (LAURA BETH, OFF-STAGE)
    Are you playin' God again?!

                    GREEN GOBLIN
    Well I got some fine superhuman mutants cookin' downstairs—
    It's a simple recipe: Six backstabbing scientists go in, six
    beautiful freaks come out—

                    DEMON EMILY #2 (LAURA BETH, OFF-STAGE)
    Oh good, Norman, because those kids from Freaktown High have
    arrived on their fieldtrip—

                              *DEMON STUDENTS begin entering.*

                         GREEN GOBLIN
          Oh—yeah, yeah—come right on in--don't be shy--we'll have some
          singin', some dancin', some *random decapitations*-- It'll be
          fun! Then we'll all get to meet the guests of honor--
                         *(to Demon Emilys)*
          Like I always said, Emily! "We gotta mutate. MUTATE OR DIE!"

                         GREEN GOBLIN (CONT'D)
I'M STARTIN' FROM SCRATCH
I GOT AN AXE TO GRIND

                         DEMON STUDENTS
A FREAK LIKE ME NEEDS COMPANY

                         GREEN GOBLIN
GONNA GRIND IT TIL THERE'S NO MORE
OF YOU LITTLE BUGS TO FIND

                         DEMON STUDENTS
A FREAK LIKE ME NEEDS COMPANY

                         GREEN GOBLIN
IT'S SHOWTIME, LADIES,
FOR THE SINISTER SIX

                         DEMON STUDENTS
FREAK
FREAK

                         GREEN GOBLIN
I GOT A FEW EXTRA HORESEMEN
FOR THE APOCALYPSE

                         DEMON STUDENTS
A FREAK LIKE ME NEEDS COMPANY

                    GREEN GOBLIN/DEMON STUDENTS
ALL THE WEIRDOS IN THE WORLD
ARE HERE RIGHT NOW IN NEW YORK CITY
ALL THE BRAZEN BOYS AND GIRLS
ARE DRESSED TO KILL WITHOUT PITY
ALL THE WEIRDOS FROM OUT OF TOWN

                    *LED legs close behind the GOBLIN.*

AND ALL THE FREAKS ALWAYS AROUND
ALL THE WEIRDOS IN THE WORLD
ARE HERE IN NEW YORK CITY TONIGHT
HERE IN NEW YORK CITY TONIGHT

                         GREEN GOBLIN (CONT'D)
          Yeah, my DIY project's rollin' now!--hot out of the Gene-
          Splicer!—My Family—The Sinister Six!

                    *The LED legs part to reveal the SINISTER SIX*
                    *in the flesh.*

                    *Images of the Sinister Six appear on the LED*
                    *screens throughout the last section of the song.*

                                                        **PAGE 76**

                          GREEN GOBLIN (CONT'D)
          We got a man made entirely of mutant bees--Swarm!

                              *During SWARM's fanfare—*

                          GREEN GOBLIN (CONT'D)
          Mix a little reptile soup with A LOT of Dr. Connors and you
          get--the Lizard!

                              *During THE LIZARD's fanfare--*

                          GREEN GOBLIN (CONT'D)
          How 'bout a Human Lightning bolt? You want him, you got him--
          Electro!

                              *During ELECTRO's fanfare--*

                          GREEN GOBLIN (CONT'D)
          Now take our resident animal expert and make him a REAL
          Animal--Kraven the Hunter!

                              *During KRAVEN THE HUNTER's fanfare--*

                          GREEN GOBLIN (CONT'D)
          Dr. Cassidy used to be our blood guy, now he's--Carnage!

                              *During CARNAGE's fanfare--*

                          GREEN GOBLIN (CONT'D)
          And last but not least, Daddy's little girl, Swiss Miss!

                          DEMON STUDENTS
          A FREAK LIKE ME NEEDS COMPANY

                          GREEN GOBLIN/DEMON STUDENTS
          ALL THE WEIRDOS IN THE WORLD
          ARE HERE RIGHT NOW IN NEW YORK CITY
          ALL THE BRAZEN BOYS AND GIRLS
          PEACOCKS, POSERS SHOW NO PITY
          ALL THE WEIRDOS FROM OUT OF TOWN
          AND ALL THE FREAKS ALWAYS AROUND
          ALL THE WEIRDOS IN THE WORLD
          ARE HERE IN NEW YORK CITY TONIGHT
          HERE IN NEW YORK CITY TONIGHT
          HERE IN NEW YORK CITY TONIGHT

                              *MUSICAL button and applause.*

**#15A - FREAK PLAYOFF**

                              *The SINISTER SIX disappear into the pit
                              as the playoff begins.*

                          DEMON STUDENTS
          WHOAH-0H-OH-0H-0H-OH-OH
          WHOAH-0H-OH-0H-0H-OH-OH
          WHOAH-0H-OH-0H-0H-OH-OH-0H-OH-OH
          WHOAH-0H-OH-OH-OH-OH-OH
          WHOAH-0H-OH-OH-OH-OH-OH
          WHOAH-0H-OH-0H-0H-OH-OH-OH-OH-OH

v. 6/7/11                                                          Act II Scene 1


                          GREEN GOBLIN
          What do you think of my kids? The Sinister Six--available for
          birthdays, bar mitzvahs and homicidal massacres! Make sure
          you book in advance.

                     GREEN GOBLIN/DEMON STUDENTS
     ALL THE WEIRDOS IN THE WORLD
     ARE HERE RIGHT NOW IN NEW YORK CITY
     ALL THE BRAZEN BOYS AND GIRLS
     PEACOCKS, POSERS SHOW NO PITY
     ALL THE WEIRDOS FROM OUT OF TOWN
     AND ALL THE FREAKS ALWAYS AROUND
     ALL THE WEIRDOS IN THE WORLD
     ARE HERE IN NEW YORK CITY TONIGHT
     HERE IN NEW YORK CITY TONIGHT
     HERE IN NEW YORK CITY TONIGHT

                          GREEN GOBLIN
          All right my children—I love ya but I can't keep you cooped up
          in here any longer. Go out and show the world there's a NEW
          dominant race in town! Show *Spider-Man*-how to mix it up,
          *Osborn style*!
                     *(looks at watch)*
          It is 9:25...*Time to Play*...

                                   *Video of Green Goblin comes up on LED*
                                   *screens that mirrors Goblin saying, "Time*
                                   *to Play..."*

**#15B- FIRE ESCAPE**

                                   *A pop-up of a mini-Manhattan comes up from the*
                                   *floor as…*

                                   *A fire escape descends and we transition to-*




                         **{NEXT PAGE IS 81}**

**SCENE 2:   THE FIRE ESCAPE**

> *PETER and MJ are sitting on the fire escape,*
> *eating Chinese food out of cartons... A*
> *romantic, New York evening...*

                    PETER
          *(getting ready to put the moves on her)*
 Chicken lo mein, a balcony view, a sky full of stars...perfect.

               MJ
 Hey! I have a question for you.

                    PETER
 Shoot.

               MJ
 You live here in Morningside Heights...

                    PETER
 Yep--
               MJ
 --and I live on the Lower East Side, yet when I call you to
 come over, it takes you not even five minutes to get to me.
 How is that possible?

                    PETER
 We-ell...I take the A train, which runs express, don't forget,
 down to 14th Street, then I take the L train, which if you
 don't have to wait for it--

               MJ
 Peter, it does *not* take you five minutes to get from
 Morningside Heights to the Lower East Side on the subway--so
 what's the deal?

                    PETER
 I…have a teleportation machine.

               MJ
 Really.

                    PETER
 Still working out the kinks.  For instance, I can only
 teleport naked--

               MJ
 Fine, *don't* tell me your secret.

                        PETER
                            *(avoiding all this "secret" talk)*
        MJ...

                        MJ
        If you tell me you have to go to work...

                        PETER
        You know Spider-Man does a nightly sweep of the city. I have to
        follow him with my camera.

                        MJ
                            (taking his hand)
        Peter, come on, stay with me--

**#16 - IF THE WORLD SHOULD END**

                            PETER
        MJ, anything could be happening out there and I-- I gotta
        be there-- An alien invasion-- The end of the world...

                                *A beat. PETER is torn but then settles in with*
                                *MJ (little knowing the Sinister Six are out*
                                *there, somewhere...) Mini-Manhattan disappears*
                                *as--*

                        MJ (CONT'D)
        DON'T THINK ABOUT TOMORROW
        WE'VE ONLY GOT TODAY
        THERE'S NOTHING THAT I WANT FROM YOU
        NOT A WORD YOU HAVE TO SAY
        YOU ARE ALL I NEED
        AND ALL I CAN DEFEND
        ALL I NEED TO HOLD ONTO
        IF THE WORLD SHOULD END

        IN MY IMAGINATION
        I COULD NOT HAVE MADE THIS UP
        IN A WORLD STRANGER THAN FICTION

OURS IS NO FICTIONAL LOVE
I CAN SEE THE YOU
UNDER YOUR SECOND SKIN
I CAN FEEL YOUR HEARTBEAT QUICKEN
QUICKEN AND THEN SLOW
THERE'S NOTHING ELSE I NEED TO KNOW
AND THERE'S NOTHING
YOU NEED TO PRETEND
IF THE WORLD SHOULD END

                    MJ/PETER

AND THE SKY TONIGHT
IS LUMINOUS
FOR SOME UNKNOWN REASON
AND EVERY DOORWAY
IS HIDING
SOMETHING

                    MJ

AND IF THIS WORLD
SHOULD ALL
COME CRASHING DOWN
I WOULDN'T CARE AT ALL
AND IF THERE'S NO TOMORROW
I'LL HAVE TODAY AGAIN
THERE'S NO TIME FOR SORROW
WHEN THERE'S NO SUCH THING AS TIME
AND IF THE DARKNESS WILL DESCEND
DON'T NEED A SAVIOUR OR A FRIEND

                    MJ/PETER

I CAN SAY I'VE REALLY LOVED
IF THE WORLD SHOULD END

                    MJ

     For once, take the night off. For me?

                    PETER
                    (giving in)
     ...sure.
                    (brightly)
     I mean, it's just one night.

               We transition to--

v. 5/24/11                                                    Act II Scene 3


**SCENE 3:  THE SINISTER SIX - *SINISTEREO***

***#17 - SINISTEREO***

> *SINISTEREO MUSIC plays...*
>
> *Meanwhile, "Televisions" on the LED*
> *screens broadcast images of the Sinister*
> *Six/Seven's terror, with a "crawl" below,*
> *reporting other mayhem.*
>
> *FIVE REPORTERS read from their notepads*
> *as they report--talking into cell phones-*

                    MAXIE
"Mysterious graffiti reported on city skyscrapers-Creature
made of human blood seen stalking vicinity—

                    STOKES
"Reports of mayhem instigated by unidentified mutants"—

                    ROBERTSON
"9-1-1 call centers jammed with panicked pleas for help"—

                    BUD
"Citywide havoc as 5-alarm fires blaze with cause unknown"—

                    TRAVIS
"Traumatized citizens fleeing behind doors—Homeland Security
Threat Advisory now at 'Red'"—

                    MAXIE
"New York City Awash in Terror"--

                    ALL REPORTERS
"WHAT'S HAPPENING?"

                    REPORTERS
                    *(as if dictating copy)*
THIS JUST IN: NEW YORK, CITY INVASION
MONSTER RAMPAGE NOW, FULL CONFLAGRATION
TOWERING SHAPES NOW SEE, STRIDING OUT
T'CAST THEIR SHADOWS OVER THIS, HUMAN ROUT

AND IF FEAR IS FIRE
WHY DO WE FEED THE FIRE
IF FEAR IS FIRE

                                                    ***PAGE 84***

TAKE THIS DOWN: DESTRUCTION
SO EXCITING,
STORY GROWING
FULL FRONT-PAGE INVITING
WHAT ARE THEY MADE FROM? WHAT
BLOOD AND BONE?
NEVER GROW WEARY, WILL THEY
EVER GROW OLD

AND IF FEAR IS FIRE
WHY DO WE FEED THE FIRE
IF FEAR IS FIRE

> *Video Images include:  the Lizard's head with darting tongue blocking subway tunnels; Kraven the Hunter leading a stampede of wild animals down Broadway [and smashing through a Spider-Man on Broadway billboard; Swarm swarming through Wall Street; Swiss Miss dicing the Statue of Liberty; 50-foot high graffiti in dripping blood on the front of skyscrapers and monuments that reads "Carnage Rules!"*
>
> *During MUSICAL INTERLUDE—*

TRAVIS
Pumpkin bomb blitzkrieg has Manhattanites cowering.

ROBERTSON
Human-shaped electrical storm sets Central Park ablaze!

STOKES
Subways paralyzed by lurking lizard-monster!

BUD
Bronx Zoo busted open, savage animals running amok!

MAXIE
And the question on everyone's lips: Where is Spider-Man tonight?!

> *GREEN GOBLIN and the SINISTER SIX, one at a time, appear from behind the legs, and move slowly and sinisterly downstage.*

                          REPORTERS
          MUCH OF MADNESS AND
          MORE OF SIN
          NO GOVERNMENT OF THESE
          MONSTEROUS THINGS

          AND IF FEAR IS FIRE
          SHOULD WE FEED THE FIRE?
          IF FEAR IS FIRE
          WHY DO WE FEED THE FIRE?

                              *The SEVEN freeze in a final tableau as their*
                              *shadows grow on the LED Screens behind them.*

                              *MUSIC buttons.*

**#17A - DAILY BUGLE #2**

Act II Scene 4

**SCENE 4:   2ND DAILY BUGLE**

> *The Daily Bugle emerges out of the smoke of the Sinistero. JAMESON and PETER enter. JAMESON fuming--*

JAMESON
Took the night off! YOU TOOK THE NIGHT OFF?!?

PETER
No TV, no radio, no papers--it was great!

MARBLES
Oh, I bet it was.

JAMESON
Parker! Get your head outta the clouds. The city's in chaos! It's falling apart!

PETER
Falling apart? You're always exaggerating, JJ--

BUD
*(overlapping with the JJ above)*
JJ! Just in from Yankee Stadium--there's a swarm of killer bees!

TRAVIS
Update! It's not a swarm, it's a *man*! A man who *is* bees!

Act II Scene 4

                    JAMESON
What do you mean he's bees? Parker—

                         PETER
Yankee Stadium? I'm on it, JJ--

                         ROBERTSON
JJ! I've got the latest on the Bronx Zoo bust-out—

                         STOKES
JJ! The giant female swiss army knife? She's rampaging in
Midtown—

                         PETER
Right now?

                         ROBERTSON
And the Stock Market is in free-fall—

                         STOKES
--Because of the giant lizard running amok on Wall Street—

                         JAMESON
We need pictures, Parker, ASAP!

                         PETER
Hold on a minute - I don't get what's happening--?!

                    BUD
An army of mutant psychos!

                         STOKES
And no one knows where they came from!

                    BUD
Or what they want!

                         PETER
This just started today?

                    BUD
Last night—

                    TRAVIS
                    (*pointedly*)
Where were *you*?

                         JAMESON
                    (*with derision*)
*He* took the night off--

                    PETER
If I knew what was happening-- I never would've--
                    (as he bolts)
Gotta go--


                    JAMESON
Don't come back empty-handed, Parker, or you're fired!
                    (*to the other REPORTERS*)
Well, what are you all sticking around for? Get back out
there!


                              *The REPORTERS rush out as BUTTONS enters,*
                              *carrying a large pumpkin.*


                    BUTTONS
JJ--This just arrived!


                    JAMESON
What is it?


                    BUTTONS
It's a pumpkin!


                    JAMESON
Thank you, ace reporter. You're fired!
                    (reading card on box)
"Say Goodbye to your city and everything in it. We're gonna
flatten Manhattan in a New York Minute." What is this?

**#17B - GOBLIN OUT OF THE BOX**


                              *The pumpkin explodes open, as a distraction--*
                              *and the GREEN GOBLIN reveals himself, in*
                              *JAMESON's chair.*


                    GREEN GOBLIN
It's a poem by yours truly.


                    JAMESON
What the—What kind of prank is *this*?!

                    GREEN GOBLIN
                         (to *MARBLES*)
Take this down, sugar-"The Green Goblin paid a visit to--


                    JAMESON
Hey!  She's my sugar!
                    (to *MARBLES*)
Take this down—"Halloween came early to the Bugle this morning
when—"


                    GREEN GOBLIN
"Halloween?!"  You think I'm here to trick or treat? Now that
the city's tenderized with a little panic and terror, I've
come to fill you in on the current Apocalypse.


                    JAMESON
                    *(rolling eyes)*
Great.  A religious nut.


                    GREEN GOBLIN
I want everyone to know who's behind this brave new world.
Six new members of *my* nuclear family are in the process of
going nuclear on this fair city.


                    BUTTONS
                    *(in fear)*
Your family?


                    GREEN GOBLIN
The Sinister Six, I call 'em. Seven when we find my firstborn.


                    JAMESON
Who's your first born?


                    GREEN GOBLIN
Spider-Man.


                    JAMESON
What?! I knew it!  New Headline-- "Spider-Man—Son of a
Psychopath!

                        GREEN GOBLIN
          But he's gonna have to get with the program. You *all* are.
          Spread the Word, JJ, spread the Gospel of the Goblin: "It's
          time to Mutate..." MUTATE OR DIE!

                              *The GOBLIN throws down a pumpkin bomb (smoke
                              curtain/pyro effect), EXPLOSION SFX.  MARBLES,
                              BUTTONS and JAMESON scatter, and in the chaos--*

SCENE 5:  SINISTER SIX VANQUISHED

#18:  *SINISTER SIX VANQUISH*

> *GOBLIN walks through the montage US observing his creation of destruction. OPERA SINGER (NATALIE) runs USL to DSR. MOD MOTHER (KRISTEN) and LATTE GIRL (AYO) run USR to USL. FELLINI WOMAN (BETHANY) runs DSL to USR. OPERA SINGER, GOTH GIRL (DANA) and FELLINI WOMAN enter USR pursued by CARNAGE (COLIN) crossing to USC. OPERA SINGER and GOTH GIRL exit DSL. FELILINI WOMAN runs DSR and is stopped by ELECTRO (MANNY), who has entered DSR and turns on his three sparks.*

> *MOD MOTHER and LATTE GIRL dash toward center, where they are swatted at by CARNAGE and exit USR.*

> *FELLINI WOMAN retreats toward center, where CARNAGE swats and chases her off SR.*

> *ELECTRO crosses from DSR to DSL to MISS METROCARD (JEN) who's applying makeup with a compact. MISS METROCARD is surprised by ELECTRO and they run off DSL.*

> *FELLINI WOMAN, MOD MOTHER and LATTE GIRL enter SR; GOTH GIRL, OPERA SINGER and MISS METROCARD enter SL for a big swoop on and offstage, circling each other and depositing the NUN (KEM) CC.*

> *LIZARD (BRANDON) enters from DSR and crosses upstage to NUN, who is in prayer with her bible. NUN is startled by LIZARD, thumps him with her bible, genuflects and then is chased off by LIZARD SL.*

> *Three groups are 'backed' toward CC: FELLINI WOMAN, LATTE GIRL and MOD MOTHER by CARNAGE from SR; MISS METROCARD and GOTH GIRL by SWARM from USL; OPERA SINGER and NUN by ELECTRO from DSL.*

> *COP (JODIE) enters from DSR. SWARM, ELECTRO and CARNAGE encircle her. SPIDEY #1 (CRAIG) flies in from house, Villains scatter (CARNAGE SR; ELECTRO and LIZARD SL), Citizens chase SPIDEY #1.*

                              CITIZEN CHORUS
SPIDER-MAN

                              CITIZEN #1 (LUTHER)
DID HE JUST SWING BY YOU?

                              CITIZEN CHORUS
SPIDER-MAN

                              CITIZEN #2 (DWAYNE)
HOPE HE STICKS AROUND

                              CITIZEN CHORUS
SPIDER-MAN

                              CITIZEN #3 (LUTHER)
HOPE HE CATCHES UP TO

                              CITIZEN CHORUS
SPIDER-MAN

                              CITIZEN #4 (DWAYNE)
ALL THE VILLAINS IN TOWN

                              CITIZENS
IS THERE NOTHING HE COULD NOT DO FOR YOU
DO YOU KNOW
ARE ALL OF THE RUMOURS ABOUT HIM TRUE?
CAN WE BELIEVE HE'S REALLY HERE TO
HELP US ALL
WILL HE EVER FALL
WILL HE EVER FALL

                              *During MUSICAL Interlude, PETER rushes toward*
                              *AUNT MAY.*

                              PETER
          Sorry I'm late, Aunt May--

                        AUNT MAY
                    *(reprovingly)*
        Oh, Peter, I wish you'd called—

                        PETER
        I meant to Aunt May, I just couldn't.

                        AUNT MAY
        Didn't you have your cell phone?

                        PETER
        I was working and I didn't get a break.

                        AUNT MAY
        Well I was *worried*, young man—

                        PETER
        Because of the Sinister Six running around?

                        AUNT MAY
        And that beastly Spider-Man—

                        PETER
        What are you talking about?

                        AUNT MAY
        I read, in the paper, he's the worst of them all--

                        PETER
        What? No, Aunt May, I told you: Stop reading the Bugle.

                        AUNT MAY
        But they're the only ones that print your photos.

                            *PETER snakes around the frozen tableau*
                            *and picks up Aunt May's medicine from the*
                            *PHARMACIST (KEN).*

                        AUNT MAY (CONT'D)
        Not to mention they have the best comics section...

                        PETER
        Well, I may have been late, but--
                    *(He holds up AUNT MAY's medicine)*
        --I picked-up your medicine at the pharmacy!

                        AUNT MAY
        Oh, thank you, dear! I hate to be such a bother!

                            *POLICE SIRENS distract PETER.  KRAVEN appears*
                            *unseen by AUNT MAY.*

                        PETER
        Trust me, Aunt May, *you* are not the bother--

*PETER PARKER begins ripping off his shirt, revealing a glimpse of the Spider-Man costume underneath, as he heads off.*

*As Citizens sing another verse of Spider-Man Rising--*

                         CITIZEN CHORUS
          SPIDER-MAN

                                   *KRAVEN (CHRIS) chases MISS METROCARD USL to*
                                   *DSR. SPIDEY #1 (CRAIG) flies in from DSL webs*
                                   *KRAVEN, vanquishing him.*

                         CITIZEN #1 (JEB)
          WITH SPIDER-SENSES

                         CITIZEN CHORUS
          SPIDER-MAN

                         CITIZEN #2 (DWAYNE)
          WITH THREADS OF STEEL

                         CITIZEN CHORUS
          SPIDER-MAN

                         CITIZEN #3 (JEB)
          HE SHOULD BE IN THE MOVIES

                         CITIZEN CHORUS
          SPIDER-MAN

                         CITIZEN #4 (DWAYNE)
          HE'S GOT COMMERICAL APPEAL

                                   *CARNAGE carrying MOD MOTHER enters USR, SPIDEY*
                                   *#2 (MARCUS) flies in from SR, kicks CARNAGE DSL*
                                   *and webs him, vanquishing him.*

                         CITIZEN CHORUS
          OHHHH SPIDER-MAN.....
          MAN....HATTAN'S SON

                                   *LIZARD enters through the Crowd USL, crosses to DSC.*
                                   *SPIDEY #1 (CRAIG) webs LIZARD, vanquishing him.*

                         PETER
                         *(brandishing photographs)*
               Pictures of Kraven—the Lizard—and Carnage—all captured by
               Spider-man!

                                   *JAMESON takes a cup of coffee from the frozen*
                                   *tableau's DELI WORKER (DWAYNE)*

                         JAMESON
                         *(taking them)*
               That's what he wants us to think—what about the Goblin?

                                                            ***PAGE 94***

                        PETER
I haven't— Spider-man hasn't been able to find him—

                        JAMESON
Because he hasn't tried—

                        PETER
Because he's been busy—

                        JAMESON
Because he and the Goblin are in cahoots!

                        PETER
You twist everything around, JJ, and I'm getting sick of it!
Spider-Man and the Goblin don't even know each other!

                        JAMESON
Except for the fact that the Goblin says he's Spider-man's
father!

                        PETER
You really believe that crazy story?

                        JAMESON
I printed it, didn't I?
                (beat)
Get me the Goblin, Parker— The Goblin's the story— Not these
also-rans— Get me photos of the Goblin making nice-nice with
Spider-man or else!

                        *Meanwhile SWISS MISS and ELECTRO have appeared.*
                        *A SPIDER-MAN ACROBAT (DOLLAR) enters USL from*
                        *where PETER had exited DSL.*

                        CITIZEN CHORUS
SPIDER-MAN
                        *Citizens cheer.*

SPIDER-MAN

                        SPIDER-MAN FAN (DWAYNE)
                *(calling out)*
Use your spidey senses, Spidey!

                        CITIZEN CHORUS
SPIDER-MAN

                        SNOOTY UPPER EAST-SIDER (NATALIE)
                *(to nearby BYSTANDER)*
I'm the president of your fan club.

                        CITIZEN CHORUS
SPIDER-MAN

                        A HASID (KEN)
                *(calling out, with Yiddish accent of course)*
Hey Spidey, you're a real Mensch!

                                                            **PAGE  95**

*MUSICAL Interlude.*

                    STREET PERSON (AYO)
                         *(to SPIDER-MAN)*
          Right on, man!  You da bug!

                                   *Both SWISS MISS and ELECTRO attack SPIDER-MAN,*
                                   *SPIDER-MAN leaps out of the way, and the two*
                                   *super-villains collide, electrocute each other,*
                                   *and descend on the pit lift.*

                                   *Four-Bar Lead-up to MUSICAL C-Section--*
          CITIZEN CHORUS
     OHHHH SPIDER-MAN...          *SPIDERMAN ACROBAT exits UL through the tunnel*
     MAN...HATTAN'S SON            *of well-wishers.*

                                   *UNDERSCORING as MJ and FLASH stand with their*
                                   *backs to us, waiting. PETER runs through a*
                                   *crowd toward them--*

                         PETER
          MJ--

                         FLASH
                           *(turning around with MJ)*
          Hiya, Parker.

                         PETER
          FLASH THOMPSON?!
                           *(beat, pulling her away)*
          MJ, what the heck?!

                         MJ
          I was having lunch-- Alone, again-- And Flash walked by..

                         FLASH
          I live in the neighborhood... MJ? Call me. Parker? Catch ya later,
          Slurk.
                         *FLASH exits--*

                         PETER
          Flash?! Seriously?

                         MJ
          Hey, you weren't here--

                         PETER
          I'm sorry I was late, but I was on deadline for the Bugle!

                         MJ
          I saw the latest--
                         (taking newspaper from CONSTRUCTION WORKER (JEB))
          "Five Super-Villains apprehended. Spider-Creep Still at Large!"

                         PETER
                         *(angry)*
          JJ's nuts! Spider-Man's NOT a villain!

                    MJ
Is that what's going on? You're stressed at work?

                         PETER
A little.

                    MJ
Then quit—You shouldn't let them use your pictures to badmouth
Spider-Man anyway--

                         PETER
MJ-- This is a crunch-time for me, but if you hang on a little
longer...Please?

                         MJ
                         *(melting a little)*
You'll be at my opening tonight, right? I got you a ticket.

                         PETER
Cross my—

                              *Suddenly, SWARM THEME, and the Citizens scream*
                              *and flail wildly as if being attacked by bees*
                              *as Swarm appears SL, heading toward MJ--*

                         PETER (CONT'D)
Mary Jane!! Watch out!

                    MJ
Peter—
                              *PETER exits SL as--*

                         PETER
I'll be right back!

                    MJ
                    (emerging from jacket)
Where are you going now!?

                              *As the CHORUS sings Spider-Man Rising, SPIDER-*
                              *MAN swings down with a cannister of*
                              *insecticide on his back, spraying fog from a*
                              *nozzle as HE swings back up again.  SWARM*
                              *shrivels DSC.*

                    CITIZEN CHORUS
IS THERE NOTHING HE CAN NOT DO FOR YOU?
DO YOU KNOW

ARE ALL OF THE RUMOURS ABOUT HIM TRUE
CAN WE BELIEVE HE'S REALLY HERE TO
HELP US ALL
(SPIDER-MAN)

> *SPIDER-MAN hands the cannister to a wowed MJ,*
> *then swings away as--*

|  CITIZEN SOLO (DWAYNE) | CITIZENS |
|---|---|
|  | SPIDER-MAN |
| DON'T YOU FALL |  |
|  | SPIDER-MAN |
| I HOPE HE NEVER FALLS |  |
|  | SPIDER-MAN |
| SPIDER--- |  |
| MAN--- | SPIDER-MAN |

> *SONG Buttons.*

**SCENE 6: GOBLIN/PETER PHONE CALLS**

*#18A - DAILY BUGLE #3*

> *Meanwhile, in tight light in a dedicated spot*
> *GOBLIN is DIALING on a large cell phone. We*
> *hear an offstage RECEPTIONIST.*

              RECEPTIONIST (O.S.) (LAURA BETH)
Reception.

              GREEN GOBLIN
              *(sinisterly, on phone)*
Is this the Daily Bugle?  Cause I have a message for--

              RECEPTIONIST (O.S.) (LAURA BETH)
Daily Bugle, Reception.

              GREEN GOBLIN
Hi.  This is—

              RECEPTIONIST (O.S.) (LAURA BETH)
Do you know your extension?

              GREEN GOBLIN
              *(beginning to lose patience)*
No—this is the Green Goblin, and—

              RECEPTIONIST (O.S.) (LAURA BETH)
Mr. Goblin, please hold.

> *We hear a MUZAK version of U2's Beautiful Day*
> *over the phone.*

                    GREEN GOBLIN
OH FOR GOD'S SAKE!

                    RECEPTIONIST (O.S.) (LAURA BETH)
Connecting you now Mr. Goblin.

                    GREEN GOBLIN
                    *(sinisterly, on phone)*
Here's your new lead story, JJ.   "Goblin..."

                    RECORDING (O.S.)
"Please listen to all the options as our menu has changed.   To
leave a message in the general mailbox, please press or say,
2.  For Buttons McBride, 3.  For—"J. Jonah Jameson—

                    GREEN GOBLIN
Yes--4!  4!

                    RECORDING (O.S.)
That is an invalid entry.  Please try again—

                    GREEN GOBLIN
ARRRRGGGHH!

                    *GOBLIN pounds on every key.*

                    JAMESON'S VOICE (RECORDING)
You've reached Jameson.  This better not waste my time!

                    BEEP!

                    GREEN GOBLIN
                    *(on phone)*
Now you take this down, JJ, and you print it!:  "Goblin to
Spider-Man:  I wanted you to join the New World Order, not
vanquish it! Well you vanquished my family?  I'll track you
down and I will vanquish yours.  I promise you—They won't
be...hanging around for long."

                    RECORDING (O.S.)
If you are satisfied with your message please press or say 1.

                    GREEN GOBLIN
Oh I'm satisfied alright.

                    RECORDING (O.S.)
I'm sorry, did you say-

                    GREEN GOBLIN
ONE!

**#18B – NEWSBOY/BROOKLYN BRIDGE NIGHTMARE**

                    NEWSBOY
"Six Super-Villains Apprehended by Authorities!"
"Green Goblin still at large!"
"Goblin Leaves Threat for Spider-Man!"

                    PETER
Hey, give me one of those.

                    NEWSBOY
"Goblin to Spider-Man: You Vanquish My Family I'll Vanquish
Yours."

                    PETER
Oh, my God… Vanquish my family!

                    NEWSBOY
                    (leaving)
Extra! Extra! "Inter-Villain Rivalry!"

                    PETER
                    (leaving message)
MJ—-it's me, call me back. It's urgent. I wanna make sure
you're okay. Aunt May--

                    AUNT MAY
Peter—

                    PETER
I'm here to get you home, Aunt May.

                    AUNT MAY
But I have my book club…

                    PETER
Aunt May, please. It's probably nothing but for the time
being-- If you need anything from the outside world, *I'll* get
it for you-- Just stay home!

                    AUNT MAY
What has gotten into you, young man?

                    PETER
Please, Aunt May.

                    AUNT MAY
All right, Peter, if you insist...

              *PETER leaves another message for MJ.*

                    PETER (CONT'D)
                    (really desperate)
MJ, where are you? Call me-- It's life or death! I'm not
kidding!

              *PETER and AUNT MAY hustle off…*

                    **[NEXT PAGE 103]**

**SCENE 7:   BROOKLYN BRIDGE NIGHTMARE**

>               *MJ is dangling from the Brooklyn Bridge.*
>
>               *SPIDER-MAN appears Upstage on the bridge and runs toward MJ.*
>
>               *The large Goblin cut-out "slices" through the cable MJ is tethered to.  SHE SCREAMS as she disappears into the abyss.*
>
>               *Peter's web-shooter fails him.*

                    PETER
MARY JANE!!

>               *He impulsively leaps after MJ.*
>
>               *A stunt double tumbles over and over in slow-motion.*

                    GREEN GOBLIN (VO)
You vanquish my family, I'll vanquish yours…

>               *PETER is tossing and turning in bed UC.  It was a nightmare.  As bed tracks DC, Intro to "Turn Off the Dark" begins to be heard--*

                    PETER (CONT'D)
                    *(waking up)*
NO!!
                    *(rambles frantically)*
Mary Jane, Aunt May, everyone in my life is in danger because of me, and they don't even know! If anything ever happened to them, like to Uncle Ben--

**#19 - TURN OFF THE DARK**

                    PETER (CONT'D)
No one understands...no one can help me...there's no one, there's no one...!

>               *PETER is lulled asleep in mid-sentence--*

**SCENE 8: PETER'S DREAM - *TURN OFF THE DARK***

> *As if revealing Peter's dream, the curtain
> irises open to reveal—*
>
> *ARACHNE, suspended, in the shadows, above
> PETER as he sleeps--*

                    ARACHNE
                *(soothing, to PETER)*
    No one? Have you forgotten? I am always with you...Sleep
    now...You will pass through this trial...
                    (she sings)
BETWEEN REGRET AND DESPAIR
BETWEEN FAITH AND FEAR
BETWEEN LONGING AND NECESSITY
IN THE SHADOWLANDS
IN THE SHADOWLANDS

TURN OFF THE DARK
TURN OFF THE DARK

TO SEE WHEN NO ELSE IS SEEING
TO BE FOR THOSE WHO WILL BE WEEPING
YOU'LL BE THE WAKING FOR THE SLEEPING
BUT WHILE YOU'RE SLEEPING

TURN OFF THE DARK
TURN OFF THE DARK
TURN OFF THE DARK

HEAR ME CALLING
HEAR ME CALLING

> *The MUSIC from "Turn Off the Dark" now grows
> more intense, hypnotic, as ARACHNE descends,
> hovering over the sleeping PETER, until PETER
> begins to rise from his bed.  A charged,
> mysterious aerial pas de deux, while--*

                    ARACHNE (V.O.) (CONT'D)
*YOUR PATH HAS BEEN DIFFICULT, IT'S ABOUT TO GET WORSE*
*YOUR GIFT WILL UNDOUBTEDLY SEEM BUT A CURSE*

                    PETER (V.O.)
*I DIDN'T EVEN WANT IT!  WHAT IF I REJECT IT?*

ARACHNE (V.O.)
*THEN THE WRATH OF THE GODS BE UPON YOU AS ME!*
*YOU HAVE NO CHOICE, IT IS YOUR DESTINY…*

PETER (V.O.)
*NO I DO…I DO HAVE A CHOICE…*

ARACHNE (V.O.)
*-THE DIE IS CAST, YOU'RE ON YOUR OWN*
*YOUR GREATEST TRIAL LIES AEAD, AND ALONE*

PETER (V.O.)
*BUT MY FAMILY…MY FRIENDS--*

ARACHNE (V.O.)
*YOUR RESPONSIBILITY IS NOT JUST TO THEM…*

PETER (V.O.)
*THAT SPIDER BITE WAS A STUPID ACCIDENT! IT COULD HAVE BITTEN*
*ANYONE! I WISH IT HAD!*

ARACHNE (V.O.)
*BUT IT DID NOT…*
*NOW THERE ARE THREADS YOU WILL HAVE TO SEVER—*
*SOME DOORS THAT MAY BE SHUT FOREVER…*

PETER (V.O.)
*BUT--THAT ISN'T FAIR---*

ARACHNE (V.O.)
*IT IS A GREATER BURDEN THAN OTHERS MUST BEAR*
*BUT YOUR POWERS DEMAND THAT SUCH IS YOUR FATE…*
*BE STRONG…*

*She kisses him on the forehead--a*
*benediction, a bestowing of grace--*

ARACHNE (V.O.)
*…NOW FAREWELL…FOR ALREADY YOU'RE LATE…*

PETER (V.O.)
*LATE?  WAIT--WHAT DO YOU MEAN? LATE FOR WHAT?*

> *Suddenly, a telephone RINGS.*
>
> *The spell broken, PETER rapidly falls back onto his bed.  We hear MJ's voice on the answering machine.*

                         MJ (V.O.)
Peter, what's with all the psycho messages? And where are you? It's intermission and you're missing as usual!

> *PETER dives for the phone.*

                         PETER
MJ!  I'm--I'm--practically there-- I'm on my way, I mean I'm almost, I mean I'm

> *Dial tone.*

                         PETER
--hello? MJ?

> *She has already hung up. PETER YELLS in frustration,*
>
> *PETER grabs his Spider-Man costume and stuffs it in a bag as the set changes around him.*

**#19A - TRANSITION TO THE FLY**

                         PETER
                    (in a rush, increasingly worked-up)
Okay--where's the suit...no forget the suit...no--I need the suit--in case there's an emergency, and there's ALWAYS an emergency, cause people can't go more than 10 minutes without...okay, I should just underdress, but the fabric doesn't really breathe, it's hot, and I wanna wear shorts in the summer. I mean is that so wrong? Either way I wind up carrying my pants all over New York.
                    (seeing MJ)
MJ!

> *By this point, we've arrived at--*

## [NEXT PAGE IS 107]

**SCENE 9:   OUTSIDE OFF-BROADWAY THEATER**

> *A marquee promotes Mary Jane Watson in The Fly.*
>
> *MJ is walking away with an ACTOR FRIEND.*

                    PETER
Oh, no-- I missed it.

                    MJ
Yeah, you did, Peter.

                    ACTOR FRIEND
                    *(to MJ, catty)*
Is this him? The mysterious boyfriend?

                    MJ
Yeah, this is him.

                    PETER
                    (sheepishly)
Hi.

                    ACTOR FRIEND
                    *(unimpressed)*
Hi. He's not that cute.

                    MJ
Brenda...

                    ACTOR FRIEND
                    *(as she goes)*
Listen, should I wait or--?

                    MJ
Go ahead; I'll meet you guys there...

                    ACTOR FRIEND
Fine…
                    *(under her breath)*
Jerk.

> *She goes, leaving PETER and MJ alone.*

                    PETER
I'm really--
                    *(beat)*
There's no excuse--
                    *(beat)*
I'm so—
                    (beat)
How did it go?

                    MJ
We got a standing ovation.

*PAGE 107*

                    PETER
                         (cool beans)
          Wow. Congratulations.

                    MJ
          It's a good show. You should see it sometime.

                    PETER
          Of course I will.

                    MJ
          Peter...I get it: You're busy-- I'm busy-- We live in New York;
          everybody's busy-- But this wasn't missing a lunch, this was my
          opening night--

                    PETER
          I know--

                    MJ
          And-- I'm not a needy person, and I don't like *feeling* like I'm
          a needy person, so maybe we should just slow down a little—take
          a break.

                    PETER
          What? No, that's not what I want, I want you--

>                    MJ
>          Okay, well, you've got me, so what's the problem?
>                         *(beat)*
>          'Cause there *is* a problem, Peter-- I feel it; I'm pretty sure
>          *you* feel it--
>                         *(beat)*
>          There's something holding us back, I just don't know what it
>          is--

**#20 – I JUST CAN'T WALK AWAY**

>                              MJ
>          SAY IT NOW
>          SAY IT NOW
>          EXPLAIN TO ME
>          WHY THIS HAPPENS EVERY TIME
>          GIVE ME ANY KIND OF SIGN
>          CAUSE I JUST CAN'T WALK AWAY


>                              PETER
>          PLEASE WAIT

>                              MJ
>          I DO

>                              PETER
>          I WISH

>                              MJ
>          ME TOO

>                              PETER
>          I MEMORIZE
>          WHAT I HAVE TO SAY

>                              MJ
>          BUT YOU NEVER SAY IT ANYWAY
>          SAY IT NOW
>          SAY IT NOW
>          EXPLAIN TO ME
>          WHY THIS HAPPENS EVERY TIME

```
GIVE ME A CLUE OR TELL ME WHY
I JUST CAN'T WALK AWAY

                    OFFSTAGE VOICES
WALK
WALK AWAY
WALK
WALK AWAY

                 PETER
NEEDING

                 MJ
ACHING

                 PETER
LYING

                 MJ
AWAKE IN A ROOM IN MY HEART

                 PETER
RIGHT HERE YOU STAY

                 MJ
A HEARTBEAT AWAY

                 PETER
YET WE'RE MILES APART

                 PETER/MJ
YOU KNOW THAT LOVE CAN'T LIVE WITHOUT HONESTY

                 PETER
BUT THERE'S DANGERS IN THE DAYLIGHT
AND THE SHADOWS WITH ME

     PETER                         MJ
SAY IT NOW                 SAY
I WISH I COULD
SAY IT NOW                 SAY IT NOW
SAY TO YOU                 SAY TO ME
THE WORDS YOU NEED TO HEAR  THE WORDS I NEED TO HEAR
WHY YOU JUST DON'T DISAPPEAR WHY YOU JUST DON'T DISAPPEAR
I JUST CAN'T WALK          I JUST CAN'T WALK
AWAY                       AWAY
SAY IT NOW                 SAY IT NOW
SAY IT NOW                 SAY IT NOW
SAY TO ME                  SAY TO ME
```

```
THE SIMPLE WORDS I FEAR        THE SIMPLE WORDS I FEAR
I KNOW WHY I'M HERE            I KNOW WHY I'M HERE
I JUST CAN'T                   I JUST CAN'T
WALK AWAY                      WALK AWAY


      OFFSTAGE VOICES
WALK
WALK AWAY
WALK                                    MJ
WALK AWAY          We're friends Peter—no matter what, right?
WALK
WALK AWAY                              PETER
WALK              Best friends, always--
WALK AWAY


                          MJ
I agree-- And...I don't want to lose my *best* friend because my
*boy*friend can't be there for me...
```

> *MJ exits, as "Just Can't Walk Away" MUSIC intensifies.*

> *THUNDER begins to rumble as PETER talks to himself.*

PETER
(to self, in torment--)
You know there's a green lunatic stalking me...Open the paper
and it's another headline tearing Spider-Man down...MJ's the
best thing that's ever happened to me, and I'm pushing her
away...

                    PETER
                (as he digs the suit out of his bag)
        Putting on this suit means being alone-- Means people I love
        will end up hating me-- Or worse--


                        *Meanwhile, the scene has begun to*
                        *transform into the Bugle set--*


                    PETER
                *(to JAMESON in his office)*
        JJ?

**SCENE 10:  DAILY BUGLE (CONTINUOUS)**

> *JAMESON is seated behind his desk.*

                    JAMESON
This better be good, Parker.

                    PETER
Oh it is.  I've got your new headline, right here.
                    *(handing bag to JAMESON)*
Straight from Bug-boy himself....

> *JAMESON pulls the Spider-Man suit from the bag*
> *and nearly topples over in his chair--*

                    PETER (CONT'D)
"*Spider-Man No More*!"

                    JAMESON
                    *(so happy)*
I can't believe it.  He gave this to you?  To give to me?

> *PETER begins to exit—*

                    PETER
I'm outta here.

                    JAMESON (CONT'D)
Hey!  Where are you going?!

                    PETER
I'm quitting too.

                    JAMESON
Just like your spider friend! *Eh*, who needs ya? Photographers
like you, you're a dime a dozen—

> *PETER exits, and JAMESON exults with suit--*

**#20A - JJ WINS**

                    JAMESON (CONT'D)
This is incredible! It's beautiful! "Spider-Man the Quitter!"
I knew he had no moral fiber! Get some carpenters--I want a
display case! With lights! And a plaque! "Spider-Man: Another
Phony with a Big Ego. Brought down by the power of the Press"!

> *As JAMESON revels--*

## [NEXT PAGE IS 115]

SCENE 11:   DANCE CLUB - *VERTIGO*

> *"Vertigo" and strobe lights of a Dance Club,*
> *where A BUNCH OF CLUB KIDS are dancing. A*
> *number of "video monitors" on the LED legs are*
> *transmitting dance club imagery.*
>
> *PETER and MJ rush on, holding hands. What his*
> *dancing lacks in "cool," it makes up for in*
> *high spirits. They dance.*

                    MJ
          *(shouting over music)*
Peter!  What are we doing here!?  I was about to give up on you!

                    PETER
          *(shouting over the music)*
I'm different now!  I'm aceing my classes!, I have dinner twice
a week with Aunt May!, I've never felt this free!, oh and by the
way, did I mention that I love you?!

                    MJ
          *(hardly hearing over the music--)*
What?!

                    PETER
          *(the music's gotten louder)*
It's true!

                    MJ
          *(shouting over the music)*
You what?!

                    PETER
I love you!

                    MJ
Peter, I can't hear what you're saying, the music's too (loud)--

                    PETER
          *(yelling, just as the music goes quiet)*
MARY JANE WATSON, I LOVE YOU AND I WANNA MARRY YOU--!!

              *The CLUB KIDS cheer.*

                    MJ
          *(hold on)*
You...

                        PETER
I mean, not right now, the marrying part, that's for later--
For when your career's totally on track and you're ready, but
I'm ready whenever *you're* ready--

                        MJ
...you love me?

                        PETER
You don't have to say it back, you just have to know: I wanna
be your best friend *and* your boyfriend, and I'm never gonna
miss another opening night again, I swear--

                        *They kiss, but then suddenly the MUSIC Cuts Out!*
                        *BLACKOUT.  A pool of light on Peter and MJ--*

                        MJ
That was some kiss, Tiger. We short-circuited New York.

                        PETER
I think it's the summer's first blackout. The power grid relies on
a series of sub-stations based in Ohio--

                        MJ
                        *(interrupting)*
Peter—it's dark, we're alone...

                        *They're about to kiss again when the "video*
                        *monitors" in the Dance Hall glow an ominous*
                        *green. The GREEN GOBLIN materializes on all the*
                        *"monitors," which then combine to make one giant*
                        *image of the Goblin. HE holds up a copy of the*
                        *"Spider-Man Quits" Bugle.*

#### #21A - GEEKS IN THE DARK

                        GREEN GOBLIN
                        *(on monitor)*
Where are you, boy?!
                        *(holding up Bugle front page)*
"Spider-Man the Quitter"?!
                        *(with paternal feeling)*
I need you to complete my D.I.Y project--
                        *(back to full menace)*
"Destroy It Yourself."

                        PETER
                        *(to self, in shock)*
Oh God--it's Dr. Osborn--

                        GREEN GOBLIN
So til you crawl out of your little hidey-hole, I'm just gonna
bide my time—with razor boomerangs, pumpkin bombs. So get your
umbrellas ready folks.  A hard rain's acomin'…NOW.

                        *Suddenly, we hear BOMBS Exploding. SCREAMS*
                        *from MJ and assorted dance club dancers—*

              {NEXT PAGE IS 118}

**SCENE 12:   PETER'S MANHATTAN APARTMENT**

> *PETER and MJ rush in from the club, obviously agitated--*

             PETER
What was I thinking?! How could I be so stupid?! Stupid!

             MJ
Peter?

             PETER
I messed up. I really messed up this time--

             MJ
Peter, what's wrong--?

             PETER
He's gonna destroy the city-- And if he's who I think he is, he's *smart* enough--and *crazy* enough--to do it--

             MJ
They'll stop him, you'll see--

             PETER
*Who*?! *Who's* gonna stop him?! Spider-Man's *gone*--

             MJ
              (*countering*)
According to the *Bugle*, but Spider-Man wouldn't abandon New York like that.

             PETER
              (*to self, lost in thought*)
I'm stuck. I'll never escape it...

             MJ
Peter? What's going on?

             PETER
Remember in 5th grade, we were walking to school and it started raining like crazy--

             MJ
You mean when our science projects got ruined? Yeah--we got soaked—

                    PETER
--But you just started laughing. Like it was all gonna be
okay--

                    MJ
Peter, why are bringing that up now?

                    PETER
Because it was when I first knew that I loved you. That I was
always going to love you. That I'd be the happiest guy in the
world if, by some miracle, I could just...be with you...But I
have to stop wishing for it.

                    MJ
Yeah--cause we're finally together.

                    PETER
No. It's because I know *it can never be*.

                    MJ
What?

                    PETER
You deserve someone you can be with completely--and that's not
me.

**#21B - IF THE WORLD SHOULD END (REPRISE)**

                    PETER
It's for the best, MJ-- You--you just have to believe me--

                    MJ
You're not making sense.

                    PETER
I need to go, and when I get back, you can't be here.

                    MJ
I don't understand--*why are you saying this?*

*PETER starts to go--*

           MJ (CONT'D)

Peter--

           MJ (CONT'D)
        *(appealing to him, desperately)*

YOU ARE ALL I NEED
AND ALL I CAN DEFEND
ALL I NEED TO HOLD ONTO

           PETER
        *(intensely)*

I will always...always love you—

           *PETER, looks back, then heads out into the
           night.*

           MJ

IF THE WORLD SHOULD END...

           *GREEN GOBLIN a low maniacal cackling…*

Act II Scene 13

### SCENE 13: THE CITY - *BOY FALLS FROM THE SKY*

*#22 - BOY FALLS FROM THE SKY*

*Black scrim begins lowering behind PETER...*

          PETER
YOU CAN CHANGE YOUR MIND
BUT YOU CANNOT CHANGE YOUR HEART
YOUR HEART KNOWS WHEN YOU'RE HIDING
YOUR HEART KNOWS WHERE YOU ARE

I'D BE MYSELF
IF I KNEW WHO I'D BECOME
YOU DON'T HAVE TO FLY TOO HIGH
TO GET TOO CLOSE TO THE SUN

SEE THE BOY FALL FROM THE SKY

YOU WILL ALWAYS BE IN FRONT OF ME
EVEN AS I DISAPPEAR FROM VIEW
FOR I HAVE DONE NOT A SINGLE THING
WITHOUT THE THOUGHT OF YOU

BUT NO, NOT HERE, NOT NOW, NO WAY
I'M NOT READY TO GIVE UP THE FIGHT
IF I CAN USE A SINGLE THREAD TO CROSS THE SKY
THEN WHY IS THE EYE OF THE NEEDLE
STILL YOUR HEART TONIGHT

SEE HOW THE BOY FALLS FROM THE SKY

*As MUSICAL UNDERSCORING continues—*

v. 5/31/11                                                          Act II Scene 13A

**SCENE 13A:   THE DAILY BUGLE**

> *JAMESON walks in on a SPIDER-MAN DOUBLE in the*
> *office pulling on mask (and/or glove?) (facing*
> *upstage) while PETER continues to face DS and*
> *changing from street clothes to his "spider-*
> *man jacket."*

                    JAMESON
     Hey!  How'd you get in here?

                    PETER
     The window was unlocked.

                    JAMESON
     What are you doing with my tights?

                    PETER
     They're mine, JJ! And next time? Get 'em dry cleaned. Except
     there won't be a next time!

                    JAMESON
     Hey! That's stolen property!

                    PETER
OHHHHHHH
OHHHHHHH
OHHHHHHH
OHHHHHHH

> *And now, as PETER begins singing the "litany"*
> *section, images of the City trapped in webbing*
> *are seen on the LED screens.*
>
> *Meanwhile, as LED legs move, they reveal (see*
> *Sinistereo), one-by-one, a number of Spider-*
> *Men, who create a V-formation behind PETER and*
> *the black scrim, moving slowly in Spider-Man*
> *fighting postures. ARACHNE hovers above.*

                    PETER (CONT'D)
THE CITY CONDUCTS A SYMPHONY
I'LL SEARCH THROUGH TRASH FOR A MELODY
THAT MIGHT LEAD US BACK TO DIGNITY
IN THIS JUNKYARD OF HUMANITY

TO LET YOU GO WITHOUT REGRET
I WILL FOREVER HOLD YOU ALWAYS IN MY HEART INSTEAD

OVER THE SCREAMS AND THE SIREN'S WAIL
THE ONLY THING NOT UP FOR SALE
ARE LOVERS LIKE LIGHTS ON A MIDNIGHT TRAIN
HEARTS LIKE THUNDER WITH NO SOUND OF RAIN

```
LIGHTNING SPLITS THE SKY AND KISSES YOUR FACE
YOURS IS THE SACRIFICE, YOURS IS THE GRACE

I HEAR YOUR VOICE INSIDE MY HEAD
I WILL LISTEN TO NOBODY NOT TO NO ONE ELSE
FROM THE BRIDGE WHERE WE BOTH STOOD AND STOLE THE VIEW
I SAW THE YOU IN ME, AND THE ME IN YOU
THESE ARE THE THREADS THAT BIND
THE ONES WE HAVE TO WEAVE
THEY WILL HOLD US TRUE


        PETER
I BELIEVE
I BELIEVE
BELIEVE, BELIEVE,
BELIEVE, BELIEVE
BELIEVE, BELIEVE!
BELIEVE
```

*MUSIC buttons.  Blackout.*

**#22A - CHRYSLER ERECTION**

*Now the Chrysler Building spire begins to rise.*

SCENE 14:  ON TOP OF CHRYSLER BUILDING

**#23 - I'LL TAKE MANHATTAN**

> *DEMONIC PIANO COCKTAIL MUSIC has begun to play. The GREEN GOBLIN is at a grand piano. The GOBLIN is tickling the ivories and crooning like a lounge singer on the skids--*

GREEN GOBLIN

I'LL TAKE MANHATTAN
AND THEN I'LL FLATTEN
ALL OF QUEENS
I LOVE THOSE KINDA SCENES!
    --I can't help it!
IT'S IN MY GENES
      --with a little bat, some scorpion, you get the picture...
>           *(tender and sentimental)*

I'M OLD-FASHIONED
THAT'S WHY I'M KEEN
ON FAMILY THINGS, LIKE--KILLING WHOLE FAMILIES
MY DEAR MANHATTAN--
I'LL HAVE YOU
>         *(Descending to a twisted, demonic growl--)*

DOWN TO SMOKING BLACK CINDERS....
>         *(then in poncy falsetto--)*

AND I'M GREEEEEEEN

> *The GLOBIN finishes with a flourish, adding--*

GREEN GOBLIN (CONT'D)
Thank you……thank you--I'm here on top of the Chrysler Building all week.

**#23A - PIANO BAR**

GREEN GOBLIN (CONT'D)
> *(looking at imaginary watch)*
Now let's see…He had to pick up his suit at the Bugle--48th and 8th—change out of his pants, shirt, probably a button up—give it 5 minutes, head down Broadway, no that would be stupid, there's better buildings for swinging down on 44th over to Park Avenue, get his web gunk all over the Pan Am Building, then take a left, find a flagpole, flip, and make an entrance I'd reckon, in 3…2…1…

> *SPIDER-MAN swings in.*

GREEN GOBLIN (CONT'D)
Well, if it isn't **our** friendly neighborhood Spider-Man, nice of you to drop by. Here--have some champagne, put your feet up, take your mask off--

*PAGE 123*

                         PETER
I don't think so, Goblin.


                         GREEN GOBLIN
Ahh, take your mask off.  Please?


                         PETER
No.


                         GREEN GOBLIN
Pretty please?…Peter?…Parker?…


                              *As PETER slowly take his mask off--*


                         PETER
                         *(freezes)*
How did you find out?


                         GREEN GOBLIN
I was reading the Bugle's Spider-Man Retrospective?--and the
photo credit on every page just *happened* to be the name of the
boy in my lab *the day my arachnid went missing.*


                         PETER
                         *(with mounting anger)*
If you've gone anywhere near my (family)--


                         GREEN GOBLIN
Who?  Your Aunt May?  Yeah, she's a sweet ol' gal ain't she?
And who's that other one, the one you're all lovey-dovey with—
Mary something—


                         PETER
                         *(ready to tear his head off)*
I swear I'll kill you. I'LL KILL YOU!--


                         GREEN GOBLIN
                         *(excited)*
Yeaaah--*that's* what I've been waitin' to see!-- C'mon, take a
swing. The spider's a HUNTER! Kills without mercy.


                         PETER
                         *(pulling back)*
No!


                         GREEN GOBLIN
Watching you protect folks? It's unnatural, it's perverse--

**GREEN GOBLIN**
Watchin' you protect people, it's unnatural, it's perverse.
Come here boy, I want to show you something. I said come here.
Look at all those people. You know why they look like ants
from up here? Because they always look like ants. Even when
you're right up next to them. Little bugs, they don't deserve
saving. But not us, we're special. You ever read Nietzsche?


          PETER PARKER
UH…


          GOBLIN
No of course you haven't.  Nobody has. But he probably had
something real smart to say about all of this.


          PETER
I can help you-- Together, we can find a cure--restore your
humanity--


          GREEN GOBLIN
MY HUMANITY?


          PETER
You're still **Doctor** *Osborn*-- The man who wanted to save the
world--he's still there--


          GREEN GOBLIN
Norman Osborn was dead skin. I had to shed him.
          *(gesturing to self)*
To get to *this*. This was my Destiny--


          PETER
Don't give up on yourself, Doctor. *Or* the world--it needs your
help--your genius--


          GREEN GOBLIN
It's got my genius. I'm usin' it.


          PETER
You're killing people with exploding pumpkins!


          GREEN GOBLIN
Let's not quibble. We're Family--


          PETER
We are not *famil*


                                                              *PAGE 125*

                    GREEN GOBLIN
Your DNA belongs to me!  ME!  So there's only one way this can
go.
                    (opening arms for embrace)
We gotta team up.

                    PETER
What!?

                    GREEN GOBLIN
You'll be my boy wonder.  Hell, I'll be your boy wonder.  You
know what--we'll trade off boy wonder duties--

                    PETER
Are you insane!?

                    GREEN GOBLIN
DO I LOOK INSANE?!

                    PETER
Maybe a little.

                    GREEN GOBLIN
Yeah, but in the best sense. Gimme a hug.

                    PETER pushes GOBLIN.

**#24 - WGP**

                    PETER
                    (throwing punch)
POOM!

                    GREEN GOBLIN
                    (taking punch)
OOF! Thatta boy!

                    PETER
I'll NEVER join you. I'll never turn my back on who I am. "With
Great Power comes Great Responsibility!"

                    GREEN GOBLIN
No-- "With Great Power comes--*great* power!"

                    GOBLIN cracks PETER on the head. Throws him
                    upstage.

                    GREEN GOBLIN (CONT'D)
Yeah!  Admit it, boy. You're a freak-- A freak like me!
DOOSH!

                    PETER
                    (throwing three punches)
BOOF! POP! POW!

                        GREEN GOBLIN
That's more like it!

                PETER
                    (exasperated)
What do you want Goblin?!

                        GREEN GOBLIN
To repopulate the planet with a super-race of Osborn Mutant
Children!

                PETER
                    (agape)
You think you can actually *do* that?!

                        GREEN GOBLIN
Yeah, yeah, it's easy. You kill people, harvest their DNA--well I
made *you* didn't I?

                PETER
Dr. Osborn, I'm *begging* you--don't let Emily's death be for
nothing!

                    *GOBLIN suddenly freezes.*

                        GREEN GOBLIN
                    *(as if in daze)*
*Emily...*

                PETER
Your wife. You said, without love, the work means nothing—love is
what keeps you sane, keeps you human. I lost someone I loved when
my uncle died.

                        GREEN GOBLIN
                    *(still in daze, a little emotional)*
*Emily...died...?*

                PETER
Don't you remember?

                        GREEN GOBLIN
                    *(as if moved)*
*Emily died...*
                    *(then suddenly very darkly)*
*...because of YOU.*

           PETER
That's not true-- Listen, Dr. Osborn--

           GREEN GOBLIN
                (*raging*)
--*STOP CALLING ME THAT!*

           GREEN GOBLIN
Keepin' company with these puny little humans just ain't gonna
work! You don't need them. And if you don't get that by now,
boy...why don't I make it easier for you. You see that rope? Guess
what's attached to the other end.

                    *A "Chrysler Building Gargoyle" Pop-up is*
                    *revealed.  MJ is "tied up" and dangling from*
                    *the gargoyle.*

           PETER
MJ! Oh, my God!

           GOBLIN
A thousand feet up. Rope's about to snap too.  You didn't
think I'd be up here without a contingency plan, did you?

           PETER
You maniac! I'll be back for you!

                    *GOBLIN laughs maniacally, and PETER leaps "off*
                    *the building" [into the pit].*

           GREEN GOBLIN
                (*flinging mask, mockingly*)
Don't forget your mask! You want to save your little lady,
Parker, you're gonna have to go through me!

                    *GOBLIN and the piano lower into the pit.*

                    *An aerial fight over the house and stage ensues*
                    *between SPIDER-MAN and GOBLIN DOUBLES.*

                         GREEN GOBLIN (V.O.)
        Like my wings? I *sprouted* 'em just *for you*!

                              *More fighting--*

                         SPIDER-MAN (V.O.)
        You feeling okay Goblin? You're looking a little green!

                         GREEN GOBLIN (V.O)
        Ow! Woah! What are you doing?! Get off of me!

                              *After SPIDER-MAN is thrown off--*

                         SPIDER-MAN (V.O)
        *Thanks for the lift buddy, don't expect a tip!*

                              *The fight culminates with a GOBLIN DOUBLE*
                              *knocking SPIDER-MAN DOUBLE down into the pit.*
                              *The GOBLIN dives into the pit after him.*

                              *Meanwhile, on the sidewalk, JAMESON and MARBLES*
                              *enter. JAMESON, reading the paper, MARBLES*
                              *looking up--*

                         MARBLES
        JJ! Look! On toppa the Chrysler building!

                         JAMESON
                         *(looking up, a gasp)*
        Spider-man and the Green Goblin! I KNEW they were
        partners!

                         MARBLES
        Who ya kiddin', JJ? They're trying to kill each other!

                         JAMESON
        And we've gotta get a picture, Marbles!

                              *We hear Assorted BOMBS, Razor Boomerangs,*
                              *Etc. As--*

                              *JAMESON looks around desperately (for a*
                              *camera) and spots a familiar face, also on*
                              *sidewalk, eating a hotdog-*

                         JAMESON
        You! Delinquent! Ya got one of those thingamagigs?

                         MARBLES
                         *(for the millionth time)*
        Cell phone, JJ. Cell phone...

                                                               **PAGE 129**

                FLASH
Yeah, I got one--

                JAMESON
*Well, quit standing there like a half-wit and TAKE A*
*DAMN PICTURE BEFORE ONE OF 'EM DIES!*

                MARBLES
                  (*pointing*)
There he is! Trying ta web the Goblin!

                        *Quick spot on SPIDEY #1 (BRANDON). Mezzanine*
                        *house right. Rear #3 box. THWIPP!*

                JAMESON
They're going thattaway!

                        *Quick spot on SPIDEY #2 (DOLLAR). Orchestra*
                        *left aisle. THWIPP!*

                MARBLES
There's Spidey!

                        *Quick spot on SPIDEY #3 (SEAN). Balcony house*
                        *left. Front #3 box. Reading a playbill...Lights*
                        *out. THWIPP! Another quick spot on SPIDEY #3,*
                        *now in spidey pose.*

                MARBLES(CONT'D)
Up there! On the ledge!

                JAMESON
He's jumping down!

                        *Quick spot on SPIDEY #4 (GERALD). Orchestra*
                        *right aisle. THWIPP!*

                FLASH
Where'd they go?

                        *Quick spot on SPIDEY #5 (MARCUS). Stage right*
                        *hanamichi. THWIPP!*

                JAMESON
There!

                        *Quick spot on SPIDEY #6 (CRAIG). Balcony house*
                        *right. Front #2 box. THWIPP!*

                MARBLES
They're circling back to the Chrysler building.

                        *Spider-Man Cut-Out Swings Down.*

                SPIDER-MAN [POP-UP]
Mary Jane! Hang on! I'm on my way!

                        MJ (V.O)
Hurry, Spider-man! PLEASE!

                        GREEN GOBLIN [POP-UP]
Will you *save* the girl or *kill* the goblin?

                    JAMESON
Get 'em both in the shot and I'll pay you ten bucks--

                    FLASH
                *(moment of realization)*
Holy spit, I know that girl...

                    MARBLES
Oh, JJ! I can't look! Hold me, JJ, HOLD ME!

                    JAMESON
                *(comforting her)*
Aw, for Pete's sake—

                            *WEBBING SHOOTS OUT OVER THE AUDIENCE—The real*
                            *GREEN GOBLIN rises on the lift NEXT TO the*
                            *piano, as the GOBLIN cut-out exits—NOTE: There*
                            *is a bunch of webbing on his torso.*

                    GREEN GOBLIN
Spider-Man! You think your puny webbing can stop the King of
the Mutants? You and your worthless humans--you'll never be
safe! Hey, all you little ants down there! Have a piano!

                    JAMESON
Sweet Mary--he's gonna smash us with a baby grand! Move it,
People, move it!!

                            *JAMESON hustles MARBLES and FLASH off the*
                            *stage—*

                    GREEN GOBLIN
Yeah! Scatter little bugs! Scatter!

                            *GOBLIN pushes the piano into the pit.*

                              SPIDER-MAN (V.O)
          Geez louise, Goblin—I webbed you to the piano so you wouldn't
          push it off!

                         GREEN GOBLIN
          You what?

                              *GOBLIN is jerked upstage over the skyscraper-*
                              *floor.*

                         GREEN GOBLIN (CONT'D)
          NOOOOOOOOOOOOOOO!

                              *Then, BOOOOOOM! A Dissonant PIANO CHORD*
                              *echoing like an explosion is accompanied by a*
                              *green SPLAT image on the City Street.*

**#25 - FINALE - A NEW DAWN**

                              *Then SOARING TRIUMPHANT MUSIC as SPIDER-MAN*
                              *descends with MJ in his arms.*

**SCENE 15:  A NEW DAWN**

> *Black curtain flies out, revealing blazing bright sky.*
>
> *SPIDER-MAN and MJ swing on, post-GOBLIN fight, and land on the stage. They are standing there, face-to-face. Awk-ward...*

MJ

Nice form, Spider-Man...

> *HE doesn't say anything. HE begins to walk away.*

MJ (CONT'D)

You don't have to swing off, you know... You could stay awhile...

> *HE doesn't say anything; prepares to swing off.*

MJ (CONT'D)

...we could get some coffee...

> *This stops him...HE turns and looks at HER...*

MJ (CONT'D)

I think...I may know more than you *think* I do. Unless I'm wrong, but...

SAY IT NOW
SAY IT NOW
GIVE ME ANY KIND OF SIGN

> *A beat, as Walk Away underscoring continues. SPIDER-MAN takes off his mask, revealing...PETER PARKER.*

PETER

This is who I am, Mary Jane... This is who I'll always be...
            *(beat)*
So, I mean, I would understand if you wanna break-up with me or maybe see other people-- 'Cause, I mean, this is, you know, *A LOT* of baggage--

MJ

Peter-- Shut up--

> *MJ kisses him--*

PETER

But this life-- It might take me--

                              MJ
                                    *(overriding)*
                    *Wherever* it takes you, I'm there—You need me now more than
                    ever.

                                              *They're suddenly interrupted by a wailing*
                                              *AMBULANCE SIREN in the distance.*

                                              *MJ shrugs, nods with a grin.*

                              MJ (CONT'D)
                    Go get'em, Tiger.

                                              *PETER "shoots a web" and swings into the house*
                                              *as--*

                              MJ                              CHORUS (OFF-STAGE)
          AND YOU CAN RISE ABOVE                 AND YOU CAN RISE ABOVE
          REACH FOR THE SKIES ABOVE              REACH FOR THE SKIES ABOVE
          AND YOU CAN RISE ABOVE                 AND YOU CAN RISE ABOVE
          YOURSELF...                            YOURSELF...
          AND YOU CAN RISE ABOVE                 AND YOU CAN RISE ABOVE
          REACH FOR THE SKIES ABOVE              REACH FOR THE SKIES ABOVE
          AND YOU CAN RISE                       AND YOU CAN RISE

                                              *A Silk Curtain depicting a Comic Book image of*
                                              *Spider-Man shooting a web drops in front of*
                                              *the stage.*

**#26 - BOWS**

                              THE END