# EXHIBIT 3
# *AMAZING FANTASY #15* (1962)
















































  
  










