# EXHIBIT 4
## *FIRST SPIDER-MAN FILM*

## (DVD FILED WITH CLERK OF COURT)