# EXHIBIT 5
### *SECOND SPIDER-MAN FILM*

## (DVD FILED WITH CLERK OF COURT)