# EXHIBIT 6
# *AMAZING SPIDER-MAN #1* (1963)



- 2 -

















