# EXHIBIT 7
## *AMAZING SPIDER-MAN #2* (1963)































