# **EXHIBIT 8**
## *AMAZING SPIDER-MAN #9* (1964)



