# EXHIBIT 9
# *AMAZING SPIDER-MAN ANNUAL #1* (1964)



