# EXHIBIT 10
## *SPIDER-MAN UNLIMITED #9* (1995)



