# **EXHIBIT 11**
# *AMAZING SPIDER-MAN #14* (1964)













