# EXHIBIT 12
# *AMAZING SPIDER-MAN #17* (1964)


















