# EXHIBIT 13
# *AMAZING SPIDER-MAN #23* (1965)


















