# EXHIBIT 14
*AMAZING SPIDER-MAN #39* (1966)



