# **EXHIBIT 15**
## *AMAZING SPIDER-MAN #40* **(1966)**



















