# EXHIBIT 16
# *AMAZING SPIDER-MAN #37* (1966)











