# **EXHIBIT 17**
# *SPECTACULAR SPIDER-MAN #180* (1991)



