# **EXHIBIT 18**
# *AMAZING SPIDER-MAN #121* (1973)





























