# EXHIBIT 19
## *AMAZING SPIDER-MAN #122* (1973)

SPIDER-MAN
MARVEL COMICS GROUP
20¢
122
JULY
02457
APPROVED BY THE COMICS CODE AUTHORITY
the AMAZING SPIDER-MAN
HEADS-UP, WALL-CRAWLER! FIRST, I FINISHED OFF GWEN STACY--
AND NOW-- IT'S YOUR TURN!
WRONG, GOBLIN! YOU MURDERED THE ONLY GIRL I'LL EVER LOVE--
AND TODAY'S THE DAY YOU'RE GOING TO DIE!!
The GREEN GOBLIN'S LAST STAND!
ROMITA

STAN LEE PRESENTS: THE AMAZING SPIDER-MAN
SHE'S DEAD, SPIDER-MAN... THE WOMAN YOU LOVE IS DEAD!
THERE'S NOTHING YOU-- OR ANY OTHER COSTUMED INTERLOPER CAN DO TO REVIVE HER!
BUT DON'T WORRY, MY FINE FOE--YOU'LL NOT BE LONG APART--!
SOON YOU SHALL JOIN HER-- BEYOND DEATH!
THIS IS IT!
THE GOBLIN'S LAST STAND!
I WOULDN'T BET ON IT, GOBLIN.
ONLY ONE MAN'S GOING TO DIE THIS DAY-- AND, MISTER, IT WON'T BE ME!
A TALE SO POWERFUL ONLY THESE MEN COULD PRODUCE IT!
GERRY CONWAY SCRIPTER
GIL KANE ARTIST
JOHN ROMITA + T. MORTELLARO INKERS
ART SIMEK LETTERER
ANDY YANCHUS COLORIST
ROY THOMAS EDITOR

OR MAYBE YOU'VE ALREADY FORGOTTEN...
...YOU KILLED GWEN STACY! SHE DIDN'T JUST DIE--
--YOU KILLED HER!
MAYBE YOU THINK SHE DESERVED IT, BECAUSE SHE WAS STUPID ENOUGH TO LOVE A GUY NAMED PETER PARKER--
--AND HE WAS STUPID ENOUGH TO LOVE BACK.
MAYBE YOU THINK THAT MAKES IT OKAY-- FAIR IN LOVE AND WAR--
--BUT FOR ME, THAT JUST MAKES YOU GUILTY--
--AND FOR IT-- YOU'RE GOING TO PAY!
IMBECILE!
YOUR MORAL STANDARDS DO NOT IMPRESS ME--!
FFFT!
--ANY MORE THAN DO YOUR PITIFUL ATTEMPTS TO CAPTURE-- EH?
KEEP TALKING, GOBLIN.
I WANT TO REMEMBER YOU JUST AS YOU ARE!
ARROGANT-- ELITIST-- MERCILESS--
--WITH ALL THE ETHICS OF A WEASEL--

--A WEASEL CAUGHT IN A FATAL TRAP--
--A WEASEL WHO'S ABOUT TO BE DESTROYED!
NO--!
"NO"? DO I HEAR YOU BEGGING, GOBLIN?
DON'T MAKE ME SICK, FRIEND-- WHY SHOULD I SHOW YOU ANY MERCY?
WHAT MERCY DID YOU SHOW GWEN? ANSWER ME THAT, GREEN GOBLIN--
ANSWER ME THAT!
ANSWER ME, BLAST YOU!
ANSWER ME!
I'M AFRAID I DON'T NEED TO, PARKER!*
THE QUESTION SEEMS ACADEMIC NOW--DON'T YOU AGREE?
KRAK!
*THE GOBLIN KNOWS SPIDEY'S SECRET IDENTITY, REMEMBER? --ROY.

I PROMISE YOU, YOU'LL PAY!
CHUNT!
MISTER, ARE WE LIVING IN THE SAME UNIVERSE?
YOU KILLED MY WOMAN, GOBLIN--
--AND YOU'RE RAGING ABOUT A BLASTED BARGAIN-BASEMENT TOY?
WOK!
LET'S GET OUR PRIORITIES STRAIGHT, PUNK!
THERE'S A BIG DIFFERENCE BETWEEN A FANCY GIMMICK--AND A HUMAN LIFE!
LIFE! YOU TALK TO ME OF LIFE!
WHAT WORTH IS THERE IN THE PALTRY EXISTENCE OF ONE USELESS FEMALE?
A SIMPERING, POINTLESS GIRL WHO NEVER DID MORE THAN THAN OCCUPY SPACE--WHILE I--
THAT'S IT, BUSTER!
THAT IS IT!

SMAK!
YOU'RE TALKING ABOUT MY LADY, CREEP!
SOMEONE I LOVE-- I MEAN LOVED--!
DO YOU KNOW WHAT THAT MEANS?
BUNT
HAVE YOU ANY IDEA WHAT THAT MEANS??
WHUNK!
I LOVED HER, GOBLIN!
AND YOU--!
YOU--
TOOK--
HER--
AWAY!
FILTHY--
WORM-EATING--
SCUM!
GOOD LORD..
WHAT IN THE NAME OF HEAVEN AM I DOING?
IN ANOTHER MOMENT I MIGHT HAVE KILLED HIM!
I WOULD HAVE BECOME LIKE HIM--A-A MURDERER!
AND, AS SPIDER-MAN DROPS BACK, DISGUSTED WITH THE VIOLENCE THAT NEARLY CONSUMED HIM--
SPUTTER!
--HE IS UNAWARE OF THE REAPPEARANCE OF OLD VIOLENCE--
--IN THE DEADLY FORM OF THE GOBLIN'S REMOTE-CONTROLLED FLYER!

ON YOUR FEET, GOBLIN.
THIS IS ONE TIME YOU'RE NOT ESCAPING.
YOU'RE FOR JAIL, MISTER.
I'M AFRAID...I CANNOT... PERMIT THAT, MY FRIEND.
I HAVE...AN EXCEEDINGLY PRESSING APPOINTMENT... ELSEWHERE.
FORGET IT, GOBLIN.
IN CASE YOU HADN'T NOTICED-- YOU DON'T HAVE ANY CHOICE.
ON THE CONTRARY, MY AMBITIOUS FOE--
MY CHOICES ARE UNLIMITED. IT IS YOU WHO--
MY SPIDER-SENSE--IT'S TINGLING! SOMETHING BEHIND ME--!
YAAAAAAH!
CHUNK!
SO DO THE PROUD MEN DIE:
WHUMP
SPUT SPUT
CRUCIFIED, NOT ON A CROSS OF GOLD--
SPUT
--BUT ON A STAKE OF HUMBLE TIN.

SPUT
HISSSSS
THUMP!
HE'S DEAD.
SOMEHOW... I THOUGHT IT WOULD MEAN MORE.
WHEN A MAN DIES-- EVEN A MAN LIKE THE GOBLIN-- IT SHOULD MEAN SOMETHING.
IT SHOULDN'T JUST BE AN ACCIDENT... A STUPID, SENSELESS ACCIDENT.
IT'S GOT TO HAVE A POINT...
...SO IT DOESN'T JUST MEAN... WE LIVE IN VAIN.
FUNNY. I THOUGHT SEEING THE GOBLIN DIE WOULD MAKE ME FEEL BETTER ABOUT GWEN.
INSTEAD, IT JUST MAKES ME FEEL EMPTY...
...WASHED OUT...
...AND MAYBE JUST A LITTLE BIT MORE ALONE.
BUT SPIDER-MAN IS NOT ALONE.
THOUGH THE IDENTITY OF THIS SHADOWED OBSERVER WILL REMAIN CONCEALED FOR SOME TIME...
...THE EFFECT OF HIS PRESENCE WILL SOON BE REVEALED...