# **EXHIBIT 20**
# *WEBSPINNERS TALES OF SPIDER-MAN #12*
## **(1999)**











