# EXHIBIT 21
# *AMAZING SPIDER-MAN #655* (2011)








