# EXHIBIT 22
*WHAT IF? #24* (1980)








