# EXHIBIT 23
## *ULTIMATE SPIDER-MAN #25* (2002)



















