# EXHIBIT 24
### *AMAZING SPIDER-MAN #15* (1964)











