# EXHIBIT 41
## *SPIDER-MAN UNLIMITED #1* (1993)

SOMEWHERE ACROSS TOWN...
HE FLOATS THROUGH THE AIR WITH GREATEST OF EASE! THE DARING YOUNG MAN, AND HIS MOST SEXY SQUEEZE!
WHAT WAS A SWEET THING LIKE YOU DOING IN A PLACE LIKE RAVENCROFT?
IT WAS A BUM RAP, CARNY MY LOVE!
I WAS ENJOYING A LITTLE HARMLESS MASS MURDER WHEN I RAN INTO THIS REALLY WEIRD DUDE WHO--QUITE LITERALLY--BLEW MY MIND!
THE DOCS WERE TRYING TO GLUE IT ALL BACK TOGETHER... BUT THEY SEEMED TO BE MISSING A FEW NECESSARY PIECES!
GOSH, I HATE IT WHEN THAT HAPPENS!
SOUNDS LIKE YOU'VE GOT A SCORE TO SETTLE!
TOO TRUE!
WHAT'S YOUR TALE OF WOE?
I USED TO BE YOUR STANDARD, SHY, UNDERACHIEVING SERIAL KILLER UNTIL SOME BUREAUCRATIC SCREW-UP STUFFED ME IN A HOLDING CELL WITH EDDIE BROCK!
EDDIE WAS MY KIND OF PEOPLE-- A REAL SICK-O-- BUT I WAS STILL PLANNING TO WASTE HIM WHEN--
"--AN UNEXPECTED VISITOR CAME CALLING!
"AN ALIEN SYMBIOTE WHICH LATCHED ON HIM TO RE-CREATE VENOM!
"UNFORTUNATELY FOR THEM, IN THEIR RUSH TO ESCAPE, THEY ACCIDENTLY LEFT A LITTLE SOUVENIR BEHIND!





