# EXHIBIT 42
# *AMAZING SPIDER-MAN #487* (2002)

MARVEL
PG 46 487
STRACZYNSKI
ROMITA JR
HANNA
the AMAZING SPIDER-MAN
PUBLIC MENA
DAILY BU
REWA
DIRECT EDITION
$2.25 US $3.75 CAN
CHO

Wait a minute... I just realized... you saw me without my mask on!
Correct.
But --
It was not a face I recognized. It meant nothing to me.
Yeah, but --
I am a Sorcerer Supreme. If I so desired, I could cause your true name to appear above you in twelve foot tall neon letters.
Also your shoe size, social security number and inseam. But I have no interest in knowing any of those things.
Not even the inseam?
No.
Not even a little?
No.
Now, I know that humor is your way of dealing with things that worry or upset you, but my business here is serious, and we must --
--hmmm --
Obsessed?
NO. Of course not. Why do you ask?
When last we met, I dispatched you to the Astral Plane to deal with the one called Shade. At that time, I instructed you to stay on the path, that you were not to leave the path for any reason.
Listen, about that --
Did you leave the path?
Well, I --
Yeah. A little.

A little...
Do you consider *this* a *little?*
Who are you?
What you are, and what you will be. Depart this plane. *Now.*
YEEEEOOOOOWWWW!
Okay, so maybe more than a little.
Thing is, it all worked out in the end.
So it may have seemed at the time. But there is a profound difference between *seems to be* and *is.*
I remember the first time I went swimming in the ocean. My father explained that when we were in the city, or on the street in front of our home, the odds were small that we would be attacked by tigers. The ocean was full of unknown dangers gliding just beneath the surface, quick and unpredictable.
"When you enter the ocean, you enter the food chain."
Exactly.

When you went off the path, which kept you safe from prying eyes, you were noticed.
When you went off the path, you entered the food chain.
Whatever the source of your power, you are tied to the spider. It is your icon, your totem, the template for your identity. When you follow the spider, you inherit the ways of the spider. Its natural powers --
--and its natural enemies. They extend into the waking world just as their counterparts in the waking world have echoes in this place.
Yeah, but... what is it?
My time is done here... others are calling to me. I must go.
Waitaminnit...
So that you will know this was not simply a dream... there is an etymology book on your third shelf. Look to page seventy-five.
And then...?
Pray.
...pray...

THE WORLD OF BATS
75
Spider Wasp
The spider wasp is the most efficient spider-killer in the insect kingdom. Its sting quickly subdues its prey by paralyzing the spider's central nervous system. But it does not kill the spider all at once. The spider wasp carries its prey to its nest, or if the spider is too large to carry in flight, the wasp simply drags it to the nest. In order to make the spider easier to drag, some spider wasps bite off the spider's legs, often drinking the blood that leaks from the wounds. The spider wasp places a single spider in each nest, which is often constructed after catching the prey.

Little one.
Little spider.
So far from home. So far from your mother.
Shathra smelled you on the other side. Followed the scent across the darkness.
Little one.
Little spider.

Look, I know why you're here, but there's no reason for us to fight. I don't buy into this whole "natural enemies" thing... people have choices, they have free will --
Shathra not people.
Okay, well, yeah, there is that --
Shathra not fight.
There, you see? It's --
To fight needs two of equal power.
With you, Shathra play. Until she is bored.
Then Shathra gives you to her children.
Sorry, not interested.
FWIP
I've got places to go, things to do, credit cards to overcharge --
No. Stay.
Whoa!

Okay, now --
--you're starting --
--to annoy me.
Look, I think I see the problem here. You're one big ball of instincts, and you have to follow them. I get that. But that doesn't mean we have to --
Talks too much.
Aggh!
Damn... she's fast. I barely saw that coming in time to move. Would've lost the whole shoulder.
Okay, I tried. But if that's the way you want it --
--you got it.

All my life, I've had a thing about hitting women. I won't do it. Even with a baddie. Unless I'm totally up against the wall.
Then as she moves again, impossibly fast, I remind myself that she's *not* human... and that unless I end this fast and hard, against the wall is exactly where I'll end up.
You know what your problem is? I wear a spider costume because it's a nod to where the power came from.
It's a role. But there's a difference between wearing the colors and *playing* the part --
WHAM
ZZSHHAAA--
--and letting yourself get *buried* in the part.

I decide to make tracks while I can. I don't know if she can really track me the way she says --
--but it's worth testing the hypothesis, just in case.
...play...
I head uptown, into the noise and the traffic. Buying time. I've been at this long enough to know that going toe-to-toe against someone you've just met is stupid, unless there are lives at stake.
Then it's still stupid, but necessary.
Need to get a sense of what her abilities are, how fast she can --
Oh. That fast.
Nuts.

Whoof --
Look! It's a bird!
It's a plane!
It's --
Move it, ya freaks, the light ain't gettin' any greener!
SIRICO'S PIZZA
KER RASSSH

Oh, man, that one hurt... this is such a --
Come on... could someone cut me just a little slack here?
Yeah, fine, up yours too, buddy.
On the other hand, maybe it's a good thing --
--because now I'm pissed.
KRACCK
Okay, you want this, let's do it. But we'll do it my way.

Welcome to the subway system. Welcome to New York. Welcome to my town.
Hey! Yo! You gotta pay!
Sorry, all my change is in my other pair of pants.
Coming through!
Made it! Now if only she --
Perfect.
PLEASE KEEP
OFF THE L

Little spider thought it could hide. But Shathra sees it, Shathra knows it, knows *all* about it, because she can *smell* it, she can --
Hey, Shathra --
BRAAAAPPP
It should be a moment to relax. To celebrate. Except --
--before the car hit, she was smiling. And I heard her say, just loud enough for me to hear it --
"...*she can smell... Parker...*"

