UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 11 2012
```

JULIE TAYMOR and LOH, INC.,

    Plaintiffs,

- against -

8 LEGGED PRODUCTIONS, LLC, HELLO ENTERTAINMENT, LLC, GOODBYE ENTERTAINMENT, LLC, SAVIOR PRODUCTIONS, LLC, MICHAEL COHL, JEREMIAH HARRIS, and GLEN BERGER,

    Defendants.

ECF CASE

11 Civ. 8002 (KBF)

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    PLEASE TAKE NOTICE that Edward B. Diskant of Lankler Siffert & Wohl LLP withdraws his appearance in this case on behalf of Plaintiffs Julie Taymor and LOH, Inc. Attorneys Charles T. Spada, Matthew C. Coogan and Patrick E. Toomey of the law firm of Lankler Siffert & Wohl LLP will continue to appear on behalf of Plaintiffs Julie Taymor and LOH, Inc.

Dated: New York, New York
       April 13, 2012

/s/ Edward B. Diskant
Edward B. Diskant
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 921-8399
Facsimile: (212) 764-3701
ediskant@lswlaw.com

*Withdrawing Attorney for Plaintiffs*
JULIE TAYMOR
LOH, INC.

*Mr. Diskant should be terminated as counsel of record for plaintiffs.*

July 11, 2012

SO ORDERED:

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE