```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
JULIE TAYMOR and LOH, INC.,                :
                                           :
                         Plaintiffs,       :   11 Civ. 8002 (KBF)(MHD)
                                           :
              -v-                          :   ORDER
                                           :
8 LEGGED PRODUCTIONS, LLC, HELLO           :
ENTERTAINMENT, LLC, GOODBYE                :
ENTERTAINMENT LLC, SAVIOR PRODUCTIONS,     :
LLC, MICHAEL COHL, JEREMIAH HARRIS, and    :
GLEN BERGER,                               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 3 1 2012

KATHERINE B. FORREST, District Judge:

    Plaintiffs Julie Taymor and Loh, Inc.'s motion to dismiss the counterclaims of defendants 8 Legged Productions, LLC and Goodbye Entertainment (collectively, "8 Legged") was mooted upon the filing of 8 Legged's answer and counterclaims to plaintiff's Amended Complaint on July 24, 2012. Accordingly, it is hereby

    ORDERED that plaintiffs' motion to dismiss is denied as moot.

    Plaintiffs should advise the Court by letter no later than August 6, 2012 if they plan to file a motion to dismiss against 8 Legged's counterclaims as set forth in the July 24 answer (Dkt. No. 87) and if so, whether plaintiffs intend to rely on their previously-filed papers, or will file new papers.

The Clerk of the Court is directed to close the motion at Docket No. 50.

SO ORDERED:

Dated:   New York, New York
         July 31, 2012

                              _____
                                   KATHERINE B. FORREST
                                 United States District Judge