UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
JULIE TAYMOR and LOH, INC.,                     :
                                                :
                        Plaintiffs,             :    11 Civ. 8002 (KBF)(MHD)
                                                :
            -v-                                 :    ORDER
                                                :
8 LEGGED PRODUCTIONS, LLC, HELLO                :
ENTERTAINMENT, LLC, GOODBYE                     :
ENTERTAINMENT LLC, SAVIOR PRODUCTIONS,           :
LLC, MICHAEL COHL, JEREMIAH HARRIS, and         :
GLEN BERGER,                                    :
                                                :
                        Defendants.             :
                                                :
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 3 0 2012

KATHERINE B. FORREST, District Judge:

It having been reported to this Court that the parties in this action have reached an agreement in principle, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

IT IS FURTHER ORDERED that the scheduling conference set for August 30, 2012 is hereby ADJOURNED.

The Clerk of the Court is directed to terminate any pending motions and to terminate this action.

SO ORDERED:

Dated:    New York, New York
          August 30, 2012

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge