UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JULIE TAYMOR and LOH, INC.,

                           Plaintiffs,

          -v-

8 LEGGED PRODUCTIONS, LLC, HELLO
ENTERTAINMENT, LLC, GOODBYE
ENTERTAINMENT LLC, SAVIOR
PRODUCTIONS, LLC, MICHAEL COHL,
JEREMIAH HARRIS, and GLEN BERGER,

                           Defendants.

------------------------------------------------------------X

11 Civ. 8002 (KBF)(MHD)

<u>ORDER</u>

KATHERINE B. FORREST, District Judge:

On August 30, 2012, it having been reported to this Court that the parties in this action had reached an agreement in principle, the Court issued an order (the "August 30 Order") discontinuing this action without prejudice to restoring the action to the Court's calendar if the application was made within sixty (60) days. Pursuant to the parties' request, it is hereby

ORDERED that the August 30 Order, as amended by the October 26, 2012, Order, and the November 13, 2012, Order is hereby extended to December 19, 2012.

SO ORDERED:

Dated:      New York, New York
              November 30, 2012

                                              KATHERINE B. FORREST
                                              United States District Judge