# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

500 FIFTH AVENUE  
NEW YORK, N.Y. 10110-3398  
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399  
TELEFAX     (212) 764-3701

January 9, 2013

**BY E-MAIL**

Honorable Katherine B. Forrest  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   *Taymor, et al. v. 8 Legged Productions, LLC, et al.*, No. 11 Civ. 8002 (KBF)

Dear Judge Forrest:

      We represent plaintiffs Julie Taymor and LOH, Inc. Under the Court's August 30, 2012 order, as amended most recently on December 19, 2012 (the "Order"), which conditionally discontinued this action without prejudice to restoring the action within 60 days, the parties' time to restore the action is currently set to expire today. We write on behalf of all parties to inform the Court that the parties' efforts to finalize a settlement have not yet been successful. The parties are continuing to work in good faith toward a settlement, and significant progress has been made since we last reported to the Court on December 19. While the parties are hopeful that a final settlement can be reached within the next few days, in light of Your Honor's expressed reluctance to further extend the deadline under the Order, and in order to preserve the parties' rights, we respectfully request that the above-captioned action be immediately restored to the Court's docket. The parties further request that the litigation be referred to Magistrate Judge Dolinger for a settlement conference in the event the parties are unable to finalize a settlement in the next few days.

      We thank the Court for its consideration of this application.

Respectfully submitted,

*/s/ Charles T. Spada*  
Charles T. Spada

LANKLER SIFFERT & WOHL LLP

Honorable Katherine B. Forrest
January 9, 2013
Page 2

Copies by email to:

Dale Cendali, Esq. (dale.cendali@kirkland.com)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022-4611

Joseph T. Moldovan, Esq. (jmoldovan@morrisoncohen.com)
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Eleanor M. Lackman, Esq. (elackman@cdas.com)
Cowan DeBaets Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY  10010