# LANKLER SIFFERT & WOHL LLP

ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
FAX (212) 764-3701



January 18, 2013



**BY HAND DELIVERY**

Honorable Katherine B. Forrest
United States District Judge
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *Taymor, et al. v. 8 Legged Productions, LLC, et al.*, No. 11 Civ. 8002 (KBF)

Dear Judge Forrest:

      We represent plaintiffs Julie Taymor and LOH, Inc. in the above-referenced matter. In accordance with the Court's January 10, 2013 Order, enclosed please find unredacted courtesy copies of the motion papers related to Plaintiff's Motion to Dismiss Counterclaims of Defendants 8 Legged Productions, LLC (First and Second Counterclaims) and Goodbye Entertainment, LLC (Third Counterclaim).

      These motion papers include: Plaintiffs' notion of motion, memorandum of law, affirmation, and accompanying exhibits, filed on August 7, 2012; and Defendants' memorandum of law in opposition to the motion, filed on August 24, 2012.

      In addition to the papers that were already filed in August, we respectfully request permission to now file Plaintiffs' reply memorandum of law in support of the motion. The reply brief was originally scheduled to be filed on August 31, 2012, but the action was discontinued and pending motions were terminated by the Court's August 30, 2012 order. Because the action has now been restored and Plaintiffs are renewing their motion to dismiss, we respectfully request permission to file the reply memorandum of law. We have enclosed unredacted courtesy copies of the reply memorandum for the Court's convenience. With the Court's permission, we will file a redacted copy of the reply memorandum (which contains information designated as "Confidential" under the Court's Protective Order) by ECF.

      Respectfully submitted,

Charles T. Spada

## LANKLER SIFFERT & WOHL LLP

Enclosures

<u>Copies by email to:</u>

Dale Cendali, Esq. (dale.cendali@kirkland.com)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Joseph T. Moldovan, Esq. (jmoldovan@morrisoncohen.com)
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Eleanor M. Lackman, Esq. (elackman@cdas.com)
Cowan DeBaets Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010

---

*[Handwritten:]* Ordered. Permission to file a reply granted. — KBF

Jan. 22, 2013

*[Signature]*

**HON. KATHERINE B. FORREST**
**UNITED STATES DISTRICT JUDGE**