# LANKLER SIFFERT & WOHL LLP
### ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX     (212) 764-3701



January 22, 2013

**BY FEDERAL EXPRESS**

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *Taymor, et al. v. 8 Legged Productions, LLC, et al.*, No. 11 Civ. 8002 (KBF) (MHD)

Dear Judge Forrest:

    We represent plaintiffs Julie Taymor and LOH, Inc. We write on behalf of all parties to notify the Court that the parties now have reached agreement on terms to settle the above litigation and have a fully drafted settlement agreement that the parties are ready to execute. As we previously explained to the Court, the parties' settlement of this action has been conditioned upon defendant 8 Legged and non-party Marvel Entertainment entering a separate agreement to amend 8 Legged's license to produce the *Spider-Man* musical. It now appears likely that 8 Legged and Marvel will be executing a formal amendment to their licensing agreement within days. The parties to this litigation intend to execute their settlement agreement contemporaneously with the execution of the Marvel amendment.

    We anticipate notifying the Court within the next week that a final settlement agreement has been executed and that the litigation can be dismissed. In the meantime, we are promptly informing Your Honor of the status in an effort to save the Court any unnecessary use of judicial resources in resolving the motions to dismiss that the parties re-submitted on Friday.

Respectfully submitted,

*Charles T. Spada*
Charles T. Spada

LANKLER SIFFERT & WOHL LLP

Honorable Katherine B. Forrest
January 22, 2013
Page 2

Copy by facsimile to:

Honorable Michael H. Dolinger ((212) 805-7928)
United State Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Copies by email to:

Dale Cendali, Esq. (dale.cendali@kirkland.com)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611

Joseph T. Moldovan, Esq. (jmoldovan@morrisoncohen.com)
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Eleanor M. Lackman, Esq. (elackman@cdas.com)
Cowan DeBaets Abrahams & Sheppard LLP
41 Madison Avenue, 34th Floor
New York, NY 10010

Ordered
Place letter on docket.

Jan. 23, 2013

K. B. Forrest
HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE