```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 15 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JULIE TAYMOR, et al.,                                       :
:
                      Plaintiffs,             :    11 Civ. 8002 (KBF)
:
     -v-                                                   :    ORDER
:
8 LEGGED PRODUCTIONS, LLC, et al.,                          :
:
                      Defendants.             :
:
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

       The Court is in receipt of various correspondence from counsel for the parties in this action dated March 14 and 15, 2013.  This order--which will be posted to the public docket, even though the underlying correspondence will not--responds to that correspondence.

       No further conference in this matter is necessary.  Trial is and will be on May 28, 2013.  The parties may conduct discovery to May 1, 2013 (fact and expert).

       SO ORDERED:

Dated:     New York, New York
            March 15, 2013

                                                        _____
                                                          KATHERINE B. FORREST
                                                          United States District Judge