UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE TAYMOR AND LOH, INC.,<br><br>               Plaintiffs,<br><br>  v.<br><br>8 LEGGED PRODUCTIONS, LLC; HELLO ENTERTAINMENT, LLC; GOODBYE ENTERTAINMENT, LLC; SAVIOR PRODUCTIONS, LLC; MICHAEL COHL; JEREMIAH HARRIS;  and GLEN BERGER,<br><br>               Defendants. | Civil Action No. 11-Civ-8002 (KBF)<br><br>ECF Case<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |
| 8 LEGGED PRODUCTIONS, LLC; GOODBYE ENTERTAINMENT, LLC; SAVIOR PRODUCTIONS, LLC; MICHAEL COHL; and JEREMIAH HARRIS,<br><br>               Counterclaim-Plaintiffs,<br><br>  v.<br><br>JULIE TAYMOR and LOH, INC.<br><br>              Counterclaim-Defendants. | |
| GLEN BERGER,<br><br>               Counterclaim-Plaintiff,<br><br>  v.<br><br>JULIE TAYMOR and LOH, INC.<br><br>              Counterclaim-Defendants. | |

PLEASE TAKE NOTICE that Nicholas J. Tardif of Cowan, DeBaets, Abrahams & Sheppard LLP withdraws his appearance in this case on behalf of Defendant-Counterclaim Plaintiff Glen Berger.  Attorneys Eleanor M. Lackman, Zehra Abdi, and Joshua Wolkoff of Cowan, DeBaets, Abrahams & Sheppard LLP will continue to appear on behalf of Mr. Berger.

Dated: New York, New York
March 22, 2013

/s/ Nicholas J. Tardif
Nicholas J. Tardif
COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, New York 10010
Tel:  (212) 974-7474
Fax:  (212) 974-8474
ntardif@cdas.com

*Withdrawing Attorney for Defendant-Counterclaim Plaintiff Glen Berger*