USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 1 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JULIE TAYMOR and LOH, INC.,

    Plaintiffs and Counterclaim-Defendants,

- against -

8 LEGGED PRODUCTIONS, LLC,
GOODBYE ENTERTAINMENT, LLC,
SAVIOR PRODUCTIONS, LLC, MICHAEL
COHL, JEREMIAH HARRIS, and GLEN
BERGER,

    Defendants and Counterclaim-Plaintiffs,

- and -

HELLO ENTERTAINMENT, LLC,

    Defendant.

---

11 Civ. 8002 (KBF)

ECF CASE

STIPULATION AND [~~PROPOSED~~] KBF
ORDER OF RULE 41 DISMISSAL
WITH PREJUDICE

---

Plaintiffs and Counterclaim-Defendants Julie Taymor and LOH, Inc.; Defendants and Counterclaim-Plaintiffs 8 Legged Productions, LLC, Goodbye Entertainment, LLC, Savior Productions, LLC, Michael Cohl, Jeremiah Harris, and Glen Berger; and Defendant Hello Entertainment, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all of the parties' claims this action shall be dismissed with prejudice in their entirety, each party to bear its own costs and attorneys' fees.

*The Clerk of the Court is directed to terminate this case.*

Dated: April 10, 2013

*[signature: Charles Spada]*

Charles T. Spada
Matthew G. Coogan
Lauren C. Freundlich
Andrew S. Lee
Patrick C. Toomey
LANKLER SIFFERT & WOHL LLP
500 Fifth Avenue
New York, NY 10110
(212) 921-8399

*Counsel for Plaintiffs and Counterclaim-Defendants Julie Taymor and LOH, Inc.*

*[signature: Dale Cendali]*

Dale M. Cendali
Claudia Ray
Courtney L. Farkas
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Counsel for Defendants and Counterclaim-Plaintiffs 8 Legged Productions, LLC, Goodbye Entertainment, LLC, Savior Productions, LLC, Michael Cohl, and Jeremiah Harris, and for Defendant Hello Entertainment, LLC*

*[signature: Eleanor Lackman]*

Eleanor M. Lackman
Zehra J. Abdi
COWAN, DeBAETS, ABRAHAMS & SHEPPARD LLP
41 Madison Avenue, 34th Floor
New York, NY 10010
(212) 974-7474

*Counsel for Defendant and Counterclaim-Plaintiff Glen Berger*

SO ORDERED:

*[signature]*  4/11/13
Katherine Forrest, U.S.D.J.