UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
U.S. COURTHOUSE
500 PEARL STREET, NEW YORK, NEW YORK 10007

Ruby J. Krajick
    Clerk

## SEALED RECORDS RETRIEVAL

September 27, 2017

To Whom it May Concern,

Enclosed you will find the standing order and amendment to standing order of this Court, signed by Chief Judge Michael B. Mukasey, U.S.D.J., concerning materials filed under seal in civil cases.

As you will note from the order,
>    Sealed records which have been filed with the clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them.

Amendment
>    Upon the closing of a case in which sealed records have been filed with the clerk, whether filed before or after October 5, 2001, such records shall be subject to the terms of the standing order entered on October 5, 2001 with respect to sealed records, and the clerk shall notify the parties that should they fail to remove sealed records within thirty days the clerk may dispose of them.

**This Court is holding materials filed under seal in the case listed below. Please retrieve these materials within thirty (30) days of the above date or the Court will dispose of them. The person sent to retrieve the materials should bring this letter and proof of identification as an employee, or a letter of introduction on firm stationary. If you wish to have these documents destroyed, please sign and date this letter, check the appropriate box below and fax it to (212) 805–7953. <u>A reply is required.</u>**

If you have any questions about this matter, please do not hesitate to call me at (212) 805–0700. Thank you for your prompt attention to this matter.

Sincerely,

Mary Salcedo
Sealed Records Clerk

_____
Name of Case / Docket Number: **Taymor et al v. 8 Legged Productions, LLC et al / 1:11−cv−08002−KBF**

Sealed Document Number: **67**

Law Firm Retrieving Records: **Kirkland & Ellis**

Person Retrieving Records_____   Person Requesting Documents To Be Destroyed_____


_____
        PRINT NAME                    SIGNATURE                       DATE
_____
No party having retrieved this material within 30 days of the above date, this sealed record was

destroyed on: _____. Clerk's Initials: _____

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
IN THE MATTER OF RETENTION OF      :
SEALED DOCUMENTS IN CIVIL CASES    :    STANDING ORDER
                                   :    M-10-468
                                   :
                                   :
-----------------------------------X
```



MICHAEL B. MUKASEY, CHIEF JUDGE:

Any protective order in any civil case that provides for the filing of information under seal shall include the following provision:

> "Sealed records which have been filed with the clerk shall be removed by the party submitting them (1) within ninety (90) days after a final decision is rendered if no appeal is taken, or (2) if an appeal is taken, within thirty (30) days after final disposition of the appeal. Parties failing to comply with this order shall be notified by the clerk that, should they fail to remove the sealed records within thirty (30) days, the clerk may dispose of them."

This order will be self-executing, in that the Clerk will treat all protective orders that direct the sealing of documents in civil cases as if they contain the above provision.

SO ORDERED:

/s/ Michael B. Mukasey

Dated: New York, New York
       October 5, 2001

Michael B. Mukasey,
U.S. District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN THE MATTER OF RETENTION OF            :
SEALED DOCUMENTS IN CIVIL CASES          :    STANDING ORDER
                                         :    M-10-468
                                         :
----------------------------------------X

DOC # 19 

MICHAEL B. MUKASEY, CHIEF JUDGE:

     Upon the closing of a case in which sealed records have been filed with the clerk, whether filed before or after October 5, 2001, such records shall be subject to the terms of the standing order entered on October 5, 2001 with respect to sealed records, and the clerk shall notify the parties that should they fail to remove sealed records within thirty days the clerk may dispose of them.

SO ORDERED:

Dated: New York, New York
       April 30, 2002

Michael B. Mukasey,
U.S. District Judge

MICROFILM -3:00 PM
APR 3 0 2002